THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LOUISIANA WHOLESALE DRUG
COMPANY, INC., on behalf of itself
and all others similarly situated,

                    Plaintiff,

            v.

SANOFI-AVENTIS, SANOFI-AVENTIS U.S.
LLC, and AVENTIS PHARMACEUTICALS,
INC.,

                    Defendants.

Civil Action No.
ECF Case

JURY TRIAL DEMANDED

**RECEIVED AUG 17 2007 U.S.D.C. S.D.N.Y. CASHIERS**

*07 CIV 7343*

## CORPORATE DISCLOSURE STATEMENT

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Louisiana Wholesale Drug Company, Inc., certifies that Louisiana Wholesale Drug Company, Inc., does not have a parent corporation and no publicly traded company owns 10% or more of Louisiana Wholesale Drug Company, Inc.'s stock.

Dated: August 17, 2007

                  By: _____

GARWIN, GERSTEIN & FISHER, L.L.P.
Bruce E. Gerstein
Barry S. Taus
Anne Fornecker
1501 Broadway, Suite 1416
New York, NY 10036
Tel: 212-398-0055
Fax: 212-764-6620

*Attorney for Plaintiff
Louisiana Wholesale Drug Co., Inc.*

### *Additional Plaintiff's Counsel*

John Gregory Odom
Stuart E. Des Roches
Charles F. Zimmer II
ODOM & DES ROCHES, LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078

David P. Smith
W. Ross Foote
PERCY, SMITH & FOOTE LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Tel: (318) 445-4480
Fax: (318) 487-1741

Daniel Berger
David F. Sorensen
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: 1-800-424-6690
Fax: (215) 875-4604

Adam Moskowitz
Tucker Ronzetti
KOZYAK TROPIN & THROCKMORTON
2525 Ponce de Leon Blvd, 9th Floor
Miami, FL 33134
Tel: (305) 372-1800
Fax: (305) 372-3508

Linda Nussbaum
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Brent Barriere
Susie Morgan
PHELPS DUNBAR
Canal Place, Suite 2000
365 Canal Street
New Orleans, LA 70130-6534