Attorney: GARWIN, GERSTEIN & FISHER, L.L.P.

---

LOUISIANA WHOLESALE DRUG CO., INC. ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED

Plaintiff(s)

- against -

SANOFI-AVENTIS, ETAL

Defendant(s)

Index # 07 CV 7343

Purchased August 17, 2007

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 22, 2007 at 01:48 PM at

55 CORPORATE DRIVE
BRIDGEWATER, NJ 08807

deponent served the within SUMMONS AND COMPLAINT; PROCEDURES & GUIDELINES FOR ELECTRONIC CASE FILING; INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR. on SANOFI-AVENTIS therein named,

**SUITABLE AGE**  by delivering thereat a true copy of each to SANDI STUCKERT a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN/BLONDE | 48 | 5'5 | 150 |

**MAILING**  Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

55 CORPORATE DRIVE
BRIDGEWATER, NJ 08807

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on August 24, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: August 24, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

DAN KNIGHT

Invoice #: 446461

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728