GARWIN GERSTEIN & FISHER, L.L.P.

---

LOUISIANA WHOLESALE DRUG CO., INC. ON BEHALF OF ITSELF AND
ALL OTHERS SIMILARLY SITUATED

             Plaintiff(s)

- against -

SANOFI-AVENTIS, ETAL

             Defendant(s)

Index # 07 CV 7343

Purchased August 17, 2007

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 22, 2007 at 01:48 PM at

55 CORPORATE DRIVE
BRIDGEWATER, NJ08807

deponent served the within SUMMONS AND COMPLAINT; PROCEDURES & GUIDELINES FOR ELECTRONIC CASE FILING; INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR. on AVENTIS PHARMACEUTICALS, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to SANDI STUCKERT personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT; PROCEDURES & GUIDELINES FOR ELECTRONIC CASE FILING; INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR. as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN/BLONDE | 48 | 5'5 | 150 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: August 24, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

DAN KNIGHT

Invoice #: 446461

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728