# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., ) ) ) Plaintiff, ) ) v. ) ) SANOFI-AVENTIS, SANOFI-AVENTIS ) U.S., LLC and AVENTIS ) PHARMACEUTICALS, INC., ) ) Defendants. ) | Civil Action No. 07-cv-7343 (HB) Hon. Harold Baer, U.S.D.J. |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
### DEFENDANT AVENTIS PHARMACEUTICALS, INC.

COMES NOW defendant Aventis Pharmaceuticals, Inc. ("Aventis") pursuant to Fed. R. Civ. P. 7.1 and certifies that it is not a publicly held company; that sanofi-aventis, a publicly held company, is the parent corporation of Aventis Pharmaceuticals, Inc. (formerly known as Hoechst Marion Roussel, Inc.); and that no other publicly held company owns 10% or more of Aventis Pharmaceuticals, Inc.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  /s/ Samuel Joseph Hand Samuel Joseph Hand (SH-9275) JONES DAY 222 East 41st Street New York, NY 10017-6702 Tel: (212) 326-3939 Fax: (212) 755-7306 |
| Dated: September 11, 2007 | *Counsel for* AVENTIS PHARMACEUTICALS, INC. |

## CERTIFICATE OF SERVICE

I, Samuel Joseph Hand, certify that the foregoing Corporate Disclosure Statement was served on September 11, 2007, on the counsel listed in the service list below by first-class mail.

Bruce E. Gerstein
GARWIN GERSTEIN & FISHER, L.L.P.
1501 Broadway Suite 1416
New York, NY 10036

Adam M. Moskowitz
KOZYAK, TROPIN & THROCKMORTON
2525 Ponce De Leon Boulevard, 9th Floor
Coral Gables, FL 33134-6036

John Gregory Odom
ODOM & DES ROCHES LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

Linda P. Nussbaum
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, NY 10022

David P. Smith
PERCY, SMITH & FOOTE, LLP
720 Murray Street
Alexandria, LA 71301

Brent Barriere
PHELPS DUNBAR
Canal Place, Suite 2000
365 Canal Street
New Orleans, LA 70130-6534

Daniel Berger
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

　　　　　　　　　　　　　　　　　　　　  /s/ Samuel Joseph Hand