AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern         DISTRICT OF         New York

LOUISIANA WHOLESALE DRUG CO, INC.

v.

SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC, and
AVENTIS PHARMACEUTICALS, INC.

**APPEARANCE**

Case Number: 07-cv-7343

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Aventis Pharmaceuticals, Inc., sanofi-aventis, and sanofi-aventis U.S., LLC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/11/2007 | *[signature]* |
| Date | Signature |
| | Samuel Joseph Hand    SH-9275 |
| | Print Name    Bar Number |
| | 222 East 41st Street |
| | Address |
| | New York    NY    10017-6702 |
| | City    State    Zip Code |
| | (212) 326-3939    (212) 755-7306 |
| | Phone Number    Fax Number |