UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., | ) ) ) ) | Civil Action No. 07-cv-7343 (HB) |
| Plaintiff, | ) ) | Hon. Harold Baer, U.S.D.J. |
| v. | ) ) |  |
| SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC and AVENTIS PHARMACEUTICALS, INC., | ) ) ) ) |  |
| Defendants. | ) ) |  |

**DEFENDANTS AVENTIS PHARMACEUTICALS, INC., SANOFI-AVENTIS, AND SANOFI-AVENTIS U.S., LLC'S UNOPPOSED REQUEST FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

COME NOW defendants Aventis Pharmaceuticals, Inc., sanofi-aventis, and sanofi-aventis U.S., LLC (collectively, "Defendants") and hereby move this Honorable Court to grant Defendants an extension of time in which to respond to Louisiana Wholesale Drug Co., Inc.'s ("Louisiana Wholesale") Class Action Complaint (the "Complaint"). Each of the Defendants appears specially for the purpose of seeking this extension and does so without waiver of or prejudice to any defenses (jurisdictional or otherwise) that it might assert in these actions.

Currently, Defendants' response to the Complaint is due September 11, 2007. In accordance with the Court's instructions, counsel for Defendants, Louisiana Wholesale, and the indirect purchaser plaintiffs in *Health Insurance Plan of New York v. Aventis Pharmaceuticals, Inc.*, Civil Action No. 07-cv-6785 (HB) ("*HIPNY*"), have begun negotiating a proposed scheduling order in advance of the October 4, 2007 pretrial conference. In order to coordinate proceedings in the *HIPNY* and *Louisiana Wholesale* matters to the extent possible, counsel have

- 2 -

agreed to propose to the Court that Defendants shall not be required to respond to either complaint until October 15, 2007.

WHEREFORE Defendants pray that this Honorable Court grant this Unopposed Request for Extension of Time to Respond to the Complaint.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |   /s/ Samuel Joseph Hand<br>Samuel Joseph Hand (SH-9275)<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017-6702<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306 |
| Dated:  September 11, 2007 | *Counsel for* AVENTIS PHARMACEUTICALS, INC., SANOFI-AVENTIS, *and* SANOFI-AVENTIS U.S., LLC |

## **CERTIFICATE OF SERVICE**

      I, Samuel Joseph Hand, certify that the foregoing Unopposed Request for Extension of Time to Respond to the Complaint was served on September 11, 2007, on the counsel listed in the service list below by first-class mail.

| | |
|---|---|
| Bruce E. Gerstein<br>GARWIN GERSTEIN & FISHER, L.L.P.<br>1501 Broadway Suite 1416<br>New York, NY 10036 | Adam M. Moskowitz<br>KOZYAK, TROPIN & THROCKMORTON<br>2525 Ponce De Leon Boulevard, 9th Floor<br>Coral Gables, FL 33134-6036 |
| John Gregory Odom<br>ODOM & DES ROCHES LLP<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA 70130 | Linda P. Nussbaum<br>KAPLAN FOX & KILSHEIMER, LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022 |
| David P. Smith<br>PERCY, SMITH & FOOTE, LLP<br>720 Murray Street<br>Alexandria, LA 71301 | Brent Barriere<br>PHELPS DUNBAR<br>Canal Place, Suite 2000<br>365 Canal Street<br>New Orleans, LA 70130-6534 |
| Daniel Berger<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | |

                                                                           /s/ Samuel Joseph Hand

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LOUISIANA WHOLESALE ) <br> DRUG CO., INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANOFI-AVENTIS, SANOFI-AVENTIS ) <br> U.S., LLC and AVENTIS ) <br> PHARMACEUTICALS, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 07-cv-7343 (HB) <br><br> Hon. Harold Baer, U.S.D.J. |

## **PROPOSED ORDER**

Upon consideration of defendants Aventis Pharmaceuticals, Inc., sanofi-aventis, and sanofi-aventis U.S., LLC's Unopposed Request for Extension of Time to Respond to the Complaint, it is this ___ day of _____, 2007, hereby

ORDERED that Aventis Pharmaceuticals, Inc., sanofi-aventis, and sanofi-aventis U.S., LLC have until October 15, 2007 to respond to plaintiff Louisiana Wholesale Drug Co., Inc.'s Complaint.

_____
UNITED STATES DISTRICT JUDGE