ECF, REFERRED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-07343-UA

| | |
|---|---|
| Louisiana Wholesale Drug Co., Inc. v. Sanofi-Aventis et al | Date Filed: 08/17/2007 |
| Assigned to: Judge Unassigned | Jury Demand: Plaintiff |
| Cause: 15:2 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Louisiana Wholesale Drug Co., Inc.**　　　represented by　**Adam M. Moskowitz**
*on behalf of itself and all others*　　　　　　　　　　　　Kozyak, Tropin & Throckmorton
*similarly situated*　　　　　　　　　　　　　　　　　　　2525 Ponce De Leon Boulevard
　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　　　　Coral Gables, FL 33134-6036
　　　　　　　　　　　　　　　　　　　　　　　　　　　(305) 372-1800
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Anne Kristin Fornecker**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Garwin Gerstein & Fisher, L.L.P.
　　　　　　　　　　　　　　　　　　　　　　　　　　　1501 Broadway Suite 1416
　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　　　　　　　(212) 398-0055
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 764-6620
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: afornecker@garwingerstein.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Barry S. Taus**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Garwin Gerstein & Fisher, L.L.P.
　　　　　　　　　　　　　　　　　　　　　　　　　　　1501 Broadway Suite 1416
　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　　　　　　　(212)-398-0055
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212)-764-6620
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: btaus@garwingerstein.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Brent Barriere**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Phelps Dunbar
　　　　　　　　　　　　　　　　　　　　　　　　　　　Canal Place
　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 2000
　　　　　　　　　　　　　　　　　　　　　　　　　　　365 Canal Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70130-6534
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce E. Gerstein**
Garwin Gerstein & Fisher, L.L.P.
1501 Broadway Suite 1416
New York, NY 10036
(212)-398-0055
Fax: (212)-764-6620
Email: bgerstein@garwingerstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Ferrier Zimmer, II**
Odom & Des Roches, L.L.P.
650 Poydras Street
Suite 2020
New Orleans, LA 70130
(504) 522-0077
Fax: (504) 522-0078
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Berger**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
1800-424-6690
Fax: (215) 875-4604
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P. Smith**
Percy, Smith & Foote, LLP
720 Murray Street
Alexandria, LA 71301
(318) 445-4480
Fax: (318) 487-1741
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David F. Sorenson**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
1800-424-6690
Fax: (215) 875-4604
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric L. Cramer**

Berger &Montague
1622 Locust Street
Philadelphia, PA 19103
1800-424-6690
Fax: (215) 875-4604
Email: ecramer@bm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Gregory Odom**
Odom & Des Roches, LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
(504) 522-0077
Fax: (504) 522-0078
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda P. Nussbaum**
Kaplan Fox & Kilsheimer LLP(NYC)
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687-1980
Fax: (212) 687-7714
Email: lnussbaum@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Des Roches**
Odom & Des Roches, L.L.P.
650 Poydras Street
Suite 2020
New Orleans, LA 70130
(504) 522-0077
Fax: (504) 522-0078
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susie Morgan**
Phelps Dunbar
Canal Place
Suite 2000
365 Canal Street
New Orleans, LA 70130-6534
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tucker Ronzetti**

Kozyak Tropin & Throckmorton
2525 Pence de Leon Blvd
9th Floor
Miami, FL 33134
(305) 372-1800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Ross Foote**
Percy, Smith & Foote, LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
(318) 445-4480
Fax: (318) 487-1741
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sanofi-Aventis**

**Defendant**

**Sanofi-Aventis U.S., LLC**

**Defendant**

**Aventis Pharmaceuticals, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2007 | 1 | COMPLAINT against Sanofi-Aventis, Sanofi-Aventis U.S., LLC, Aventis Pharmaceuticals, Inc.. (Filing Fee $ 350.00, Receipt Number 624211)Document filed by Louisiana Wholesale Drug Co., Inc.(tro) Additional attachment(s) added on 8/30/2007 (Becerra, Maribel). (Entered: 08/20/2007) |
| 08/17/2007 | | SUMMONS ISSUED as to Sanofi-Aventis, Sanofi-Aventis U.S., LLC, Aventis Pharmaceuticals, Inc. (tro) (Entered: 08/20/2007) |
| 08/17/2007 | | CASE REFERRED TO Judge Judge Harold Baer as possibly related to 07-cv-6785. (tro) (Entered: 08/20/2007) |
| 08/17/2007 | | Case Designated ECF. (tro) (Entered: 08/20/2007) |
| 08/17/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Louisiana Wholesale Drug Co., Inc.(tro) (Entered: 08/20/2007) |
| 09/04/2007 | 3 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Sanofi-Aventis |

|  |  |  |
|---|---|---|
|  |  | served on 8/22/2007, answer due 9/11/2007. Service was accepted by Sandi Stuckert, General Agent. Document filed by Louisiana Wholesale Drug Co., Inc.. (Fornecker, Anne) (Entered: 09/04/2007) |
| 09/04/2007 | 4 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Sanofi-Aventis U.S., LLC served on 8/22/2007, answer due 9/11/2007. Service was accepted by Sandi Stuckert, General Agent. Document filed by Louisiana Wholesale Drug Co., Inc.. (Fornecker, Anne) (Entered: 09/04/2007) |
| 09/04/2007 | 5 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Aventis Pharmaceuticals, Inc. served on 8/22/2007, answer due 9/11/2007. Service was accepted by Sandi Stuckert, General Agent. Document filed by Louisiana Wholesale Drug Co., Inc.. (Fornecker, Anne) (Entered: 09/04/2007) |
| 09/06/2007 | 6 | LETTER addressed to Adam M. Moskowitz and Anne K. Fornecker from Linda Eckhouse, Judicial Assistant to Judge Harold Baer, Jr. dated 9/6/2007 re: There will be a pre-trial conference at 3:30 p.m. on Thrusday, 10/4/2007 in Room 2230. (jar) (Entered: 09/07/2007) |
| 09/06/2007 |  | Set Deadlines/Hearings: Pretrial Conference set for 10/4/2007 at 03:30 PM before Judge Harold Baer. (jar) (Entered: 09/07/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/10/2007 13:40:19 | | | |
| **PACER Login:** | jd0772 | **Client Code:** | 078907-665002 |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-07343-UA |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |