UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                      Plaintiffs,        07-cv-7343 (HB)

          v.                           **MOTION TO ADMIT COUNSEL**
                                       **PRO HAC VICE**

SANOFI-AVENTIS, SANOFI-AVENTIS U.S.
LLC, and AVENTIS PHARMACEUTICALS,
INC.,

                      Defendants.

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Anne Fornecker, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Adam Matthew Moskowitz
    Kozyak Tropin & Throckmorton, P.A.
    2525 Ponce De Leon Blvd., Fl. 9
    Miami, Florida 33134

ADAM MATTHEW MOSKOWITZ is a member in good standing of the Bar of the State of Florida. There are no pending disciplinary proceedings against ADAM MATTHEW MOSKOWITZ in any State or Federal court.

Dated:        September 11, 2007
City, State:   New York, New York

                                            Respectfully Submitted,

                                            _____
                                            Anne Fornecker (AF-2073)
                                            Garwin Gerstein & Fisher LLP
                                            1501 Broadway, Suite 1416
                                            New York, New York 10036
                                            Tel: (212) 398-0055
                                            Fax: (212) 764-6620

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                       Plaintiffs,        07-cv-7343 (HB)

            v.                           **AFFIDAVIT OF**
                                       **ANNE FORNECKER IN**
SANOFI-AVENTIS, SANOFI-AVENTIS U.S.   **SUPPORT OF MOTION TO**
LLC, and AVENTIS PHARMACEUTICALS,   **ADMIT COUNSEL PRO HAC**
INC.,                                            **VICE**

                       Defendants.

State of New York   )
                        )   ss:
County of New York )

      Anne Fornecker, being duly sworn, hereby deposes and says as follows:

      1.     I am an associate at Garwin Gerstsein & Fisher LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Adam Matthew Moskowitz as counsel pro hac vice to represent Plaintiff in this matter.

      2.     I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on July 23, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

      3.     I have known Adam Matthew Moskowitz since 2005.

      4.     Mr. Moskowitz is a partner at Kozyak Tropin & Throckmorton, P.A. in Miami, Florida.

5.  I have found Mr. Moskowitz to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of Adam Matthew Moskowitz, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Adam Matthew Moskowitz, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Adam Matthew Moskowitz, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: September 11, 2007

Respectfully Submitted,

_____
Anne Fornecker (AF-2073)

Sworn to before me this
11th day of September 2007

_____
Notary

JANET SEIDMAN
Notary Public State Of New York
No. 24-4705123
Qualified in Kings County
Commission Expires January 31, 20/0

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                        Plaintiffs,          07-cv-7343 (HB)

          v.                           **ORDER FOR ADMISSION**
                                                                **PRO HAC VICE**
SANOFI-AVENTIS, SANOFI-AVENTIS U.S.    **ON WRITTEN MOTION**
LLC, and AVENTIS PHARMACEUTICALS,
INC.,

                        Defendants.

Upon the motion of Anne Fornecker, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Adam Matthew Moskowitz
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce De Leon Blvd., Fl. 9
Miami, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508
email: AMM@kttlaw.com

is admitted to practice pro hac vice as counsel for Plaintiff Louisiana Wholesale Drug Company, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing disciplining of attorneys.

If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:       September 11, 2007
City/State:  New York, New York

_____
United States District Judge

## CERTIFICATE OF SERVICE

    I, Anne Fornecker, certify that on September 11, 2007, the foregoing Motion to Admit Counsel Pro Hac Vice and Affidavit of Anne Fornecker in Support of Motion to Admit Counsel Pro Hac Vice were served on the counsel listed below by first-class mail.

Samuel Joseph Hand, Esq.
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Tel: (212) 326-3939
Fax: (212) 755-7306

Julie McEvoy, Esq.
JONES DAY
51 Louisiana Ave., N.W.
Washington D.C. 2001-2113
Tel: (202) 879-4645
Fax: (202) 626-1700

*Attorneys for Defendants Sanofi-Aventis, Sanofi-Aventis U.S. LLC, and Aventis Pharmaceuticals, Inc.*

Adam Matthew Moskowitz
Thomas A. Tucker Ronzetti
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce De Leon Blvd., Fl. 9
Coral Gables, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc.*



# The Florida Bar

**JOHN F. HARKNESS, JR.**
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

                In Re:    984280
                             Adam Matthew Moskowitz
                             Kozyak Tropin & Throckmorton
                             2525 Ponce De Leon Blvd., Fl. 9
                             Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 29, 1993.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 14th day of August, 2007.

*Willie Mae Shepherd*

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lvm19:R10