UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                   Plaintiffs,        07-cv-7343 (HB)

v.                    **MOTION TO ADMIT COUNSEL PRO HAC VICE**

SANOFI-AVENTIS, SANOFI-AVENTIS U.S.
LLC, and AVENTIS PHARMACEUTICALS,
INC.,

                   Defendants.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Anne Fornecker, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Thomas A. Tucker Ronzetti
    Kozyak Tropin & Throckmorton, P.A.
    2525 Ponce De Leon Blvd., Fl. 9
    Coral Gables, Florida 33134

THOMAS A. TUCKER RONZETTI is a member in good standing of the Bar of the State of Florida. There are no pending disciplinary proceedings against THOMAS A. TUCKER RONZETTI in any State or Federal court.

Dated:        September 11, 2007
City, State:   New York, New York

                                              Respectfully Submitted,

                                            Anne Fornecker (AF-2073)
                                            Garwin Gerstein & Fisher LLP
                                            1501 Broadway, Suite 1416
                                            New York, New York 10036
                                            Tel: (212) 398-0055
                                            Fax: (212) 764-6620

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                    Plaintiffs,        07-cv-7343 (HB)

v.                          **AFFIDAVIT OF ANNE FORNECKER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

SANOFI-AVENTIS, SANOFI-AVENTIS U.S.
LLC, and AVENTIS PHARMACEUTICALS,
INC.,

                    Defendants.

State of New York  )
                          ) ss:
County of New York )

Anne Fornecker, being duly sworn, hereby deposes and says as follows:

1.    I am an associate at Garwin Gerstsein & Fisher LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Thomas A. Tucker Ronzetti as counsel pro hac vice to represent Plaintiff in this matter.

2.    I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on July 23, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Thomas A. Tucker Ronzetti since 2005.

4.    Mr. Ronzetti is a partner at Kozyak Tropin & Throckmorton, P.A. in Coral Gables, Florida.

5.  I have found Mr. Ronzetti to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of Thomas A. Tucker Ronzetti, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Thomas A. Tucker Ronzetti, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Thomas A. Tucker Ronzetti, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:       September 11, 2007

Respectfully Submitted,

_____
Anne Fornecker (AF-2073)

Sworn to before me this
11th day of September 2007

_____
Notary

JANET SEIDMAN
Notary Public State Of New York
No. 24-4705123
Qualified in Kings County
Commission Expires January 31, 2010

2

## CERTIFICATE OF SERVICE

I, Anne Fornecker, certify that on September 11, 2007, the foregoing Motion to Admit Counsel Pro Hac Vice and Affidavit of Anne Fornecker in Support of Motion to Admit Counsel Pro Hac Vice were served on the counsel listed below by first-class mail.

Samuel Joseph Hand, Esq.
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Tel: (212) 326-3939
Fax: (212) 755-7306

Julie McEvoy, Esq.
JONES DAY
51 Louisiana Ave., N.W.
Washington D.C. 2001-2113
Tel: (202) 879-4645
Fax: (202) 626-1700

*Attorneys for Defendants Sanofi-Aventis, Sanofi-Aventis U.S. LLC, and Aventis Pharmaceuticals, Inc.*

Adam Matthew Moskowitz
Thomas A. Tucker Ronzetti
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce De Leon Blvd., Fl. 9
Coral Gables, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc.*

_____



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida  )

County of Leon  )

        In Re:   965723
                      Thomas A. Tucker Ronzetti
                      Kozyak Tropin & Throckmorton, P.A.
                      2525 Ponce De Leon Blvd., Fl. 9
                      Coral Gables, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 26, 1992.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 14th day of August, 2007.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lvm19:R10