DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                Plaintiffs,

v.

SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC, and AVENTIS PHARMACEUTICALS, INC.,

                Defendants.

07-cv-7343 (HB)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

---

Upon the motion of Anne Fornecker, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Thomas A. Tucker Ronzetti
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce De Leon Blvd., Fl. 9
Coral Gables, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508
email: TR@kttlaw.com

is admitted to practice pro hac vice as counsel for Plaintiff Louisiana Wholesale Drug Company, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing disciplining of attorneys.

If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:      September 11, 2007
City/State:  New York, New York

                                                                                    United States District Judge

> Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.
>
> SO ORDERED.
>
> Hon. Harold Baer, Jr., U.S.D.J.
> Date:

2