UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC and AVENTIS PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 07-cv-7343 (HB) <br><br> Hon. Harold Baer, U.S.D.J. |

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07
```

## ORDER FOR ADMISSION PRO HAC VICE
## ON WRITTEN MOTION

Upon the motion of Defendant Aventis Pharmaceuticals, Inc. dated September 27, 2007, for an Order pursuant to Rule 1.3(c) of the Rules of the United States District Courts for the Southern and Eastern Districts of New York granting *pro hac vice* admission to Julia E. McEvoy, Christopher R. Farrell and Rosanna K. McCalips in connection with the above-captioned action, and upon consideration of the motion and declaration in support thereof, it is

**ORDERED** that Julia E. McEvoy, Christopher R. Farrell and Rosanna K. McCalips are granted *pro hac vice* admission to the bar of this Court for the purpose of participating in this action.

Dated: New York, New York
_____, 2007

Application for Pro Hac Vice
GRANTED. The Clerk is
instructed to close this motion.

SO ORDERED

_____
Hon. Harold Baer, Jr., U.S.D.J.
Date: 10/10/07

_____
Honorable Harold Baer
United Sates District Judge