UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANOFI-AVENTIS, SANOFI-AVENTIS ) <br> U.S., LLC and AVENTIS ) <br> PHARMACEUTICALS, INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-cv-7343 (HB) <br><br> Hon. Harold Baer, U.S.D.J. <br> ECF CASE |

### DEFENDANTS SANOFI-AVENTIS US LLC' AND AVENTIS PHARMACEUTICALS INC.'S MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM

**NOW INTO COURT**, through its undersigned counsel, come Defendants sanofi-aventis u.s. llc, and Aventis Pharmaceuticals, Inc. (collectively, "Aventis"), who pursuant to Fed. R. Civ. P. 12(b) and for reasons more fully set forth in the accompanying Memorandum of Law, move for the dismissal of Plaintiff Louisiana Wholesale Drug Co, Inc.'s Complaint for failure to state a claim upon which relief can be granted.

**WHEREFORE**, Aventis prays that this Honorable Court grant this Motion to Dismiss the Complaint for Failure to State a Claim.

Dated: October 15, 2007

                                                Respectfully submitted,

                                                /s/ Christopher R. Farrell
                                                John M. Majoras
                                                Julia E. McEvoy (admitted *pro hac vice*)
                                                Michael S. Fried
                                                Christopher R. Farrell (admitted *pro hac vice*)
                                                Jones Day
                                                51 Louisiana Avenue, NW
                                                Washington, DC  20001
                                                Tel.: 202-879-4645
                                                Fax: 202-626-1700

                                                *Counsel for* SANOFI-AVENTIS U.S. LLC *and* AVENTIS PHARMACEUTICALS INC.

**CERTIFICATE OF SERVICE**

   I, Christopher R. Farrell, certify that the foregoing Motion to Dismiss the Complaint for Failure to State a Claim was served on October 15, 2007, on the counsel listed below in the manner(s) indicated below:

| | |
|---|---|
| Bruce E. Gerstein<br>Barry S. Taus<br>Anne K. Forneker<br>GARWIN GERSTEIN & FISHER LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br><br>*Via ECF Filing and Federal Express* | Daniel Berger<br>Adam Moskowitz<br>Tucker Ronzetti<br>KOZYAK TROPIN & THROCKMORTON<br>2525 Ponce De Leon Blvd, 9th Floor<br>Miami, FL 33134<br><br>*Via Federal Express* |
| John Gregory Odom<br>Stuart E. Des Roches<br>ODOM & DES ROCHES, LLP<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA 70130<br><br>*Via Federal Express* | Linda Nussbaum<br>KAPLIN FOX & KILSHEIMER, LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br><br>*Via ECF Filing* |
| David P. Smith<br>W. Ross Foote<br>PERCY, SMITH & FOOTE LLP<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA 71309<br><br>*Via Federal Express* | Brent Barriere<br>Susie Morgan<br>PHELPS DUNBAR<br>Canal Place, Suite 2000<br>365 Canal Street<br>New Orleans, LA 70130<br><br>*Via Federal Express* |
| David F. Sorensen<br>Eric L. Cramer<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>*Via ECF Filing* | |

                /s/ Christopher R. Farrell
                 Christopher R. Farrell

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., | ) | Civil Action No. 07-cv-7343 (HB) |
| Plaintiff, | ) ) ) | Hon. Harold Baer, U.S.D.J. ECF CASE |
| v. | ) ) | |
| SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC and AVENTIS PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## **PROPOSED ORDER**

Upon consideration of Defendants sanofi-aventis u.s. llc and Aventis Pharmaceuticals, Inc.'s Motion to Dismiss the Complaint for Failure to State a Claim, it is this ___ day of _____, 2007, hereby

ORDERED that Plaintiff Louisiana Wholesale Drug Co., Inc.'s Complaint is DISMISSED with prejudice.

_____
UNITED STATES DISTRICT JUDGE