# EXHIBIT 3, Tab 1

**COPYRIGHTED MATERIAL CAN BE VIEWED IN THE DOCKETS MANAGEMENT PUBLIC READING ROOM 5630 FISHERS LANE, ROOM 1061 ROCKVILLE, MD**