# EXHIBIT 3, Tab 4

Case 1:07-cv-07343-HB    Document 16-26    Filed 10/15/2007    Page 1 of 3

**Attachment 4**

```
>A>     AP                              30MG/ML                          N76722 002  Jul 27, 2004
>A>     AP      BAXTER HLTHCARE         15MG/ML                          N75772 001  Jul 21, 2004
>A>     AP                              30MG/ML                          N75772 002  Jul 21, 2004


        LANSOPRAZOLE
>A>       FOR SUSPENSION, DELAYED RELEASE; ORAL
>A>         PREVACID
>A>           TAP PHARM                 15MG/PACKET                      N21281 001  May 03, 2001
>A>           +                         30MG/PACKET                      N21281 002  May 03, 2001
>D>       FOR SUSPENSION, EXTENDED RELEASE; ORAL
>D>         PREVACID
>D>           TAP PHARM                 15MG/PACKET                      N21281 001  May 03, 2001
>D>           +                         30MG/PACKET                      N21281 002  May 03, 2001
>A>       TABLET, DELAYED RELEASE, ORALLY DISINTEGRATING; ORAL
>A>         PREVACID
>A>           TAP PHARM                 15MG                             N21428 001  Aug 30, 2002
>A>           +                         30MG                             N21428 002  Aug 30, 2002
>D>       TABLET, ORALLY DISINTEGRATING; ORAL
>D>         PREVACID
>D>           TAP PHARM                 15MG                             N21428 001  Aug 30, 2002
>D>           +                         30MG                             N21428 002  Aug 30, 2002


        LEFLUNOMIDE
          TABLET; ORAL


            ARAVA
>D>           @ AVENTIS PHARMS          100MG                            N20905 003  Sep 10, 1998
>A>           +                         100MG                            N20905 003  Sep 10, 1998


        LEUCOVORIN CALCIUM
          INJECTABLE; INJECTION
            LEUCOVORIN CALCIUM PRESERVATIVE FREE
>D>     AP    BIGMAR                    EQ 200MG BASE/VIAL               N40258 001  Feb 26, 1999
>D>           +                         EQ 500MG BASE/VIAL               N40286 001  Feb 26, 1999
>A>     AP    BIGMAR BIOREN             EQ 200MG BASE/VIAL               N40258 001  Feb 26, 1999
>A>           +                         EQ 500MG BASE/VIAL               N40286 001  Feb 26, 1999


        LEVOTHYROXINE SODIUM
          TABLET; ORAL
            LEVOLET
>A>     BX    VINTAGE                   0.025MG                          N21137 001  Jun 06, 2003
>A>     BX                              0.05MG                           N21137 002  Jun 06, 2003
>A>     BX                              0.075MG                          N21137 003  Jun 06, 2003
>A>     BX                              0.088MG                          N21137 004  Jun 06, 2003
>A>     BX                              0.1MG                            N21137 005  Jun 06, 2003
>A>     BX                              0.112MG                          N21137 006  Jun 06, 2003
>A>     BX                              0.125MG                          N21137 007  Jun 06, 2003
>A>     BX                              0.137MG                          N21137 008  Jun 06, 2003
>A>     BX                              0.15MG                           N21137 009  Jun 06, 2003
>A>     BX                              0.175MG                          N21137 010  Jun 06, 2003
>A>     BX                              0.2MG                            N21137 011  Jun 06, 2003
>A>     BX                              0.3MG                            N21137 012  Jun 06, 2003
>D>     BX    VINTAGE PHARMS            0.025MG                          N21137 001  Jun 06, 2003
>D>     BX                              0.05MG                           N21137 002  Jun 06, 2003
>D>     BX                              0.075MG                          N21137 003  Jun 06, 2003
>D>     BX                              0.088MG                          N21137 004  Jun 06, 2003
>D>     BX                              0.1MG                            N21137 005  Jun 06, 2003
>D>     BX                              0.112MG                          N21137 006  Jun 06, 2003
>D>     BX                              0.125MG                          N21137 007  Jun 06, 2003
>D>     BX                              0.137MG                          N21137 008  Jun 06, 2003
>D>     BX                              0.15MG                           N21137 009  Jun 06, 2003
>D>     BX                              0.175MG                          N21137 010  Jun 06, 2003
>D>     BX                              0.2MG                            N21137 011  Jun 06, 2003
>D>     BX                              0.3MG                            N21137 012  Jun 06, 2003
            LEVOXYL
>D>     AB1,  JONES PHARMA              0.137MG                          N21301 008  May 25, 2001
>D>     AB3
>A>     AB3                             0.137MG                          N21301 008  May 25, 2001


        LOPERAMIDE HYDROCHLORIDE
          SOLUTION; ORAL
            IMODIUM
>D>           @ JANSSEN                 1MG/5ML                          N19037 001  Jul 31, 1984
>A>           @ JANSSEN PHARMA          1MG/5ML                          N19037 001  Jul 31, 1984
```