# EXHIBIT 5, Tab A

Case 1:07-cv-07343-HB     Document 16-30     Filed 10/15/2007     Page 1 of 2

**COPYRIGHTED MATERIAL CAN BE VIEWED IN THE
DOCKETS MANAGEMENT PUBLIC READING ROOM
5630 FISHERS LANE, ROOM 1061
ROCKVILLE, MD**