# EXHIBIT 5, Tab C

**COPYRIGHTED MATERIAL CAN BE VIEWED IN THE
DOCKETS MANAGEMENT PUBLIC READING ROOM
5630 FISHERS LANE, ROOM 1061
ROCKVILLE, MD**