# EXHIBIT 5, Tab E

# E

# APPROVED DRUG PRODUCTS
## with
## THERAPEUTIC EQUIVALENCE EVALUATIONS



LIBRARY
COVINGTON & BURLING

The products in this list have been approved under section 505 of the Federal Food, Drug, and Cosmetic Act. This volume is current through December 31, 2003.

# 24th EDITION


24th EDITION



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION
CENTER FOR DRUG EVALUATION AND RESEARCH
OFFICE OF PHARMACEUTICAL SCIENCE
OFFICE OF GENERIC DRUGS

2004

PRESCRIPTION DRUG PRODUCT LIST

LAMOTRIGINE

TABLET; ORAL
  LAMICTAL
    GLAXOSMITHKLINE      25MG             N20241 005
                                    DEC 27, 1994
                        100MG             N20241 001
                                      DEC 27, 1994
                        150MG             N20241 002
                                      DEC 27, 1994
   +                   200MG             N20241 003
                                      DEC 27, 1994

TABLET, CHEWABLE; ORAL
  LAMICTAL CD
    GLAXOSMITHKLINE      2MG              N20764 004
                                      SEP 08, 2000
                        5MG             N20764 001
                                      AUG 24, 1998
   +                   25MG             N20764 002
                                      AUG 24, 1998

LANSOPRAZOLE

CAPSULE, DELAYED REL PELLETS; ORAL
  PREVACID
    TAP PHARM           15MG             N20406 001
                                      MAY 10, 1995
   +                   30MG             N20406 002
                                      MAY 10, 1995

FOR SUSPENSION, EXTENDED RELEASE; ORAL
  PREVACID
    TAP PHARM      •   15MG/PACKET      N21281 001
                                      MAY 03, 2001
   +                   30MG/PACKET      N21281 002
                                      MAY 03, 2001

TABLET, ORALLY DISINTEGRATING; ORAL
  PREVACID
    TAP PHARM           15MG             N21428 001
                                      AUG 30, 2002
   +                   30MG             N21428 002
                                      AUG 30, 2002

LANSOPRAZOLE; *MULTIPLE*
  SEE AMOXICILLIN; CLARITHROMYCIN; LANSOPRAZOLE

LANSOPRAZOLE; NAPROXEN

CAPSULE, DELAYED REL PELLETS, TABLET; ORAL
  NAPRAPAC 250 (COPACKAGED)
    TAP PHARM           15MG,N/A;N/A,250MG    N21507 002
                                                  NOV 14, 2003
  NAPRAPAC 375 (COPACKAGED)
    TAP PHARM           15MG,N/A;N/A,375MG    N21507 003
                                                  NOV 14, 2003
  NAPRAPAC 500 (COPACKAGED)
  +  TAP PHARM           15MG,N/A;N/A,500MG    N21507 004
                                                  NOV 14, 2003

LATANOPROST

SOLUTION/DROPS; OPHTHALMIC
  XALATAN
  +  PHARMACIA AND UPJOHN 0.005%           N20597 001
                                                  JUN 05, 1996

LEFLUNOMIDE

TABLET; ORAL
  ARAVA
    AVENTIS PHARMS      10MG            N20905 001
                                      SEP 10, 1998
   +                   20MG            N20905 002
                                      SEP 10, 1998

LEPIRUDIN

INJECTABLE; INJECTION
  REFLUDAN
  +  BERLEX LABS         50MG/VIAL        N20807 001
                                                MAR 06, 1998

LETROZOLE

TABLET; ORAL
  FEMARA
  +  NOVARTIS           2.5MG          N20726 001
                                                JUL 25, 1997



