**EXHIBIT 5, Tab G**

# G

# APPROVED DRUG PRODUCTS
## with
## THERAPEUTIC EQUIVALENCE EVALUATIONS

### 24th EDITION

Cumulative Supplement 7

July 2004



LIBRARY
SEP 1 7 2004
...INGTON & ...

## CONTENTS

*PAGE*

| | | |
|---|---|---|
| 1.0 | INTRODUCTION | iii |
| 1.1 | How to Use the Cumulative Supplement | iii |
| 1.2 | Applicant Name Changes | iv |
| 1.3 | Ribavirin 200mg Oral Capsule | v |
| 1.4 | Levothyroxine Sodium | v |
| 1.5 | Availability of the Edition | vi |
| 1.6 | Report of Counts for the Prescription Drug Product List | vii |
| 1.7 | Cumulative Supplement Change Legend | viii |

DRUG PRODUCT LISTS
- Prescription Drug Product List ........ 1-1
- OTC Drug Product List ........ 2-1
- Drug Products with Approval under Section 505 of the Act Administered by the Center for Biologics Evaluation and Research List ........ 3-1
- Orphan Product Designations and Approvals List ........ 4-1
- Drug Products Which Must Demonstrate in vivo Bioavailability Only if Product Fails to Achieve Adequate Dissolution ........ 5-1

PATENT AND EXCLUSIVITY INFORMATION ADDENDUM
- A. Patent and Exclusivity Lists ........ A-1
- B. Patent and Exclusivity Terms ........ B-1

Please Note:

The 24th Edition of the Orange Book will be the last paper version. All the components of the paper Orange Book are and have been available on the Internet since 1997. Refer to the Introduction 1.3, Availability of the Edition, for specific locations. Additional details will be made available in future Cumulative Supplement publications.

