**EXHIBIT 5, Tab H**

# H



# APPROVED DRUG PRODUCTS

## WITH

## THERAPEUTIC EQUIVALENCE EVALUATIONS

### 25th EDITION

**THE PRODUCTS IN THIS LIST HAVE BEEN APPROVED UNDER SECTION 505 OF THE FEDERAL FOOD, DRUG, AND COSMETIC ACT.**

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION
CENTER FOR DRUG EVALUATION AND RESEARCH
OFFICE OF PHARMACEUTICAL SCIENCE
OFFICE OF GENERIC DRUGS

2005

PRESCRIPTION DRUG PRODUCT LIST

25TH EDITION - 2005 - APPROVED DRUG PRODUCTS LIST

3-211 of 351

### LANSOPRAZOLE; NAPROXEN

CAPSULE, DELAYED REL PELLETS, TABLET; ORAL
NAPRAPAC 250 (COPACKAGED)
| | | | |
|---|---|---|---|
| TAP PHARM | 15MG;250MG | N21507 002 | Nov 14, 2003 |

NAPRAPAC 375 (COPACKAGED)
| | | | |
|---|---|---|---|
| TAP PHARM | 15MG;375MG | N21507 003 | Nov 14, 2003 |

NAPRAPAC 500 (COPACKAGED)
| | | | |
|---|---|---|---|
| + TAP PHARM | 15MG;500MG | N21507 004 | Nov 14, 2003 |

### LANTHANUM CARBONATE

TABLET, CHEWABLE; ORAL
FOSRENOL
| | | | |
|---|---|---|---|
| SHIRE PHARM | 250MG | N21468 001 | Oct 26, 2004 |
| + | 500MG | N21468 002 | Oct 26, 2004 |

### LATANOPROST

SOLUTION/DROPS; OPHTHALMIC
XALATAN
| | | | |
|---|---|---|---|
| + PHARMACIA AND UPJOHN | 0.005% | N20597 001 | Jun 05, 1996 |

### LEFLUNOMIDE

TABLET; ORAL
ARAVA
| | | | |
|---|---|---|---|
| AVENTIS PHARMS | 10MG | N20905 001 | Sep 10, 1998 |
| + | 20MG | N20905 002 | Sep 10, 1998 |
| + | 100MG | N20905 003 | Sep 10, 1998 |

### LEPIRUDIN

INJECTABLE; INJECTION
REFLUDAN
| | | | |
|---|---|---|---|
| + BERLEX | 50MG/VIAL | N20807 001 | Mar 06, 1998 |

### LETROZOLE

TABLET; ORAL
FEMARA
| | | | |
|---|---|---|---|
| + NOVARTIS | 2.5MG | N20726 001 | Jul 25, 1997 |

### LEUCOVORIN CALCIUM

INJECTABLE; INJECTION
LEUCOVORIN CALCIUM
| | | | | | |
|---|---|---|---|---|---|
| AP | BEDFORD | EQ 50MG BASE/VIAL | N89384 | 001 | Sep 14, 1987 |
| AP | | EQ 100MG BASE/VIAL | N89717 | 001 | Mar 28, 1988 |
| AP + | MAYNE PHARMA USA | EQ 50MG BASE/VIAL | N08107 | 002 | |
| AP + | | EQ 100MG BASE/VIAL | N08107 | 004 | May 23, 1988 |
| AP + | | EQ 350MG BASE/VIAL | N08107 | 005 | Apr 05, 1989 |
| AP | PHARMACHEMIE | EQ 350MG BASE/VIAL | N40262 | 001 | Dec 15, 1999 |
| AP | PHARMACHEMIE USA | EQ 50MG BASE/VIAL | N89628 | 001 | Apr 17, 1997 |
| AP | SICOR PHARMS | EQ 50MG BASE/VIAL | N81278 | 001 | Sep 28, 1993 |
| AP | | EQ 100MG BASE/VIAL | N81277 | 001 | Sep 28, 1993 |
| AP | | EQ 350MG BASE/VIAL | N40174 | 001 | Jun 12, 1997 |

LEUCOVORIN CALCIUM PRESERVATIVE FREE
| | | | | | |
|---|---|---|---|---|---|
| AP | BEDFORD | EQ 10MG BASE/ML | N40347 | 001 | Apr 25, 2000 |
| AP + | | EQ 200MG BASE/VIAL | N40056 | 001 | May 23, 1995 |
| AP | | EQ 350MG BASE/VIAL | N40335 | 001 | Apr 20, 2000 |
| AP | BIGMAR BIOREN PHARMS | EQ 200MG BASE/VIAL | N40258 | 001 | Feb 26, 1999 |
| + | | EQ 500MG BASE/VIAL | N40286 | 001 | Feb 26, 1999 |
| AP + | HOSPIRA | EQ 10MG BASE/ML | N40147 | 001 | Jun 25, 1997 |
| AP | LUITPOLD | EQ 50MG BASE/VIAL | N40338 | 001 | Jan 31, 2001 |
| AP | SICOR PHARMS | EQ 10MG BASE/ML | N40332 | 001 | Jun 28, 1999 |