**EXHIBIT 5, Tab B**

# B


*AventisPharmaceuticals*


*Aventis*

## IMPORTANT PRODUCT INFORMATION

### ARAVA® (LEFLUNOMIDE) 100 MG TABLETS DISCONTINUED

January 4, 2002

Dear Pharmaceutical Buyer:

Aventis Pharmaceuticals has made a decision to discontinue 100 mg Arava® (leflunomide) tablets trade package. Following is information on the affected product:

| NDC Number | Product Description/Size |
|---|---|
| 0088-2162-03 | 100 mg, 3-ct blister pack |

This discontinuation will take effect immediately and will affect <u>only</u> this trade size. We will continue to offer Arava in the 10- and 20- mg tablet size.

For returns on this product, note that if the product dating falls within the expiration date of the Aventis return policy, then return product to our designated return service, One-Box. If the product dating falls outside of the Aventis return policy dating, then contact our Customer Service Department for return authorization at 1-800-207-8049.

If you have any questions please feel free to contact your Aventis Pharmaceuticals Senior National Trade Account Manager or our Customer Service Department.

Sincerely,

Guerdon R. Green
Director, Trade Administration & Development
Managed Healthcare
ARA-LT-988-1

Aventis Pharmaceuticals • 300 Somerset Corporate Boulevard • Bridgewater, NJ 08807-2854 • www.aventispharma-us.com