**EXHIBIT 5, Tab E**

# E

# APPROVED DRUG PRODUCTS
## with
## THERAPEUTIC EQUIVALENCE EVALUATIONS



LIBRARY
COVINGTON & BURLING

The products in this list have been approved under section 505 of the Federal Food, Drug, and Cosmetic Act. This volume is current through December 31, 2003.

## 24th EDITION



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION
CENTER FOR DRUG EVALUATION AND RESEARCH
OFFICE OF PHARMACEUTICAL SCIENCE
OFFICE OF GENERIC DRUGS

2004

LAMOTRIGINE

    TABLET; ORAL
      LAMICTAL

| | | | |
|---|---|---|---|
| GLAXOSMITHKLINE | 25MG | N20241 005 | DEC 27, 1994 |
| | 100MG | N20241 001 | DEC 27, 1994 |
| | 150MG | N20241 002 | DEC 27, 1994 |
| + | 200MG | N20241 003 | DEC 27, 1994 |

    TABLET, CHEWABLE; ORAL
      LAMICTAL CD

| | | | |
|---|---|---|---|
| GLAXOSMITHKLINE | 2MG | N20764 004 | SEP 08, 2000 |
| | 5MG | N20764 001 | AUG 24, 1998 |
| + | 25MG | N20764 002 | AUG 24, 1998 |

LANSOPRAZOLE

    CAPSULE, DELAYED REL PELLETS; ORAL
      PREVACID

| | | | |
|---|---|---|---|
| TAP PHARM | 15MG | N20406 001 | MAY 10, 1995 |
| + | 30MG | N20406 002 | MAY 10, 1995 |

    FOR SUSPENSION, EXTENDED RELEASE; ORAL
      PREVACID

| | | | |
|---|---|---|---|
| TAP PHARM | 15MG/PACKET | N21281 001 | MAY 03, 2001 |
| + | 30MG/PACKET | N21281 002 | MAY 03, 2001 |

    TABLET, ORALLY DISINTEGRATING; ORAL
      PREVACID

| | | | |
|---|---|---|---|
| TAP PHARM | 15MG | N21428 001 | AUG 30, 2002 |
| + | 30MG | N21428 002 | AUG 30, 2002 |

LANSOPRAZOLE; *MULTIPLE*
  SEE AMOXICILLIN; CLARITHROMYCIN; LANSOPRAZOLE

LANSOPRAZOLE; NAPROXEN

    CAPSULE, DELAYED REL PELLETS, TABLET; ORAL
      NAPRAPAC 250 (COPACKAGED)

| | | | |
|---|---|---|---|
| TAP PHARM | 15MG,N/A;N/A,250MG | N21507 002 | NOV 14, 2003 |

      NAPRAPAC 375 (COPACKAGED)

| | | | |
|---|---|---|---|
| TAP PHARM | 15MG,N/A;N/A,375MG | N21507 003 | NOV 14, 2003 |

      NAPRAPAC 500 (COPACKAGED)

| | | | |
|---|---|---|---|
| + TAP PHARM | 15MG,N/A;N/A,500MG | N21507 004 | NOV 14, 2003 |

LATANOPROST

    SOLUTION/DROPS; OPHTHALMIC
      XALATAN

| | | | |
|---|---|---|---|
| + PHARMACIA AND UPJOHN | 0.005% | N20597 001 | JUN 05, 1996 |

LEFLUNOMIDE

    TABLET; ORAL
      ARAVA

| | | | |
|---|---|---|---|
| AVENTIS PHARMS | 10MG | N20905 001 | SEP 10, 1998 |
| + | 20MG | N20905 002 | SEP 10, 1998 |

