# EXHIBIT 5, Tab G

Case 1:07-cv-07343-HB  Document 18-36  Filed 10/16/2007  Page 1 of 5

# G

# APPROVED DRUG PRODUCTS
## with
## THERAPEUTIC EQUIVALENCE EVALUATIONS

### 24th EDITION

### Cumulative Supplement 7

### July 2004



LIBRARY
SEP 17 2004
 ...INGTON & DURLING

## CONTENTS

| | | PAGE |
|---|---|---|
| 1.0 | INTRODUCTION | iii |
| 1.1 | How to Use the Cumulative Supplement | iii |
| 1.2 | Applicant Name Changes | iv |
| 1.3 | Ribavirin 200mg Oral Capsule | v |
| 1.4 | Levothyroxine Sodium | v |
| 1.5 | Availability of the Edition | vi |
| 1.6 | Report of Counts for the Prescription Drug Product List | vii |
| 1.7 | Cumulative Supplement Change Legend | viii |

**DRUG PRODUCT LISTS**

| | |
|---|---|
| Prescription Drug Product List | 1-1 |
| OTC Drug Product List | 2-1 |
| Drug Products with Approval under Section 505 of the Act Administered by the Center for Biologics Evaluation and Research List | 3-1 |
| Orphan Product Designations and Approvals List | 4-1 |
| Drug Products Which Must Demonstrate in vivo Bioavailability Only if Product Fails to Achieve Adequate Dissolution | 5-1 |

**PATENT AND EXCLUSIVITY INFORMATION ADDENDUM**

| | |
|---|---|
| A. Patent and Exclusivity Lists | A-1 |
| B. Patent and Exclusivity Terms | B-1 |

Please Note:

