# EXHIBIT 7

 **DEPARTMENT OF HEALTH & HUMAN SERVICES**          Public Health Service

ANDA 77-083

Food and Drug Administration
Rockville MD 20857

SEP 1 3 2005


Barr Laboratories, Inc.
Attention:  Nicholas Tantillo
2 Quaker Road
P.O. Box 2900
Pomona, NY 10970


Dear Sir:

This is in reference to your abbreviated new drug application
dated March 9, 2004, submitted pursuant to Section 505(j) of the
Federal Food, Drug, and Cosmetic Act (Act), for Leflunomide
Tablets, 10 mg and 20 mg.

Reference is also made to your amendments dated December 29,
2004; and January 11, 2005. We also acknowledge the receipt of
your correspondence dated April 26, 2004 addressing patent and
exclusivity issues associated with this drug product.

We have completed the review of this abbreviated application and
have concluded that the drug is safe and effective for use as
recommended in the submitted labeling.  Accordingly the
application is approved. The Division of Bioequivalence has
determined your Leflunomide Tablets, 10 mg and 20 mg to be
bioequivalent and, therefore, therapeutically equivalent to the
listed drug (Arava® Tablets, 10 mg, and 20 mg, of Aventis
Pharmaceuticals, Inc.). Your dissolution testing should be
incorporated into the stability and quality control program
using the same method proposed in your application.

The Approved Drug Products with Therapeutic Equivalence
Evaluations, the "Orange Book", notes that Aventis
Pharmaceuticals, Inc. (Aventis) has exclusivities (I-395*PED and
M-32*PED) expiring on December 13, 2006 and September 5, 2007,
respectively, providing for the use of Arava tablets in the
pediatric population. Section 11 of the Best Pharmaceuticals for
Children Act (BPCA), signed into law in January 2002, allows
certain portions of Aventis' labeling which is subject to
pediatric exclusivity protection to be omitted from the labeling
of products approved under Section 505(j) of the Act. The BPCA
also permits the incorporation of language in the labeling of

products approved under Section 505(j) that informs health care
practitioners that Aventis' drug product has been approved for
pediatric use. The Agency has determined that the final printed
labeling you have submitted is in compliance with the BPCA with
respect to pediatric use protected by exclusivity.

Under Section 506A of the Act, certain changes in the conditions
described in this abbreviated application require an approved
supplemental application before the change may be made.

Postmarketing reporting requirements for this abbreviated
application are set forth in 21 CFR 314.80-81 and 314.98. The
Office of Generic Drugs should be advised of any change in the
marketing status of this drug.

Promotional materials may be submitted to FDA for comment prior
to publication or dissemination. Please note that these
submissions are voluntary. If you desire comments on proposed
launch promotional materials with respect to compliance with
applicable regulatory requirements, we recommend you submit, in
draft or mock-up form, two copies of both the promotional
materials and package insert(s) directly to:

  Food and Drug Administration
  Division of Drug Marketing, Advertising, and Communications, HFD-42
  5600 Fishers Lane
  Rockville, MD  20857

We call your attention to 21 CFR 314.81(b)(3) which requires
that all promotional materials be submitted to the Division of
Drug Marketing, Advertising, and Communications (HFD-42) with a
completed Form FDA 2253 at the time of their initial use.


                        Sincerely yours,

                        Gary Buehler
                        Director
                        Office of Generic Drugs
                        Center for Drug Evaluation and Research

 **DEPARTMENT OF HEALTH & HUMAN SERVICES**                Public Health Service

ANDA 77-084

SEP **1 3** 2005

Food and Drug Administration
Rockville MD 20857

TEVA Pharmaceuticals USA
Attention:  Philip Erickson
1090 Horsham Road
PO Box 1090
North Wales, PA 19454


Dear Sir:

This is in reference to your abbreviated new drug application
(ANDA) dated March 10 2004, submitted pursuant to Section 505(j)
of the Federal Food, Drug, and Cosmetic Act (the Act), for
Leflunomide Tablets, 10 mg and 20 mg.

