UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                Plaintiffs,

v.

SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC, and AVENTIS PHARMACEUTICALS, INC.,

                Defendants.

Civil Action No. 07-cv-7343 (HB)

Hon. Harold Baer, U.S.D.J.
ECF Case

---

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 17, 2007, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered participants.

PLEASE TAKE FURTHER NOTICE that a copy of PLAINTIFF LOUISIANA WHOLESALE DRUG CO., INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANTS SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC, AND AVENTIS PHARMACEUTICALS, INC., along with this Notice of Service, were served on October 17, 2007 via electronic and first class mail on the following attorneys:

Julie McEvoy, Esq.
Christopher Farrell, Esq.
JONES DAY
51 Louisiana Ave., N.W.
Washington D.C. 20001-2113
Tel: (202) 879-4645
Fax: (202) 626-1700
jmcevoy@jonesday.com
crfarrell@jonesday.com

Respectfully Submitted,

_____
Anne Fornecker (AF-2073)
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, New York 10036
Tel: (212) 398-0055
Fax: (212) 764-6620
afornecker@garwingerstein.com