UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

         Plaintiffs,   07-cv-7343 (HB)

    v.   **MOTION TO ADMIT COUNSEL PRO HAC VICE**

SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC, and AVENTIS PHARMACEUTICALS, INC.,

         Defendants.

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Anne Fornecker, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

  David F. Sorensen
  Berger & Montague, P.C.
  1622 Locust Street
  Philadelphia, PA 19103

DAVID F. SORENSEN is a member in good standing of the Bar of the State of Pennsylvania. There are no pending disciplinary proceedings against DAVID F. SORENSEN in any State or Federal court.

Dated:  October 15, 2007
City, State: New York, New York

           Respectfully Submitted,

          _____
          Anne Fornecker (AF-2073)
          Garwin Gerstein & Fisher LLP
          1501 Broadway, Suite 1416
          New York, New York 10036
          Tel: (212) 398-0055
          Fax: (212) 764-6620

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }.

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That DAVID F. SORENSEN, Bar #57766 was duly admitted to practice in said Court on January 3, 1990, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania          MICHAEL E. KUNZ
                                                   Clerk of Court

on September 25, 2007                         BY *[signature]*
                                                   Sheila M. Jeffers
                                                   Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                       Plaintiffs,         07-cv-7343 (HB)

          v.                      **AFFIDAVIT OF**
                                       **ANNE FORNECKER IN**
SANOFI-AVENTIS, SANOFI-AVENTIS U.S.     **SUPPORT OF MOTION TO**
LLC, and AVENTIS PHARMACEUTICALS,    **ADMIT COUNSEL PRO HAC**
INC.,                                              **VICE**

                       Defendants.

---

State of New York  )
                         )   ss:
County of New York )

     Anne Fornecker, being duly sworn, hereby deposes and says as follows:

     1.     I am an associate at Garwin Gerstsein & Fisher LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit David F. Sorensen as counsel pro hac vice to represent Plaintiff in this matter.

     2.     I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on July 23, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

     3.     I have known David F. Sorensen since 2006.

     4.     Mr. Sorensen is a partner at Berger & Montague, P.C. in Philadelphia, Pennsylvania.

5.      I have found Mr. Sorensen to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6.      Accordingly, I am pleased to move the admission of David F. Sorensen, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of David F. Sorensen, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit David F. Sorensen, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:      October 15, 2007

Respectfully Submitted,

_____
Anne Fornecker (AF-2073)

Sworn to before me this
15th day of October 2007

_____
Notary

JANET SEIDMAN
Notary Public State Of New York
No. 24-4705123
Qualified in Kings County
Commission Expires January 31, 20 10

## CERTIFICATE OF SERVICE

      I, Anne Fornecker, certify that on October 15, 2007, the foregoing Motion to Admit Counsel Pro Hac Vice and Affidavit of Anne Fornecker in Support of Motion to Admit Counsel Pro Hac Vice were served on the counsel listed below by first-class mail.

Julie McEvoy
Christopher Farrell
JONES DAY
51 Louisiana Ave., N.W.
Washington D.C. 2001-2113
Tel: (202) 879-4645
Fax: (202) 626-1700

*Attorneys for Defendants Sanofi-Aventis, Sanofi-Aventis U.S. LLC, and Aventis Pharmaceuticals, Inc.*

David F. Sorensen
Peter Russell Kohn
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (800) 424-6690
Fax: (215) 875-4604

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc.*