UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                      Plaintiffs,        07-cv-7343 (HB)

            v.                       **MOTION TO ADMIT COUNSEL**
                                                 **PRO HAC VICE**

SANOFI-AVENTIS, SANOFI-AVENTIS U.S.
LLC, and AVENTIS PHARMACEUTICALS,
INC.,

                      Defendants.

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Anne Fornecker, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Stuart E. Des Roches
    Odom & Des Roches LLP
    Suite 2020, Poydras Center 650 Poydras Street
    New Orleans, LA 70130
    Tel: (504) 522-0077
    Fax: (504) 522-0078
    email: stuart@odrlaw.com

STUART E. DES ROCHES is a member in good standing of the Louisiana State Bar. There are no pending disciplinary proceedings against STUART E. DES ROCHES in any State or Federal court.

Dated:        October 15, 2007
City, State:  New York, New York

                                        Respectfully Submitted,

                                        _____
                                        Anne Fornecker (AF-2073)
                                        Garwin Gerstein & Fisher LLP
                                        1501 Broadway, Suite 1416
                                        New York, New York 10036
                                        Tel: (212) 398-0055
                                        Fax: (212) 764-6620

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**STUART E. DESROCHES, ESQ., #21902**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 16th Day of October, 1992 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 8th Day of October, 2007, A.D.

Clerk of Court
Supreme Court of Louisiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                   Plaintiffs,

v.

SANOFI-AVENTIS, SANOFI-AVENTIS U.S.
LLC, and AVENTIS PHARMACEUTICALS,
INC.,

                   Defendants.

07-cv-7343 (HB)

**AFFIDAVIT OF
ANNE FORNECKER IN
SUPPORT OF MOTION TO
ADMIT COUNSEL PRO HAC
VICE**

---

State of New York   )
                          )  ss:
County of New York )

    Anne Fornecker, being duly sworn, hereby deposes and says as follows:

    1.    I am an associate at Garwin Gerstsein & Fisher LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Stuart E. Des Roches as counsel pro hac vice to represent Plaintiff in this matter.

    2.    I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on July 23, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3.    I have known Stuart E. Des Roches since 2003.

    4.    Mr. Des Roches is a partner at Odom & Des Roches, LLP in New Orleans, Louisiana.

5. I have found Mr. Des Roches to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Stuart E. Des Roches, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Stuart E. Des Roches, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Stuart E. Des Roches, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:       October 15, 2007

Respectfully Submitted,

_____
Anne Fornecker (AF-2073)

Sworn to before me this
15th day of October 2007

_____
Notary

JANET SEIDMAN
Notary Public State Of New York
No. 24-4705123
Qualified in Kings County
Commission Expires January 31, 2011

2

## CERTIFICATE OF SERVICE

I, Anne Fornecker, certify that on October 15, 2007, the foregoing Motion to Admit Counsel Pro Hac Vice and Affidavit of Anne Fornecker in Support of Motion to Admit Counsel Pro Hac Vice were served on the counsel listed below by first-class mail.

Julie McEvoy
Christopher Farrell
JONES DAY
51 Louisiana Ave., N.W.
Washington D.C. 2001-2113
Tel: (202) 879-4645
Fax: (202) 626-1700

*Attorneys for Defendants Sanofi-Aventis, Sanofi-Aventis U.S. LLC, and Aventis Pharmaceuticals, Inc.*

Stuart E. Des Roches
Charles Ferrier Zimmer, II
Odom & Des Roches LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc.*