UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., | ) ) ) | Civil Action No. 07-cv-7343 (HB) |
| Plaintiff, | ) ) ) | Hon. Harold Baer, U.S.D.J. ECF CASE |
| v. | ) ) | |
| SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC and AVENTIS PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANT SANOFI-AVENTIS' MOTION TO DISMISS FOR
<u>INSUFFICIENCY OF SERVICE OF PROCESS</u>**

**NOW INTO COURT**, through its undersigned counsel, comes defendant sanofi-aventis, who, pursuant to Fed. R. Civ. P. 12(b)(5) and for reasons more fully set forth in the accompanying Memorandum of Law, moves for the dismissal of Plaintiff Louisiana Wholesale Drug Co., Inc.'s Complaint for insufficiency of service of process.

**WHEREFORE**, sanofi-aventis prays that this Honorable Court grant this Motion to Dismiss for Insufficiency of Service of Process.

Dated: October 19, 2007

>Respectfully submitted,
>
>___/s/ Christopher R. Farrell_____
>John M. Majoras
>Julia E. McEvoy (admitted *pro hac vice*)
>Christopher R. Farrell (admitted *pro hac vice*)
>Jones Day
>51 Louisiana Avenue, NW
>Washington, DC  20001
>Tel.: 202-879-3939
>Fax: 202-626-1700
>
>*Counsel for* SANOFI-AVENTIS

## CERTIFICATE OF SERVICE

I, Christopher R. Farrell, certify that the foregoing Motion to Dismiss the Complaint for Insufficiency of Service of Process was served on October 19, 2007, on the counsel listed below in the manner(s) indicated below:

| | |
|---|---|
| Bruce E. Gerstein<br>Barry S. Taus<br>Anne K. Forneker<br>GARWIN GERSTEIN & FISHER LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br><br>*Via ECF Filing and Federal Express* | Adam Moskowitz<br>Tucker Ronzetti<br>KOZYAK TROPIN & THROCKMORTON<br>2525 Ponce De Leon Blvd, 9th Floor<br>Miami, FL 33134<br><br>*Via Federal Express* |
| John Gregory Odom<br>Stuart E. Des Roches<br>ODOM & DES ROCHES, LLP<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA 70130<br><br>*Via Federal Express* | Linda Nussbaum<br>KAPLIN FOX & KILSHEIMER, LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br><br>*Via ECF Filing* |
| David P. Smith<br>W. Ross Foote<br>PERCY, SMITH & FOOTE LLP<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA 71309<br><br>*Via Federal Express* | Brent Barriere<br>Susie Morgan<br>PHELPS DUNBAR<br>Canal Place, Suite 2000<br>365 Canal Street<br>New Orleans, LA 70130<br><br>*Via Federal Express* |
| Daniel Berger<br>David F. Sorensen<br>Eric L. Cramer<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>*Via ECF Filing* | |

  /s/ Christopher R. Farrell
Christopher R. Farrell

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., | ) ) | Civil Action No. 07-cv-7343 (HB) |
| Plaintiff, | ) ) ) | Hon. Harold Baer, U.S.D.J. ECF CASE |
| v. | ) ) | |
| SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC and AVENTIS PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## **PROPOSED ORDER**

Upon consideration of Defendant sanofi-aventis' Motion to Dismiss the Complaint for Insufficiency of Service of Process, it is this ___ day of _____, 2007, hereby

ORDERED that Plaintiff Louisiana Wholesale Drug Co., Inc.'s Complaint is DISMISSED with prejudice as to Defendant sanofi-aventis.

_____
UNITED STATES DISTRICT JUDGE