UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANOFI-AVENTIS, SANOFI-AVENTIS ) <br> U.S., LLC and AVENTIS ) <br> PHARMACEUTICALS, INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-cv-7343 (HB) <br><br> Hon. Harold Baer, U.S.D.J. <br> ECF CASE |

**DECLARATION OF SANDI STUCKERT IN SUPPORT OF SANOFI-AVENTIS'
MOTION TO DISMISS FOR
INSUFFICIENCY OF SERVICE OF PROCESS**

Sandi Stuckert declares and states as follows:

1. I am over eighteen years of age.

2. I am currently Coordinator at sanofi-aventis U.S., LLC ("s-a U.S."). I have held this position since July 21, 2000.

3. This affidavit is submitted in support of sanofi-aventis' motion to dismiss the complaint as to sanofi-aventis for insufficiency of service of process. The statements herein are made to the best of my personal knowledge.

4. I work in s-a U.S.'s offices at 55 Corporate Drive, Bridgewater, New Jersey.

5. On August 22, 2007, United Process Service, Inc. delivered to s-a U.S.'s offices in Bridgewater copies of the summons and complaint in this case. These copies were addressed to sanofi-aventis, s-a U.S., and Aventis Pharmaceuticals, Inc. I received delivery of these materials.

6.  I am not, and never have been, authorized by sanofi-aventis to accept legal papers or service of process on sanofi-aventis' behalf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 18, 2007

_____
Sandi Stuckert

2