# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., | ) | Civil Action No. 07-cv-7343 (HB) |
|  | ) |  |
| Plaintiff, | ) | Hon. Harold Baer, U.S.D.J. |
|  | ) | ECF CASE |
| v. | ) |  |
|  | ) |  |
| SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC and AVENTIS PHARMACEUTICALS, INC., | ) | |
|  | ) |  |
| Defendants. | ) |  |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the undersigned will bring the foregoing Motion to Dismiss the Complaint for Insufficiency of Service of Process before the Honorable Harold Baer in the United States District Courthouse, 500 Pearl Street, New York, New York 10007 on the 15th day of November 2007.

Dated: October 19, 2007

        Respectfully submitted,

        ___/s/ Christopher R. Farrell_____
        John M. Majoras
        Julia E. McEvoy (admitted *pro hac vice*)
        Michael S. Fried
        Christopher R. Farrell (admitted *pro hac vice*)
        Jones Day
        51 Louisiana Avenue, NW
        Washington, DC  20001
        Tel.:  202-879-3939
        Fax:  202-626-1700

        *Counsel for* SANOFI-AVENTIS

**CERTIFICATE OF SERVICE**

I, Christopher R. Farrell, certify that the foregoing Notice of Motion was served on October 19, 2007, on the counsel listed below in the manner(s) indicated below:

| | |
|---|---|
| Bruce E. Gerstein<br>Barry S. Taus<br>Anne K. Forneker<br>GARWIN GERSTEIN & FISHER LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br><br>*Via ECF Filing and Federal Express* | Adam Moskowitz<br>Tucker Ronzetti<br>KOZYAK TROPIN & THROCKMORTON<br>2525 Ponce De Leon Blvd, 9th Floor<br>Miami, FL 33134<br><br>*Via Federal Express* |
| John Gregory Odom<br>Stuart E. Des Roches<br>ODOM & DES ROCHES, LLP<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA 70130<br><br>*Via Federal Express* | Linda Nussbaum<br>KAPLIN FOX & KILSHEIMER, LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br><br>*Via ECF Filing* |
| David P. Smith<br>W. Ross Foote<br>PERCY, SMITH & FOOTE LLP<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA 71309<br><br>*Via Federal Express* | Brent Barriere<br>Susie Morgan<br>PHELPS DUNBAR<br>Canal Place, Suite 2000<br>365 Canal Street<br>New Orleans, LA 70130<br><br>*Via Federal Express* |
| Daniel Berger<br>David F. Sorensen<br>Eric L. Cramer<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>*Via ECF Filing* | |

      /s/ Christopher R. Farrell
      Christopher R. Farrell