UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO: 07-CIV- 7343

LOUISIANA WHOLESALE DRUG COMPANY,
INC.,

    Plaintiff,

vs.

SANOFI-AVENTIS, SANOFI-AVENTIS,
U.S. LLC, and AVENTIS PHARMACEUTICALS,
INC.,

    Defendants.
_____/

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to the Federal Rule of Civil Procedure 45, the undersigned law firm has served the attached subpoena to Kali Laboratories, Inc.

Respectfully submitted,

| | |
|---|---|
| **Bruce Gerstein** | KOZYAK TROPIN & THROCKMORTON, P.A. |
| **Anne Kristin Fornecker** | Counsel for Plaintiff, Louisiana Wholesale Drug |
| **Barry S. Taus** | Company, Inc. |
| Garwin Gerstein & Fisher, L.L.P. | 9th Floor |
| 1501 Broadway Suite 1416 | 2525 Ponce de Leon |
| New York, NY 10036 | Coral Gables, Florida 33134 |
| (212)398-0055 | Telephone: (305) 372-1800 |
| Fax:(212)764-6620 | |
| | By: /s/Thomas A. Tucker Ronzetti |
| |     Thomas A. Tucker Ronzetti, Esq. |
| | |
| **Brent Barriere** | **John Gregory Odom** |
| **Susie Morgan** | **Stuart Des Roches** |
| Phelps Dunbar | **Charles Ferrier Zimmer, II** |
| Canal Place | Odom & Des Roches, L.L.P. |
| Suite 2000 | 650 Poydras Street, Suite 2020 |
| 365 Canal Street | New Orleans, LA 70130 |
| New Orleans, LA70130-6534 | (504) 522-0077 |
| | Fax: (504) 522-0078 |

CASE NO: 07-CIV-7343

| | |
|---|---|
| **Daniel Berger** | **David P. Smith** |
| **David F. Sorenson** | Percy, Smith & Foote, LLP |
| **Eric L. Cramer** | 720 Murray Street |
| **Peter Russell Kohn** | Alexandria, LA 71301 |
| Berger & Montague, P.C. | (318) 445-4480 |
| 1622 Locust Street | Fax: (318) 487-1741 |
| Philadelphia, PA 19103 | |
| 1800-424-6690 | |
| Fax: (215) 875-4604 | |
| | |
| **Linda P. Nussbaum** | **W. Ross Foote** |
| Kaplan Fox & Kilsheimer LLP(NYC) | Percy, Smith & Foote, LLP |
| 850 Third Avenue | 720 Murray Street |
| 14th Floor | P.O. Box 1632 |
| New York, NY 10022 | Alexandria, LA 71309 |
| (212) 687-1980 | (318) 445-4480 |
| Fax: (212) 687-7714 | Fax: (318) 487-1741 |
| Email: lnussbaum@kaplanfox.com | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via U. S. Mail and via facsimile transmission on October 22, 2007 upon the following attorneys for Defendants, Sanofi-Aventis:

| | |
|---|---|
| **Christopher Robert Farrell** | **Samuel Joseph Hand** |
| **Rosanna K. McCalips** | Jones Day |
| **Julia Elizabeth McEvoy** | 222 East 41st Street |
| Jones Day (DC) | New York, NY 10017 |
| 51 Louisiana Avenue, NW | (212)-326-7802 |
| Washington, DC 20001 | Fax: (212)-755-7306 |
| (202)-879-7632 | Email: jhand@jonesday.com |
| Fax: (202)-626-1700 | |
| Email: crfarrell@jonesday.com | |

/s/ Thomas A. Tucker Ronzetti____
Thomas A. Tucker Ronzetti, Esq.

281178