ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07

Case 1:07-cv-07343-HB    Document 36    Filed 10/30/2007    Page 1 of 2

OCT 2 2 2007
HOLD
DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                      Plaintiffs,         07-cv-7343 (HB)

v.                               **ORDER FOR ADMISSION**
                                           **PRO HAC VICE**
SANOFI-AVENTIS, SANOFI-AVENTIS U.S.    **ON WRITTEN MOTION**
LLC, and AVENTIS PHARMACEUTICALS,
INC.,

                      Defendants.

---

Upon the motion of Anne Fornecker, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Charles Ferricr Zimmer, II
Odom & Des Roches LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
email: stuart@odrlaw.com

is admitted to practice pro hac vice as counsel for Plaintiff Louisiana Wholesale Drug Company, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing disciplining of attorneys.

If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac

vice fee to the Clerk of the Court.

Dated:      October __, 2007
City/State: New York, New York

_Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion._

SO ORDERED.

_____
United States District Judge
Hon. Harold Baer, Jr., U.S.D.J.
Date: 10/30/07

2