UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                    Plaintiffs,

v.

SANOFI-AVENTIS, SANOFI-AVENTIS U.S.
LLC, and AVENTIS PHARMACEUTICALS,
INC.,

                    Defendants.

Civil Action No. 07-cv-7343 (HB)

Hon. Harold Baer, U.S.D.J.
ECF Case

---

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 6, 2007, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered participants.

PLEASE TAKE FURTHER NOTICE that a copy of the NOTICE OF SUBPOENA DUCES TECUM FOR PRODUCTION OF DOCUMENTS FROM TEVA PHARMACEUTICALS USA, INC. was served on October 29, 2007 in the manner indicated below:

*Via facsimile and first class mail:*

Julie McEvoy, Esq.
Christopher Farrell, Esq.
JONES DAY
51 Louisiana Ave., N.W.
Washington D.C. 20001-2113
Tel: (202) 879-4645
Fax: (202) 626-1700
jmcevoy@jonesday.com
crfarrell@jonesday.com

JONES DAY
Samuel Joseph Hand
222 East 41st Street
New York, New York 10017-6702
Tel: 212-326-3939
Fax: 212-755-7306
jhand@jonesday.com

*Attorneys for Defendants sanofi-aventis, sanofi-aventis u.s. llc, and Aventis Pharmaceuticals, Inc.*

**Via first class mail only:**

GARWIN GERSTEIN & FISHER LLP
Anne Fornecker
1501 Broadway, Suite 1416
New York, New York 10036
Tel: (212) 398-0055
Fax: (212) 764-6620
afornecker@garwingerstein.com

KOZYAK, TROPIN & THROCKMORTON
Adam Moskowiz
Tucker Ronzetti
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134
Tel: (305) 372-1800
amm@kttlaw.com
tr@kttlaw.com

ODOM & DES ROCHES, LLP
John Gregory Odom
Stuart E. Des Roches
Charles F. Zimmer, II
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
stuart@odrlaw.com
czimmer@odrlaw.com
PERCY, SMITH & FOOTE, LLP
W. Ross Foote
Susan C. Segura

720 Murray Street
P.O. Box 1632
Alexandria, LA 71309-1632
Tel: (318) 445-4480
Fax: (318) 487-1741
rfoote@psfllp.com
ssegura@psfllp.com

BERGER & MONTAGUE, P.C.
Daniel Berger
David F. Sorensen
Peter R. Kohn
1622 Locust Street
Philadelphia, PA 19103
Tel: 1-800-424-6690
Fax: (215) 875-4604
dsoresen@bm.net
pkohn@bm.net

PHELPS DUNBAR
Brent Barriere
Susie Morgan
Canal Place, Suite 2000
365 Canal Street
New Orleans, LA 70130-6534
Tel: 504-568-1311
Fax: 568-9130
susie.morgan@phelps.com

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc.*

                                                Respectfully Submitted,

                                                /s/ Richard J. Kilsheimer
                                                KAPLAN, FOX & KILSHEIMER, LLP
                                                Richard J. Kilsheimer
                                                Linda Nussbaum
                                                Christine M. Fox
                                                850 Third Avenue, 14th Floor
                                                New York, NY 10022
                                                Tel: (212) 687-1980
                                                rkilsheimer@kaplanfox.com
                                                lnussbaum@kaplanfox.com