# UNITED STATES DISTRICT COURT

## Southern District of New York

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC, and AVENTIS PHARMACEUTICALS, INC.,<br><br>            Defendants | **APPEARANCE**<br><br>Case Number 1:07-cv-07343 (HB)<br><br>JURY TRIAL DEMANDED |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for

Louisiana Wholesale Drug Co., Inc.

I certify that I am admitted to practice in this Court.

_November 8, 2007_
Date

_[signature]_
Signature

Richard J. Kilsheimer          RK-6228
Print Name                     Bar Number

850 Third Avenue, 14th Floor
Address

New York           NY          10022
City               State       Zip Code

212-687-1980                   212-687-7714
Phone Number                   Fax Number