# EXHIBIT 1

You are here : Home Page > About us

# Welcome to sanofi-aventis in the United States



About us | Products | Health Matters | Press | Investors | Careers | R&D | Social Responsibility  Search... [Ok]

US Web Sites  Contact us  Sitemap



### Sanofi-aventis in the U.S. Company Profile

Sanofi-aventis is one of the world's largest pharmaceutical companies. Backed by a world-class R&D organization, sanofi-aventis is developing leading positions in seven major therapeutic areas: cardiovascular disease, thrombosis, oncology, diabetes, central nervous system, internal medicine, and vaccines.

**Sanofi-aventis worldwide**
**Sanofi-aventis in the US**
**Facility Locations**
**Packaging Services**
**Corporate Compliance Program**
**Our Values**

Sanofi-aventis is listed in Paris (EURONEXT: SAN) and in New York (NYSE: SNY).

In 2006, sanofi-aventis generated sales of approximately € **28.4 billion, invested more than € 4.4 billion** in research and development, and employed approximately 100,000 people in its core business. Corporate headquarters are in Paris, France.

Sanofi-aventis conducts business in the U.S. through its headquarters in Bridgewater, New Jersey.



**Corporate Information**
Get more information about sanofi-aventis group
▶ Read more

**Contact us**
sanofi-aventis
55 Corporate Drive
Bridgewater, NJ 08807

Tel: 800-981-2491

Via email

### Sanofi-aventis worldwide
Sanofi-aventis is one of the world's largest pharmaceutical companies.
▶ Read more

### Letter from our U.S. Chairman
Timothy Rothwell
Chairman, Group Pharmaceutical Activities
sanofi-aventis U.S.
▶ Read more



November 07, 2007

Retrospective Analysis Finds that Initiation of Insulin Glargine in Patients with Type 2 Diabetes was Associated with a Lower Incidence Rate of Myocardial Infarction as Compared with NPH Insulin

▶ Read more

© 2005-2007 sanofi-aventis U.S. LLC. All rights reserved. Legal Notices and Disclaimers and Privacy Policy