# EXHIBIT 2

You are here: Home > The Group > Worldwide presence




Home | The Group | Our Research | Your Health | Investors | Press room | Careers    Search    Ok

Sitemap    Contact    Glossary    Group sites    Help    **Français** English

Highlights

Chairman's message

Group profile

Group Reports

Human resources

Worldwide presence

Drugs & products

Our commitment
in action

Our humanitarian
sponsorship around the
world

Health Safety
& Environment

# Worldwide presence





Back to the world map

# United States

**Sanofi-aventis**

(Head Office)

55 Corporate Drive

Bridgewater, NJ 08807-5925

United States

Tel.: +1 908 981 5000

http://www.sanofi-aventis.us

**Sanofi-aventis**

Investor Relations

55 Corporate Drive

Bridgewater, NJ 08807

United States

Tel.:+1 908 981 5560

Fax: +1 908 981 7870

**Sanofi pasteur Inc.**

Box 187 - Discovery Drive

Swiftwater, PA 18370-0187

United States

Tel.: +1 570 839 7187

Fax: +1 570 839 0955

**Sanofi-aventis**

300-400 Somerset Corporate Boulevard

Bridgewater, NJ 08807-0912

United States

Tel.: +1 908 243 6000

Fax: +1 908 243 6483

**Distribution Centers**

**Decatur, GA**

Stone Mountain Industrial Park