# EXHIBIT 3



## U.S. Food and Drug Administration
CENTER FOR DRUG EVALUATION AND RESEARCH



FDA Approved Drug Products

**Start Over**

FAQ | Instructions | Glossary | Contact Us | CDER Home

# Drug Details

| | |
|---|---|
| Drug Name(s) | ARAVA (Brand Name Drug) |
| FDA Application No. | (NDA) 020905 |
| Active Ingredient(s) | LEFLUNOMIDE |
| Company | SANOFI AVENTIS US |
| Original Approval or Tentative Approval Date | September 10, 1998 |
| Chemical Type | 1  New molecular entity (NME) |
| Review Classification | P  Priority review drug |

- **Therapeutic Equivalents**
- **Approval History, Letters, Reviews, and Related Documents**

- **Label Information**
- **Consumer Information Sheet**

## Products on Application (NDA) #020905
Click on a column header to re-sort the table:

| Drug Name | Active Ingredients | Strength | Dosage Form/Route | Marketing Status | RLD | TE Code |
|---|---|---|---|---|---|---|
| ARAVA | LEFLUNOMIDE | 10MG | TABLET; ORAL | Prescription | No | AB |
| ARAVA | LEFLUNOMIDE | 20MG | TABLET; ORAL | Prescription | Yes | AB |
| ARAVA | LEFLUNOMIDE | 100MG | TABLET; ORAL | Prescription | Yes | None |

Back to Top | Back to Previous Page | Back to Drugs@FDA Home

Disclaimer
CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | Privacy | Accessibility | HHS Home Page

FDA/Center for Drug Evaluation and Research
Office of Training and Communications
Division of Information Services
Update Frequency: Daily