# EXHIBIT 5



Business Report 2006



sanofi aventis

Because health matters

# Key Figures 2006

SALES



Sales on
a reported basis
(million euros)

27,311    28,373

+4.0%⁽¹⁾

2005    2006



Sales in 2006
by business segment
(million euros)

2,533
Vaccine
business
+22.7%⁽¹⁾

25,840
Pharmaceutical
business
+2.5%⁽¹⁾

**(1) Changes in sales figures on a comparable basis:** excluding the impact of variations in exchange rate and modifications of group structure (including acquisitions or divestments of capital holdings, acquisitions or divestments of product rights and changes in consolidation methods).



Sales in 2006
by geographic area
(million euros)

12,219
Europe
+1.1%⁽¹⁾

6,188
Other
countries
+10.5%⁽¹⁾

9,966
United States
+3.9%⁽¹⁾

08