# EXHIBIT 6

You are here: Home > The Group > Group profile > Executive managers




sanofi aventis
Because health matters

Home | The Group | Our Research | Your Health | Investors | Press room | Careers    Search [Ok]
Sitemap   Contact   Glossary   Group sites   Help     **Français** English

- Highlights
- Chairman's message
- Group profile
  - Key figures
  - Executive managers
- Group Reports
- Human resources
- Worldwide presence
- Drugs & products
- Our commitment in action
- Our humanitarian sponsorship around the world
- Health Safety & Environment

## Executive managers

Jean-François Dehecq, General Manager of Sanofi since its creation in 1973 and now Chairman of sanofi-aventis, and key executive managers from the management committee, to which the independent function "Audit and evaluation of internal control" is added. This is entrusted to Marie-Hélène Laimay, who will report directly to the Chairman.

Detailed management organization chart



Greg Irace

© sanofi-aventis 2004-2007 | Legal notice | Update: October 2, 2007

# The Group/Executive managers

## Detailed management organization chart

Gérard Le Fur
    Chief Executive Officer

The following posts report to Gérard Le Fur, CEO:

Audit
    Marie-Hélène Laimay
    Senior Vice President Audit and Internal Control Assessment

Business Development
    Jean-Michel Lévy
    Senior Vice President Business Development

Corporate Affairs
    Philippe Peyre
    Senior Vice President Corporate Affairs

Human Resources
    Heinz-Werner Meier
    Senior Vice President Human Resources

Communication
    Michel Labie
    Senior Vice President Communication
    Vice President Institutional and Professional Relations

Finance and Legal
    Jean-Claude Leroy
    Executive Vice President, Finance and Legal

Science & Medical
    Marc Cluzel
    Senior Vice President Scientific and Medical Affairs

Pharmaceutical Operations
    Hanspeter Spek
    Executive Vice President Pharmaceutical Operations

Industrial Operations
    Gilles Lhernould
    Senior Vice President Industrial Affairs

Vaccines
    Wayne Pisano
    President and Chief Executive Officer Sanofi Pasteur

The following posts report to Jean-Claude Leroy, Executive Vice President, Finance and Legal:

Legal
    Karen Linehan
    Senior Vice President, Legal Affairs and General Counsel

Finance
    Laurence Debroux
    Senior Vice President, Chief Financial Officer

The following posts report to Hanspeter Spek, Executive Vice President Pharmaceutical Operations:

Global Marketing
    Pierre Chancel
    Senior Vice President Global Marketing

Pharmaceutical Operations France
    Christian Lajoux
    Senior Vice President Pharmaceutical Operations France

Pharmaceutical Operations Germany
    Heinz-Werner Meier
    Senior Vice President Pharmaceutical Operations Germany

Pharmaceutical Operations Europe & Canada
    Belen Garijo
    Senior Vice President Europe and Canada (excluding France and Germany)

Pharmaceutical Operations USA
    Greg Irace
    Senior Vice President Pharmaceutical Operations USA

Pharmaceutical Operations Japan
    Philippe Fauchet
    Senior Vice President Pharmaceutical Operations Japan

Pharmaceutical Operations Asia/Pacific
    Olivier Charmeil
    Senior Vice President Pharmaceutical Operations Asia/Pacific

Pharmaceutical Operations Intercontinental
    Antoine Ortoli
    Senior Vice President Pharmaceutical Operations Intercontinental