# EXHIBIT 7

You are here : Home Page > About us > Sanofi-aventis in the US > Executive leadership

**Welcome** to
**sanofi-aventis** in the United States



About us | Products | Health Matters | Press | Investors | Careers | R&D | Social Responsibility    Search... OK

US Web Sites   Contact us   Sitemap



### Executive Leadership

- Sanofi-aventis worldwide
- Sanofi-aventis in the US
  - Letter from our U.S. Chairman
  - Executive leadership
  - Community Involvement
  - Environment health and safety
  - Manufacturing
  - Medicare Prescription Drug Coverage
- Facility Locations
- Packaging Services
- Corporate Compliance Program
- Our Values

Print

### Sanofi-aventis U.S. Leadership

**Tim Rothwell** is Chairman of sanofi-aventis Group U.S. Pharmaceutical Activities with direct responsibility for Communications and Government Policy. Mr. Rothwell's scope includes external sanofi-aventis efforts in these areas aimed at projecting and protecting the company's image and impact in the U.S.

**Gregory Irace** is President and Chief Executive Officer of sanofi-aventis U.S., an affiliate of the sanofi-aventis Group. Mr. Irace is responsible for all U.S. commercial operations, including the United States and Puerto Rico, as well as coordination of Industrial Affairs and R&D activities within the U.S.

**Paul Chew** is President of U.S. Science and Medical Affairs (US S&MA). The former includes sites at Bethesda, MD; Bridgewater, NJ; Cambridge, MA; Great Valley, PA; and Tucson, AZ.

**Frank Clyburn** is Vice President and head of the U.S. Internal Medicine and Oncology Business Units for sanofi-aventis, with responsibility for the sales and marketing of Ambien®, Actonel®, Ketek® and the commercialization of Alvesco® as well as the sales and marketing of Eloxatin®, Taxotere®, Elitek® and Anzemet®.

**Jerry Durso**, Vice President, is head of the U.S. Cardiovascular Business Unit, with responsibility for the sales and marketing of Lovenox®, Plavix® and Avapro/Avalide®.

**Laurent Gilhodes** is Acting Chief Financial Officer of sanofi-aventis U.S. Laurent is responsible for the Finance and Purchasing functions, with specific oversight of Controlling; Accounting and Financial Services; Sarbanes-Oxley, Policies & Systems; Strategic Business Analysis; Tax; Treasury; and Purchasing.

**Doug Greene**, M.D., is Senior Vice President and Chief Medical Officer. Doug is the principal medical authority for the U.S. affiliate's marketed products. He is responsible for providing the highest possible level of medical guidance, risk assessment and expertise to the company's management, both in the U.S. and globally. Doug oversees all aspects of the U.S. Medical Group activities, including Medical Affairs, Regulatory, Pharmacovigilence and Health Outcomes. Additionally, he is the external spokesperson for all U.S. medical group-related topics for Pharmaceutical Operations.

**Edward Greissing** is Vice President, U.S. Communications and Federal Government Relations for sanofi-aventis. Ed is responsible for all internal and external communications activities, as well as for the company's community involvement and investment in philanthropic activities. Additionally, he leads the federal government, public policy and product reimbursement activities.

**John Harrington**, Vice President, is the head of the U.S. Metabolism business unit for sanofi-aventis. His responsibilities include the sales and marketing effort behind Lantus®, Apidra® and the commercialization of Rimonabant.

**Christer Odqvist** is Vice President of Business Innovation & Support. This group provides a broad range of support that includes: Sales and Commercial Effectiveness, Market Research (Primary & Secondary), Business Planning & Intelligence, Forecasting, Sales and Marketing Services, Consumer Marketing, General Services, Information Services and Supply Chain.

**Judy O'Hagan** is Vice President of U.S. Human Resources. Judy's responsibilities include HR support for the U.S. operations of sanofi-aventis, with specialist support to all U.S. Operating Units.

**Hugh O'Neill** is Vice President and head of Market Access and Business Development. In this leadership role, he will oversee U.S. Managed Markets, with responsibilities including customer development, account management, trade operation, customer service, professional and association markets, institutional, federal and senior care accounts. He will also be in charge of Federal, State and Government Relations, Generics, New Products, Sales & Marketing Training & Leadership Development, Contract and Pricing and Business Development.

**Nora Poliakoff** is Vice President and head of Quality and Compliance in the U.S. Nora's responsibilities include providing direction and leadership for the development and implementation of an effective Quality Management System for industrial activities in the U.S., and compliance with sanofi-aventis Industrial Quality Policy, as well as FDA requirements.

**Brent Ragans** is Vice President of Specialty Markets. He has responsibility for the sales and marketing of Hyalgan® as well as the Urology Business Unit and the Allergy franchise, which include Uroxatral®, Allegra D®, Nasacort AQ® and XYZAL®, respectively. Additionally, Brent oversees the U.S. Dermatology Business Unit and sanofi-aventis operations in Puerto Rico.

**John Spinnato** is Vice President and General Counsel for sanofi-aventis in the U.S. John's responsibilities include providing legal guidance and direction to the U.S. management team and organization, and to corporate management on U.S. legal issues. Additional responsibilities include oversight, monitoring and maintenance of U.S. compliance activities consistent with existing federal guidelines.

Last update: October 30, 2007

© 2005-2007 sanofi-aventis U.S. LLC. All rights reserved. Legal Notices and Disclaimers and Privacy Policy