# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., ) | Civil Action No. 07-cv-7343 (HB) |
| ) | |
| Plaintiff, ) | Hon. Harold Baer, U.S.D.J. |
| ) | ECF CASE |
| v. ) | |
| ) | |
| SANOFI-AVENTIS, SANOFI-AVENTIS ) | |
| U.S., LLC and AVENTIS ) | |
| PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 12, 2007, I electronically filed this NOTICE OF SERVICE with the clerk of the court using CM/ECF which will send notification of such filing to the registered participants.

PLEASE TAKE FURTHER NOTICE that on November 12, 2007, a copy of DEFENDANTS SANOFI-AVENTIS US LLC AND AVENTIS PHARMACEUTICALS, INC.'S FIRST SET OF DOCUMENT REQUESTS DIRECTED TO PLAINTIFF LOUISIANA WHOLESALE DRUG CO., INC. along with this Notice of Service was served on the following attorneys in the manner specified.

*Via Electronic Mail:*

| | |
|---|---|
| Bruce E. Gerstein<br>Barry S. Taus<br>Anne K. Fornecker<br>GARWIN GERSTEIN & FISHER LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Tel.:   212-398-0055<br>Fax:   212-764-6620<br>bgerstein@garwingerstein.com<br>btaus@garwingerstein.com<br>afornecker@garwingerstein.com | Eric L. Cramer<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel.: 1-800-424-6690<br>Fax: 215-875-4604<br>ecramer@bm.net |
| Richard Jo Kilsheimer<br>Linda Nussbaum<br>KAPLAN FOX & KILSHEIMER, LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Tel.: 212-687-1980<br>Fax: 212-687-7714<br>lnussbaum@kaplanfox.com<br>rkilsheimer@kaplanfox.com | Adam Moskowitz<br>Thomas A. Tucker Ronzetti<br>KOZYAK TROPIN & THROCKMORTON<br>2525 Ponce De Leon Blvd, 9th Floor<br>Miami, FL 33134<br>Tel.:   305-372-1800<br>Fax:   305-372-3508<br>amm@kttlaw.com<br>tr@kttlaw.com |

*Via First Class Mail:*

| | |
|---|---|
| David P. Smith<br>W. Ross Foote<br>PERCY, SMITH & FOOTE LLP<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA 71309<br>Tel: 318-445-4480<br>Fax:  318-487-1741 | Brent Barriere<br>Susie Morgan<br>PHELPS DUNBAR<br>Canal Place, Suite 2000<br>365 Canal Street<br>New Orleans, LA 70130<br>Tel:  504-568-1311<br>Fax:  504-568-9130 |
| John Gregory Odom<br>Stuart E. Des Roches<br>Charles Ferrier Zimmer, II<br>ODOM & DES ROCHES, LLP<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA 70130<br>Tel.:   504-522-0077<br>Fax:    504-522-0078 | Daniel Berger<br>David F. Sorensen<br>Peter Russell Kohn<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel.: 1-800-424-6690<br>Fax: 215-875-4604 |

  /s/ Rosanna K. McCalips
Rosanna K. McCalips (admitted *pro hac vice*)
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel.:  202-879-3939
Fax:  202-626-1700
rkmccalips@jonesday.com