Bruce E. Gerstein
Scott W. Fisher
Barry S. Taus
Noah H. Silverman
Brett H Cebulash
Joseph Opper
Kevin S. Landau
Adam M. Steinfeld
Jan Bartelli

Counselors at Law
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055
Telecopier No. (212) 764-6620
E-Mail: lawoffices@garwingerstein.com

Sidney L. Garwin (1908-1980)

Archana Tamoshunas
Anne K. Fornecker
Kimberly M. Hennings
Elena K. Chan
Anna L. Tydniouk
Ephraim R. Gerstein
Daniel J. Litvin

NOV 14 2007

U S DIST ... JUDGE
S ... N.Y.

November 14, 2007

**BY FACSIMILE**

Honorable Harold Baer, Jr.
United States District Court Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers 2320
New York, New York 10007-1312
Fax: (212) 805-7901

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07
```

Re: *Louisiana Wholesale Drug Co., Inc. v. Sanofi-Aventis, et al.*,
U.S.D.C., S.D.N.Y., Case No. 07 CV 7343 (HB) -- Scheduling Conference

Dear Judge Baer:

Per my telephone conversation with your law clerk, Jonathan Hanna, I write on behalf of Direct Purchaser Plaintiff Louisiana Wholesale Drug Co., Inc. regarding the need to schedule another telephonic scheduling conference in the above captioned case.

As Your Honor is aware, during the last telephonic scheduling conference, the parties disputed various issues related to Defendants' search for responsive electronically-stored information. Your Honor directed the parties to contact Magistrate Judge Peck in order to resolve that dispute. In addition, Your Honor directed the parties to contact this Court once Magistrate Judge Peck resolved our outstanding discovery dispute, in order to schedule another telephonic scheduling conference on either November 16, 17, or 18, 2007.

The parties were able to resolve their discovery dispute without the intervention of Magistrate Judge Peck. Consistent with Mr. Hanna's direction, the parties have sent to Magistrate Peck a courtesy note to that effect.

Although the parties are available to participate in a telephonic scheduling conference on Friday November 16, 2007, Mr. Hanna advised that the Court is also

The Honorable Harold Baer, Jr.
November 14, 2007
Page 2

available on Monday November 19, 2007 at 2:30PM - - a date/time that the parties agree is convenient.

Therefore, the parties respectfully request that Your Honor schedule a telephonic scheduling conference for Monday November 19, 2007 at 2:30PM.

*[Handwritten annotation: adj to Monday the 19th at 2:30 PM]*

Respectfully,

*[Signature]*

Anne Fornecker

cc (via facsimile):

Julie McEvoy, Esq.
Christopher Farrell, Esq.
JONES DAY
51 Louisiana Ave., N.W.
Washington D.C. 20001-2113
Tel: (202) 879-4645
Fax: (202) 626-1700

*[Signature: Harold Baer, S.D.J.  Date: 11/14/07]*

*Attorneys for Defendants sanofi-aventis u.s. llc, and Aventis Pharmaceuticals, Inc.*