## DISCONTINUED DRUG PRODUCT LIST



0- 74

| | | | |
|---|---|---|---|
| **KETOROLAC TROMETHAMINE** | | | |
| INJECTABLE | | | |
| KETOROLAC TROMETHAMINE | 30MG/ML | N75230 | |
| TABLET | | | |
| KETOROLAC TROMETHAMINE | 10MG | N74790 | |
| **KRYPTON, KR-81M** | | | |
| GAS | | | |
| MPI KRYPTON 81M GAS GENERATOR | N/A | N18088 | |
| **LABETALOL HYDROCHLORIDE** | | | |
| INJECTABLE | | | |
| LABETALOL HCL | 5MG/ML | N75355 | |
| TABLET | | | |
| LABETALOL HCL | 100MG | N75223 | |
| LABETALOL HCL | 200MG | N75223 | |
| LABETALOL HCL | 300MG | N75223 | |
| NORMODYNE | 400MG | N18687 | |
| TRANDATE | 400MG | N18716 | |
| **LACTULOSE** | | | |
| SOLUTION | | | |
| CEPHULAC | 10GM/15ML | *N17657 | |
| CHRONULAC | 10GM/15ML | N17884 | |
| DUPHALAC | 10GM/15ML | N72372 | |
| GENERLAC | 10GM/15ML | N71842 | |
| LACTULOSE | 10GM/15ML | N71841 | |
| LACTULOSE | 10GM/15ML | N72029 | |
| LACTULOSE | 10GM/15ML | N73160 | |
| LACTULOSE | 10GM/15ML | N73590 | |
| LACTULOSE | 10GM/15ML | N17906 | |
| PORTALAC | 10GM/15ML | N72374 | |
| **LAMOTRIGINE** | | | |
| TABLET | | | |
| LAMICTAL | 250MG | N20241 | |
| LAMICTAL | 50MG | N20241 | |
| TABLET, CHEWABLE | | | |
| LAMICTAL CD | 100MG | N20764 | |
| **LEFLUNOMIDE** | | | |
| TABLET | | | |
| ARAVA | 100MG | N20905 | |
| **LEUCOVORIN CALCIUM** | | | |
| FOR SOLUTION | | | |
| LEUCOVORIN CALCIUM | EQ 50MG BASE/VIAL | N08107 | |
| INJECTABLE | | | |
| LEUCOVORIN CALCIUM | EQ 3MG BASE/ML | N89352 | |
| LEUCOVORIN CALCIUM | EQ 50MG BASE/VIAL | N89353 | |
| LEUCOVORIN CALCIUM | EQ 50MG BASE/VIAL | N88939 | |

| | | | |
|---|---|---|---|
| **LEUCOVORIN CALCIUM** | | | |
| INJECTABLE | | | |
| LEUCOVORIN CALCIUM | | EQ 100MG BASE/VIAL | N81224 |
| LEUCOVORIN CALCIUM | | EQ 50MG BASE/VIAL | N70480 |
| LEUCOVORIN CALCIUM | | EQ 3MG BASE/ML | N08107 |
| WELLCOVORIN | | EQ 100MG BASE/VIAL | N89634 |
| WELLCOVORIN | | EQ 25MG BASE/VIAL | N89833 |
| WELLCOVORIN | | EQ 50MG BASE/VIAL | N89465 |
| WELLCOVORIN | | EQ 5MG BASE/ML | N87439 |
| TABLET | | | |
| LEUCOVORIN CALCIUM | | EQ 25MG BASE | N71598 |
| LEUCOVORIN CALCIUM | | EQ 5MG BASE | N71600 |
| WELLCOVORIN | | EQ 25MG BASE | N18342 |
| WELLCOVORIN | | EQ 5MG BASE | N18342 |
| **LEUPROLIDE ACETATE** | | | |
| INJECTABLE | | | |
| LUPRON DEPOT-PED | | 3.75MG/VIAL;7.5MG/VIAL | N20263 |
| LUPRON DEPOT-PED | | 7.5MG/VIAL;7.5MG/VIAL | N20263 |
| **LEVALLORPHAN TARTRATE** | | | |
| INJECTABLE | | | |
| LORFAN | | 1MG/ML | N10423 |
| **LEVAMISOLE HYDROCHLORIDE** | | | |
| TABLET | | | |
| ERGAMISOL | | EQ 50MG BASE | N20035 |
| **LEVOBETAXOLOL HYDROCHLORIDE** | | | |
| SUSPENSION/DROPS | | | |
| BETAXON | | EQ 0.5% BASE | N21114 |
| **LEVOCARNITINE** | | | |
| SOLUTION | | | |
| CARNITOR | | 1GM/10ML | N18948 |
| **LEVODOPA** | | | |
| CAPSULE | | | |
| BENDOPA | | 100MG | N16948 |
| BENDOPA | | 250MG | N16948 |
| BENDOPA | | 500MG | N16948 |
| DOPAR | | 100MG | N16913 |
| DOPAR | | 250MG | N16913 |
| DOPAR | | 500MG | N16913 |
| LARODOPA | | 100MG | N16912 |
| LARODOPA | | 250MG | N16912 |
| LARODOPA | | 500MG | N16912 |
| TABLET | | | |
| DOPAR | | 250MG | N16913 |
| DOPAR | | 500MG | N16913 |
| LARODOPA | | 100MG | N16912 |