RX DRUG PRODUCT LIST   -   CUMULATIVE SUPPLMENT  7  -  July 2004                    1-50

```
              INJECTABLE; INJECTION
                 KETOROLAC TROMETHAMINE
         AP         HOSPIRA                  30MG/ML                    N74802 002  Jun 05, 1997 May  CAHN
         AP                                  30MG/ML                    N74993 002  Jan 27, 1999 May  CAHN
                 TORADOL
                    @ ROCHE PALO             15MG/ML                    N19698 001  Nov 30, 1989 Jan  DISC
                    @                        30MG/ML                    N19698 002  Nov 30, 1989 Jan  DISC

              KETOTIFEN FUMARATE
                 SOLUTION/DROPS; OPHTHALMIC
                    ZADITOR
                    +  NOVARTIS              EQ 0.025% BASE             N21066 001  Jul 02, 1999 Feb  CAHN

              LABETALOL HYDROCHLORIDE
                 INJECTABLE; INJECTION
                    LABETALOL HCL
         AP         HOSPIRA                  5MG/ML                     N75239 001  Nov 29, 1999 May  CAHN
         AP                                  5MG/ML                     N75240 001  Nov 29, 1999 May  CAHN

              LAMIVUDINE
                 TABLET; ORAL
                    EPIVIR
                       GLAXOSMITHKLINE       150MG                      N20564 001  Nov 17, 1995 May  CRLD
                    +                        300MG                      N20564 003  Jun 24, 2002 May  CRLD

              LAMOTRIGINE
                 TABLET; ORAL
                    LAMICTAL
                    +  GLAXOSMITHKLINE       25MG                       N20241 005  Dec 27, 1994 Apr  CRLD
                                             200MG                      N20241 003  Dec 27, 1994 Apr  CRLD

              LANSOPRAZOLE
  >A>            FOR SUSPENSION, DELAYED RELEASE; ORAL
  >A>               PREVACID
  >A>                  TAP PHARM             15MG/PACKET                N21281 001  May 03, 2001 Jul  CDFR
  >A>               +                        30MG/PACKET                N21281 002  May 03, 2001 Jul  CDFR
  >D>            FOR SUSPENSION, EXTENDED RELEASE; ORAL
  >D>               PREVACID
  >D>                  TAP PHARM             15MG/PACKET                N21281 001  May 03, 2001 Jul  CDFR
  >D>               +                        30MG/PACKET                N21281 002  May 03, 2001 Jul  CDFR
                 INJECTABLE; INTRAVENOUS
                    PREVACID IV
                    +  TAP PHARM             30MG/VIAL                  N21566 001  May 27, 2004 May  NEWA
  >A>            TABLET, DELAYED RELEASE, ORALLY DISINTEGRATING; ORAL
  >A>               PREVACID
  >A>                  TAP PHARM             15MG                       N21428 001  Aug 30, 2002 Jul  CDFR
  >A>               +                        30MG                       N21428 002  Aug 30, 2002 Jul  CDFR
  >D>            TABLET, ORALLY DISINTEGRATING; ORAL
  >D>               PREVACID
  >D>                  TAP PHARM             15MG                       N21428 001  Aug 30, 2002 Jul  CDFR
  >D>               +                        30MG                       N21428 002  Aug 30, 2002 Jul  CDFR

              LEFLUNOMIDE
                 TABLET; ORAL
                    ARAVA
  >D>               @ AVENTIS PHARMS         100MG                      N20905 003  Sep 10, 1998 Jul  CMFD
```

```
                    RX DRUG PRODUCT LIST   -   CUMULATIVE SUPPLMENT  7  -  July 2004                    1-51

            TABLET; ORAL
              ARAVA
>A>    +        AVENTIS PHARMS         100MG                          N20905 003  Sep 10, 1998  Jul  CMFD

       LEUCOVORIN CALCIUM

          INJECTABLE; INJECTION
            LEUCOVORIN CALCIUM PRESERVATIVE FREE
>D> AP       BIGMAR                    EQ 200MG BASE/VIAL             N40258 001  Feb 26, 1999  Jul  CAHN
>D>    +                               EQ 500MG BASE/VIAL             N40286 001  Feb 26, 1999  Jul  CAHN
>A> AP       BIGMAR BIOREN PHARMS      EQ 200MG BASE/VIAL             N40258 001  Feb 26, 1999  Jul  CAHN
>A>    +                               EQ 500MG BASE/VIAL             N40286 001  Feb 26, 1999  Jul  CAHN
    AP +    HOSPIRA                    EQ 10MG BASE/ML                N40147 001  Jun 25, 1997  May  CAHN

       LEVOBUPIVACAINE HYDROCHLORIDE

          INJECTABLE; INJECTION
            CHIROCAINE
            @  PURDUE PHARMA LP        EQ 2.5MG BASE/ML               N20997 001  Aug 05, 1999  May  DISC
            @                          EQ 5MG BASE/ML                 N20997 002  Aug 05, 1999  May  DISC
            @                          EQ 7.5MG BASE/ML               N20997 003  Aug 05, 1999  May  DISC

       LEVOCABASTINE HYDROCHLORIDE

          SUSPENSION/DROPS; OPHTHALMIC
            LIVOSTIN
            +  NOVARTIS                EQ 0.05% BASE                  N20219 001  Nov 10, 1993  Feb  CAHN

       LEVOFLOXACIN

          SOLUTION/DROPS; OPHTHALMIC
            IQUIX
            +  SANTEN                  1.5%                           N21571 001  Mar 01, 2004  Mar  NEWA

       LEVONORGESTREL

          TABLET; ORAL
            PLAN B
            +  DURAMED                 0.75MG                         N21045 001  Jul 28, 1999  Feb  CAHN

       LEVOTHYROXINE SODIUM*

          TABLET; ORAL
            LEVOLET
>A> BX       VINTAGE                   0.025MG                        N21137 001  Jun 06, 2003  Jul  CAHN
>A> BX                                 0.05MG                         N21137 002  Jun 06, 2003  Jul  CAHN
>A> BX                                 0.075MG                        N21137 003  Jun 06, 2003  Jul  CAHN
>A> BX                                 0.088MG                        N21137 004  Jun 06, 2003  Jul  CAHN
>A> BX                                 0.1MG                          N21137 005  Jun 06, 2003  Jul  CAHN
>A> BX                                 0.112MG                        N21137 006  Jun 06, 2003  Jul  CAHN
>A> BX                                 0.125MG                        N21137 007  Jun 06, 2003  Jul  CAHN
>A> BX                                 0.137MG                        N21137 008  Jun 06, 2003  Jul  CAHN
>A> BX                                 0.15MG                         N21137 009  Jun 06, 2003  Jul  CAHN
>A> BX                                 0.175MG                        N21137 010  Jun 06, 2003  Jul  CAHN
>A> BX                                 0.2MG                          N21137 011  Jun 06, 2003  Jul  CAHN
>A> BX                                 0.3MG                          N21137 012  Jun 06, 2003  Jul  CAHN
>D> BX       VINTAGE  PHARMS           0.025MG                        N21137 001  Jun 06, 2003  Jul  CAHN
>D> BX                                 0.05MG                         N21137 002  Jun 06, 2003  Jul  CAHN
>D> BX                                 0.075MG                        N21137 003  Jun 06, 2003  Jul  CAHN
>D> BX                                 0.088MG                        N21137 004  Jun 06, 2003  Jul  CAHN
>D> BX                                 0.1MG                          N21137 005  Jun 06, 2003  Jul  CAHN
>D> BX                                 0.112MG                        N21137 006  Jun 06, 2003  Jul  CAHN

                        *SEE PREFACE SECTION 1.4 LEVOTHRYROXINE SODIUM
```