LEPIRUDIN

    INJECTABLE; INJECTION
      REFLUDAN

| | | | |
|---|---|---|---|
| + BERLEX LABS | 50MG/VIAL | N20807 001 | MAR 06, 1998 |

LETROZOLE

    TABLET; ORAL
      FEMARA

| | | | |
|---|---|---|---|
| + NOVARTIS | 2.5MG | N20726 001 | JUL 25, 1997 |

# DISCONTINUED DRUG PRODUCT LIST

D-74

| | | | | | | |
|---|---|---|---|---|---|---|
| **KETOROLAC TROMETHAMINE** | | | | **LEUCOVORIN CALCIUM** | | |
| INJECTABLE | | | | INJECTABLE | | |
| KETOROLAC TROMETHAMINE | 30MG/ML | N75230 | | LEUCOVORIN CALCIUM | EQ 100MG BASE/VIAL | N81224 |
| TABLET | | | | LEUCOVORIN CALCIUM | EQ 50MG BASE/VIAL | N70480 |
| KETOROLAC TROMETHAMINE | 10MG | N74790 | | LEUCOVORIN CALCIUM | EQ 3MG BASE/ML | N08107 |
| **KRYPTON, KR-81M** | | | | WELLCOVORIN | EQ 100MG BASE/VIAL | N89634 |
| GAS | | | | WELLCOVORIN | EQ 25MG BASE/VIAL | N89833 |
| MPI KRYPTON 81M GAS GENERATOR | N/A | N18088 | | WELLCOVORIN | EQ 50MG BASE/VIAL | N89465 |
| **LABETALOL HYDROCHLORIDE** | | | | WELLCOVORIN | EQ 5MG BASE/ML | N87439 |
| INJECTABLE | | | | TABLET | | |
| LABETALOL HCL | 5MG/ML | N75355 | | LEUCOVORIN CALCIUM | EQ 25MG BASE | N71598 |
| TABLET | | | | LEUCOVORIN CALCIUM | EQ 5MG BASE | N71600 |
| LABETALOL HCL | 100MG | N75223 | | WELLCOVORIN | EQ 25MG BASE | N18342 |
| LABETALOL HCL | 200MG | N75223 | | WELLCOVORIN | EQ 5MG BASE | N18342 |
| LABETALOL HCL | 300MG | N75223 | | **LEUPROLIDE ACETATE** | | |
| NORMODYNE | 400MG | N18687 | | INJECTABLE | | |
| TRANDATE | 400MG | N18716 | | LUPRON DEPOT-PED | 3.75MG/VIAL;7.5MG/VIAL | N20263 |
| **LACTULOSE** | | | | LUPRON DEPOT-PED | 7.5MG/VIAL;7.5MG/VIAL | N20263 |
| SOLUTION | | | | **LEVALLORPHAN TARTRATE** | | |
| CEPHULAC | 10GM/15ML | *N17657 | | INJECTABLE | | |
| CHRONULAC | 10GM/15ML | N17884 | | LORFAN | 1MG/ML | N10423 |
| DUPHALAC | 10GM/15ML | N72372 | | **LEVAMISOLE HYDROCHLORIDE** | | |
| GENERLAC | 10GM/15ML | N71842 | | TABLET | | |
| LACTULOSE | 10GM/15ML | N71841 | | ERGAMISOL | EQ 50MG BASE | N20035 |
| LACTULOSE | 10GM/15ML | N72029 | | **LEVOBETAXOLOL HYDROCHLORIDE** | | |
| LACTULOSE | 10GM/15ML | N73160 | | SUSPENSION/DROPS | | |
| LACTULOSE | 10GM/15ML | N73590 | | BETAXON | EQ 0.5% BASE | N21114 |
| LACTULOSE | 10GM/15ML | N17906 | | **LEVOCARNITINE** | | |
| PORTALAC | 10GM/15ML | N72374 | | SOLUTION | | |
| **LAMOTRIGINE** | | | | CARNITOR | 1GM/10ML | N18948 |
| TABLET | | | | **LEVODOPA** | | |
| LAMICTAL | 250MG | N20241 | | CAPSULE | | |
| LAMICTAL | 50MG | N20241 | | BENDOPA | 100MG | N16948 |
| TABLET, CHEWABLE | | | | BENDOPA | 250MG | N16948 |
| LAMICTAL CD | 100MG | N20764 | | BENDOPA | 500MG | N16948 |
| **LEFLUNOMIDE** | | | | DOPAR | 100MG | N16913 |
| TABLET | | | | DOPAR | 250MG | N16913 |
| ARAVA | 100MG | N20905 | | DOPAR | 500MG | N16913 |
| **LEUCOVORIN CALCIUM** | | | | LARODOPA | 100MG | N16912 |
| FOR SOLUTION | | | | LARODOPA | 250MG | N16912 |
| LEUCOVORIN CALCIUM | EQ 60MG BASE/VIAL | N08107 | | LARODOPA | 500MG | N16912 |
| INJECTABLE | | | | TABLET | | |
| LEUCOVORIN CALCIUM | EQ 3MG BASE/ML | N89352 | | DOPAR | 250MG | N16913 |
| LEUCOVORIN CALCIUM | EQ 50MG BASE/VIAL | N89353 | | DOPAR | 500MG | N16913 |
| LEUCOVORIN CALCIUM | EQ 50MG BASE/VIAL | N88939 | | LARODOPA | 100MG | N16912 |