The 24th Edition of the Orange Book will be the last paper version. All the components of the paper Orange Book are and have been available on the Internet since 1997. Refer to the Introduction 1.3, Availability of the Edition, for specific locations. Additional details will be made available in future Cumulative Supplement publications.

```
              RX DRUG PRODUCT LIST   -   CUMULATIVE SUPPLMENT  7  -  July 2004              1-50

         INJECTABLE; INJECTION
           KETOROLAC TROMETHAMINE
    AP       HOSPIRA              30MG/ML                    N74802 002  Jun 05, 1997  May  CAHN
    AP                            30MG/ML                    N74993 002  Jan 27, 1999  May  CAHN
           TORADOL
             @ ROCHE PALO         15MG/ML                    N19698 001  Nov 30, 1989  Jan  DISC
             @                    30MG/ML                    N19698 002  Nov 30, 1989  Jan  DISC

         KETOTIFEN FUMARATE
           SOLUTION/DROPS; OPHTHALMIC
             ZADITOR
             +  NOVARTIS          EQ 0.025% BASE             N21066 001  Jul 02, 1999  Feb  CAHN

         LABETALOL HYDROCHLORIDE
           INJECTABLE; INJECTION
             LABETALOL HCL
    AP       HOSPIRA              5MG/ML                     N75239 001  Nov 29, 1999  May  CAHN
    AP                            5MG/ML                     N75240 001  Nov 29, 1999  May  CAHN

         LAMIVUDINE
           TABLET; ORAL
             EPIVIR
               GLAXOSMITHKLINE    150MG                      N20564 001  Nov 17, 1995  May  CRLD
             +                    300MG                      N20564 003  Jun 24, 2002  May  CRLD

         LAMOTRIGINE
           TABLET; ORAL
             LAMICTAL
             +  GLAXOSMITHKLINE   25MG                       N20241 005  Dec 27, 1994  Apr  CRLD
                                  200MG                      N20241 003  Dec 27, 1994  Apr  CRLD

         LANSOPRAZOLE
>A>        FOR SUSPENSION, DELAYED RELEASE; ORAL
>A>          PREVACID
>A>            TAP PHARM          15MG/PACKET                N21281 001  May 03, 2001  Jul  CDFR
>A>          +                    30MG/PACKET                N21281 002  May 03, 2001  Jul  CDFR
>D>        FOR SUSPENSION, EXTENDED RELEASE; ORAL
>D>          PREVACID
>D>            TAP PHARM          15MG/PACKET                N21281 001  May 03, 2001  Jul  CDFR
>D>          +                    30MG/PACKET                N21281 002  May 03, 2001  Jul  CDFR
           INJECTABLE; INTRAVENOUS
             PREVACID IV
             +  TAP PHARM         30MG/VIAL                  N21566 001  May 27, 2004  May  NEWA
>A>        TABLET, DELAYED RELEASE, ORALLY DISINTEGRATING; ORAL
>A>          PREVACID
>A>            TAP PHARM          15MG                       N21428 001  Aug 30, 2002  Jul  CDFR
>A>          +                    30MG                       N21428 002  Aug 30, 2002  Jul  CDFR
>D>        TABLET, ORALLY DISINTEGRATING; ORAL
>D>          PREVACID
>D>            TAP PHARM          15MG                       N21428 001  Aug 30, 2002  Jul  CDFR
>D>          +                    30MG                       N21428 002  Aug 30, 2002  Jul  CDFR

         LEFLUNOMIDE
           TABLET; ORAL
             ARAVA
>D>          @ AVENTIS PHARMS     100MG                      N20905 003  Sep 10, 1998  Jul  CMFD
```

```
            RX DRUG PRODUCT LIST   -   CUMULATIVE SUPPLMENT  7  -  July 2004                  1-51

            TABLET; ORAL
              ARAVA
>A>    +        AVENTIS PHARMS      100MG                         N20905 003  Sep 10, 1998  Jul  CMFD

         LEUCOVORIN CALCIUM

            INJECTABLE; INJECTION
              LEUCOVORIN CALCIUM PRESERVATIVE FREE
>D>  AP         BIGMAR              EQ 200MG BASE/VIAL            N40258 001  Feb 26, 1999  Jul  CAHN
>D>    +                            EQ 500MG BASE/VIAL            N40286 001  Feb 26, 1999  Jul  CAHN
>A>  AP         BIGMAR BIOREN PHARMS  EQ 200MG BASE/VIAL          N40258 001  Feb 26, 1999  Jul  CAHN
>A>    +                            EQ 500MG BASE/VIAL            N40286 001  Feb 26, 1999  Jul  CAHN
     AP  +      HOSPIRA             EQ 10MG BASE/ML               N40147 001  Jun 25, 1997  May  CAHN

         LEVOBUPIVACAINE HYDROCHLORIDE

            INJECTABLE; INJECTION
              CHIROCAINE
              @ PURDUE PHARMA LP    EQ 2.5MG BASE/ML              N20997 001  Aug 05, 1999  May  DISC
              @                     EQ 5MG BASE/ML                N20997 002  Aug 05, 1999  May  DISC
              @                     EQ 7.5MG BASE/ML              N20997 003  Aug 05, 1999  May  DISC

         LEVOCABASTINE HYDROCHLORIDE

            SUSPENSION/DROPS; OPHTHALMIC
              LIVOSTIN
              +  NOVARTIS           EQ 0.05% BASE                 N20219 001  Nov 10, 1993  Feb  CAHN

         LEVOFLOXACIN

            SOLUTION/DROPS; OPHTHALMIC
              IQUIX
              +  SANTEN             1.5%                          N21571 001  Mar 01, 2004  Mar  NEWA

         LEVONORGESTREL

            TABLET; ORAL
              PLAN B
              +  DURAMED            0.75MG                        N21045 001  Jul 28, 1999  Feb  CAHN

         LEVOTHYROXINE SODIUM*

            TABLET; ORAL
              LEVOLET
>A>  BX         VINTAGE             0.025MG                       N21137 001  Jun 06, 2003  Jul  CAHN
>A>  BX                             0.05MG                        N21137 002  Jun 06, 2003  Jul  CAHN
>A>  BX                             0.075MG                       N21137 003  Jun 06, 2003  Jul  CAHN
>A>  BX                             0.088MG                       N21137 004  Jun 06, 2003  Jul  CAHN
>A>  BX                             0.1MG                         N21137 005  Jun 06, 2003  Jul  CAHN
>A>  BX                             0.112MG                       N21137 006  Jun 06, 2003  Jul  CAHN
>A>  BX                             0.125MG                       N21137 007  Jun 06, 2003  Jul  CAHN
>A>  BX                             0.137MG                       N21137 008  Jun 06, 2003  Jul  CAHN
>A>  BX                             0.15MG                        N21137 009  Jun 06, 2003  Jul  CAHN
>A>  BX                             0.175MG                       N21137 010  Jun 06, 2003  Jul  CAHN
>A>  BX                             0.2MG                         N21137 011  Jun 06, 2003  Jul  CAHN
>A>  BX                             0.3MG                         N21137 012  Jun 06, 2003  Jul  CAHN
>D>  BX         VINTAGE  PHARMS     0.025MG                       N21137 001  Jun 06, 2003  Jul  CAHN
>D>  BX                             0.05MG                        N21137 002  Jun 06, 2003  Jul  CAHN
>D>  BX                             0.075MG                       N21137 003  Jun 06, 2003  Jul  CAHN
>D>  BX                             0.088MG                       N21137 004  Jun 06, 2003  Jul  CAHN
>D>  BX                             0.1MG                         N21137 005  Jun 06, 2003  Jul  CAHN
>D>  BX                             0.112MG                       N21137 006  Jun 06, 2003  Jul  CAHN
```

* SEE PREFACE SECTION 1.4 LEVOTHRYROXINE SODIUM