Reference is also made to your amendments dated September 17,
October 20, and December 8, 2004; and March 14, April 13, April
26, June 3, June 23, and July 19, 2005.

We have completed the review of this abbreviated application and
have concluded that the drug is safe and effective for use as
recommended in the submitted labeling.  Accordingly the
application is approved. The Division of Bioequivalence has
determined your Leflunomide Tablets, 10 mg and 20 mg to be
bioequivalent and, therefore, therapeutically equivalent to the
listed drug (Arava® Tablets, 10 mg and 20 mg, of Aventis
Pharmaceuticals, Inc.). Your dissolution testing should be
incorporated into the stability and quality control program
using the same method proposed in your application.

The Approved Drug Products with Therapeutic Equivalence
Evaluations, the "Orange Book", notes that Aventis
Pharmaceuticals, Inc. (Aventis) has exclusivities (I-395*PED and
M-32*PED) expiring on December 13, 2006 and September 5, 2007,
respectively, providing for the use of Arava® in the pediatric
population. Section 11 of the Best Pharmaceuticals for Children
Act (BPCA), signed into law in January 2002, allows certain
portions of Aventis' labeling which is subject to pediatric
exclusivity protection to be omitted from the labeling of
products approved under Section 505(j) of the Act.  The BCPA
also permits the incorporation of language in the labeling of
products approved under Section 505(j) that informs health care

practitioners that Aventis' drug product has been approved for
pediatric use.  The Agency has determined that the final printed
labeling you have submitted is in compliance with the BCPA with
respect to pediatric use protected by exclusivity.

Under Section 506A of the Act, certain changes in the conditions
described in this abbreviated application require an approved
supplemental application before the change may be made.

Postmarketing reporting requirements for this abbreviated
application are set forth in 21 CFR 314.80-81 and 314.98.  The
Office of Generic Drugs should be advised of any change in the
marketing status of this drug.

Promotional materials may be submitted to FDA for comment prior
to publication or dissemination.  Please note that these
submissions are voluntary.  If you desire comments on proposed
launch promotional materials with respect to compliance with
applicable regulatory requirements, we recommend you submit, in
draft or mock-up form, two copies of both the promotional
materials and package insert(s) directly to:

  Food and Drug Administration
  Division of Drug Marketing, Advertising, and Communications, HFD-42
  5600 Fishers Lane
  Rockville, MD  20857

We call your attention to 21 CFR 314.81(b)(3) which requires
that all promotional materials be submitted to the Division of
Drug Marketing, Advertising, and Communications (HFD-42) with a
completed Form FDA 2253 at the time of their initial use.


                     Sincerely yours,

                     Gary Buehler
                     Director
                     Office of Generic Drugs
                     Center for Drug Evaluation and Research



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                     Public Health Service

---

ANDA 77-086                                                  Food and Drug Administration
                                                             Rockville MD 20857

SEP 1 3 2005


Kali Laboratories, Inc.
Attention:  W. Scott Groner
400 Campus Drive
Somerset, NJ 08873



Dear Sir:

This is in reference to your abbreviated new drug application
dated March 8, 2004, submitted pursuant to Section 505(j) of the
Federal Food, Drug, and Cosmetic Act (Act), for Leflunomide
Tablets, 10 mg and 20 mg.

Reference is also made to your amendments dated October 7,
November 3 (two amendments), and December 5, 2004 (three
amendments); and February 8, March 3, April 22, May 27, and June
9, 2005 (two amendments). We also acknowledge the receipt of
your correspondence dated April 19, 2004.

We have completed the review of this abbreviated application and
have concluded that the drug is safe and effective for use as
recommended in the submitted labeling.  Accordingly the
application is approved. The Division of Bioequivalence has
determined your Leflunomide Tablets, 10 mg and 20 mg to be
bioequivalent and, therefore, therapeutically equivalent to the
listed drug (Arava® 10 mg, and 20 mg Tablets, respectively, of
Aventis Pharmaceuticals, Inc.). Your dissolution testing should
be incorporated into the stability and quality control program
using the same method proposed in your application.

The "Orange Book" also notes that Aventis Pharmaceuticals Inc.
(Aventis) has exclusivities (I-395*PED and M-32*PED) expiring on
December 13, 2006 and September 5, 2007, respectively, providing
for the use of Arava® in the pediatric population. Section 11 of
the Best Pharmaceuticals for Children Act (BPCA), signed into
law in January 2002, allows certain portions of Aventis'
labeling which is subject to pediatric exclusivity protection to
be omitted from the labeling of products approved under Section
505(j) of the Act.  The BCPA also permits the incorporation of

language in the labeling of products approved under Section
505(j) that informs health care practitioners that Aventis' drug
product has been approved for pediatric use.  The agency has
determined that the final printed labeling you have submitted is
in compliance with the BCPA with respect to pediatric use
protected by exclusivity.

Under Section 506A of the Act, certain changes in the conditions
described in this abbreviated application require an approved
supplemental application before the change may be made.

Post-marketing reporting requirements for this abbreviated
application are set forth in 21 CFR 314.80-81 and 314.98.  The
Office of Generic Drugs should be advised of any change in the
marketing status of this drug.

Promotional materials may be submitted to FDA for comment prior
to publication or dissemination.  Please note that these
submissions are voluntary.  If you desire comments on proposed
launch promotional materials with respect to compliance with
applicable regulatory requirements, we recommend you submit, in
draft or mock-up form, two copies of both the promotional
materials and package insert(s) directly to:

     Food and Drug Administration
     Division of Drug Marketing, Advertising, and Communications, HFD-42
     5600 Fishers Lane
     Rockville, MD  20857

We call your attention to 21 CFR 314.81(b)(3) which requires
that all promotional materials be submitted to the Division of
Drug Marketing, Advertising, and Communications (HFD-42) with a
completed Form FDA 2253 at the time of their initial use.



                    Sincerely yours,

                    Gary Buehler
                    Director
                    Office of Generic Drugs
                    Center for Drug Evaluation and Research

 **DEPARTMENT OF HEALTH & HUMAN SERVICES**     Public Health Service

ANDA 77-087

SEP **1 3** 2005

Food and Drug Administration
Rockville MD 20857

Sandoz, Inc.
Attention:  Beth Brannan
2555 W. Midway Blvd.
Broomfield, CO  80038

Dear Madam:

This is in reference to your abbreviated new drug application
dated March 9, 2004, submitted pursuant to Section 505(j) of the
Federal Food, Drug, and Cosmetic Act (Act), for Leflunomide
Tablets, 10 mg and 20 mg.

Reference is also made to your amendments dated October 8, 2004;
February 3, May 26, June 13, July 21, and September 8, 2005.

We have completed the review of this abbreviated application and
have concluded that the drug is safe and effective for use as
recommended in the submitted labeling.  Accordingly the
application is approved. The Division of Bioequivalence has
determined your Leflunomide Tablets, 10 mg and 20 mg to be
bioequivalent and, therefore, therapeutically equivalent to the
listed drug (Arava™ 10 mg and 20 mg Tablets of Aventis
Pharmaceuticals, Inc.). Your dissolution testing should be
incorporated into the stability and quality control program
using the same method proposed in your application.

The "Orange Book" also notes that Aventis Pharmaceuticals Inc.
(Aventis) has exclusivities (I-395*PED and M-32*PED) expiring on
December 13, 2006 and September 5, 2007, respectively, providing
for the use of Arava® in the pediatric population. Section 11 of
the Best Pharmaceuticals for Children Act (BPCA), signed into
law in January 2002, allows certain portions of Aventis'
labeling which is subject to pediatric exclusivity protection to
be omitted from the labeling of products approved under Section
505(j) of the Act.  The BCPA also permits the incorporation of
language in the labeling of products approved under Section
505(j) that informs health care practitioners that Aventis' drug
product has been approved for pediatric use.  The agency has

determined that the final printed labeling you have submitted is in compliance with the BCPA with respect to pediatric use protected by exclusivity.

Under Section 506A of the Act, certain changes in the conditions described in this abbreviated application require an approved supplemental application before the change may be made.

Post-marketing reporting requirements for this abbreviated application are set forth in 21 CFR 314.80-81 and 314.98.  The Office of Generic Drugs should be advised of any change in the marketing status of this drug.

Promotional materials may be submitted to FDA for comment prior to publication or dissemination.  Please note that these submissions are voluntary.  If you desire comments on proposed launch promotional materials with respect to compliance with applicable regulatory requirements, we recommend you submit, in draft or mock-up form, two copies of both the promotional materials and package insert(s) directly to:

   Food and Drug Administration
   Division of Drug Marketing, Advertising, and Communications, HFD-42
   5600 Fishers Lane
   Rockville, MD  20857

We call your attention to 21 CFR 314.81(b)(3) which requires that all promotional materials be submitted to the Division of Drug Marketing, Advertising, and Communications (HFD-42) with a completed Form FDA 2253 at the time of their initial use.

                    Sincerely yours,

                    Gary Buehler
                    Director
                    Office of Generic Drugs
                    Center for Drug Evaluation and Research



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

---

ANDA 77-085                                               Food and Drug Administration
                                                          Rockville MD 20857

SEP 1 3 2005

Sandoz, Inc.
Attention:  Enna Krivitsky
227-15 North Conduit Avenue
Laurelton, NY 11413

Dear Madam:

This is in reference to your abbreviated new drug application
dated March 9, 2004, submitted pursuant to Section 505(j) of the
Federal Food, Drug, and Cosmetic Act (Act), for Leflunomide
Tablets, 10 mg and 20 mg.

Reference is also made to your amendments dated July 29,
September 23, and December 22, 2004; and January 20, April 8,
May 31, June 9, July 21, August 23, and September 8, 2005.

We have completed the review of this abbreviated application and
have concluded that the drug is safe and effective for use as
recommended in the submitted labeling.  Accordingly the
application is approved. The Division of Bioequivalence has
determined your Leflunomide Tablets, 10 mg and 20 mg to be
bioequivalent and, therefore, therapeutically equivalent to the
listed drug (Arava™ 10 mg and 20 mg Tablets of Aventis
Pharmaceuticals, Inc.). Your dissolution testing should be
incorporated into the stability and quality control program
using the same method proposed in your application.

The "Orange Book" also notes that Aventis Pharmaceuticals Inc.
(Aventis) has exclusivities (I-395*PED and M-32*PED) expiring on
December 13, 2006 and September 5, 2007, respectively, providing
for the use of Arava® in the pediatric population. Section 11 of
the Best Pharmaceuticals for Children Act (BPCA), signed into
law in January 2002, allows certain portions of Aventis'
labeling which is subject to pediatric exclusivity protection to
be omitted from the labeling of products approved under Section
505(j) of the Act.  The BCPA also permits the incorporation of
language in the labeling of products approved under Section
505(j) that informs health care practitioners that Aventis' drug
product has been approved for pediatric use.  The agency has

determined that the final printed labeling you have submitted is
in compliance with the BCPA with respect to pediatric use
protected by exclusivity.

Under Section 506A of the Act, certain changes in the conditions
described in this abbreviated application require an approved
supplemental application before the change may be made.

Post-marketing reporting requirements for this abbreviated
application are set forth in 21 CFR 314.80-81 and 314.98.  The
Office of Generic Drugs should be advised of any change in the
marketing status of this drug.

Promotional materials may be submitted to FDA for comment prior
to publication or dissemination.  Please note that these
submissions are voluntary.  If you desire comments on proposed
launch promotional materials with respect to compliance with
applicable regulatory requirements, we recommend you submit, in
draft or mock-up form, two copies of both the promotional
materials and package insert(s) directly to:

  Food and Drug Administration
  Division of Drug Marketing, Advertising, and Communications, HFD-42
  5600 Fishers Lane
  Rockville, MD  20857

We call your attention to 21 CFR 314.81(b)(3) which requires
that all promotional materials be submitted to the Division of
Drug Marketing, Advertising, and Communications (HFD-42) with a
completed Form FDA 2253 at the time of their initial use.


                    Sincerely yours,

                    Gary Buehler
                    Director
                    Office of Generic Drugs
                    Center for Drug Evaluation and Research

 **DEPARTMENT OF HEALTH & HUMAN SERVICES**          Public Health Service

ANDA 77-090

Food and Drug Administration
Rockville MD 20857

SEP 1 3 2005

Apqtex Corp.
U.S. Agent for Apotex Inc.
Attention: Kalpesh Shroff
2400 North Commerce Parkway, Suite 400
Weston, FL  33326

Dear Sir:

This is in reference to your abbreviated new drug application
dated March 9, 2004, submitted pursuant to Section 505(j) of the
Federal Food, Drug, and Cosmetic Act (Act), for Leflunomide
Tablets, 10 mg and 20 mg.

Reference is also made to your amendments dated November 8,
2004; and January 19, April 8, April 11, June 16, and
June 25, 2005.

We have completed the review of this abbreviated application and
have concluded that the drug is safe and effective for use as
recommended in the submitted labeling.  Accordingly the
application is approved. The Division of Bioequivalence has
determined your Leflunomide Tablets, 10 mg and 20 mg to be
bioequivalent and, therefore, therapeutically equivalent to the
listed drug (Arava® 10 mg and 20 mg of Aventis Pharmaceuticals
Inc.). Your dissolution testing should be incorporated into the
stability and quality control program using the same method
proposed in your application.

The "Orange Book" also notes that Aventis Pharmaceuticals Inc.
(Aventis) has exclusivities (I-395*PED and M-32*PED) expiring on
December 13, 2006 and September 5, 2007, respectively, providing
for the use of Arava® in the pediatric population. Section 11 of
the Best Pharmaceuticals for Children Act (BPCA), signed into
law in January 2002, allows certain portions of Aventis'
labeling which is subject to pediatric exclusivity protection to
be omitted from the labeling of products approved under Section
505(j) of the Act.  The BCPA also permits the incorporation of
language in the labeling of products approved under Section
505(j) that informs health care practitioners that Aventis' drug

product has been approved for pediatric use.  The agency has
determined that the final printed labeling you have submitted is
in compliance with the BCPA with respect to pediatric use
protected by exclusivity.

Under Section 506A of the Act, certain changes in the conditions
described in this abbreviated application require an approved
supplemental application before the change may be made.

Postmarketing reporting requirements for this abbreviated
application are set forth in 21 CFR 314.80-81 and 314.98.  The
Office of Generic Drugs should be advised of any change in the
marketing status of this drug.

Promotional materials may be submitted to FDA for comment prior
to publication or dissemination.  Please note that these
submissions are voluntary.  If you desire comments on proposed
launch promotional materials with respect to compliance with
applicable regulatory requirements, we recommend you submit, in
draft or mock-up form, two copies of both the promotional
materials and package insert(s) directly to:

  Food and Drug Administration
  Division of Drug Marketing, Advertising, and Communications,
  HFD-42
  5600 Fishers Lane
  Rockville, MD  20857

We call your attention to 21 CFR 314.81(b)(3) which requires
that all promotional materials be submitted to the Division of
Drug Marketing, Advertising, and Communications (HFD-42) with a
completed Form FDA 2253 at the time of their initial use.

                    Sincerely yours,

                    Gary Buehler
                    Director
                    Office of Generic Drugs
                    Center for Drug Evaluation and Research