UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                Plaintiffs,           07-cv-7343 (HB)

      v.                            MOTION TO ADMIT COUNSEL
                                           PRO HAC VICE

SANOFI-AVENTIS, SANOFI-AVENTIS U.S.
LLC, and AVENTIS PHARMACEUTICALS,
INC.,

                Defendants.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Anne Fornecker, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Eric L. Cramer
    Berger & Montague, P.C.
    1622 Locust Street
    Philadelphia, PA 19103-6305

ERIC L. CRAMER is a member in good standing of the Bar of the State of Pennsylvania.

There are no pending disciplinary proceedings against ERIC L. CRAMER in any State or Federal court.

Dated:       November 14, 2007
City, State:   New York, New York

                                                      Respectfully Submitted,

                                                        Anne Fornecker (AF-2073)
                                                        Garwin Gerstein & Fisher LLP
                                                        1501 Broadway, Suite 1416
                                                        New York, New York 10036
                                                        Tel: (212) 398-0055
                                                        Fax: (212) 764-6620

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                    Plaintiffs,        07-cv-7343 (HB)

           v.                            **AFFIDAVIT OF ANNE FORNECKER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC, and AVENTIS PHARMACEUTICALS, INC.,

                    Defendants.

---

State of New York  )
                        )  ss:
County of New York )

Anne Fornecker, being duly sworn, hereby deposes and says as follows:

1.    I am an associate at Garwin Gerstsein & Fisher LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Eric L. Cramer as counsel pro hac vice to represent Plaintiff in this matter.

2.    I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on July 23, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Eric L. Cramer since 2004.

4.    Mr. Cramer is a partner at Berger & Montague, P.C. in Philadelphia, Pennsylvania.

5.  I have found Mr. Cramer to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of Eric L. Cramer, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Eric L. Cramer, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Eric L. Cramer, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:  November 14, 2007

Respectfully Submitted,

_____
Anne Fornecker (AF-2073)

Sworn to before me this
14th day of November 2007

_____
Notary

JANET SEIDMAN
Notary Public State Of New York
No. 24-4705123
Qualified in Kings County
Commission Expires January 31, 20 /0

2

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Eric L. Cramer, Bar # 69289, was duly admitted to practice in said Court on February 10, 1994, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                           Clerk of Court

on October 22, 2007.                              BY  *(signature)*
                                                     Aida Ayala,      Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                    Plaintiffs,        07-cv-7343 (HB)

      v.                       **ORDER FOR ADMISSION**
                                                   **PRO HAC VICE**
SANOFI-AVENTIS, SANOFI-AVENTIS U.S.    **ON WRITTEN MOTION**
LLC, and AVENTIS PHARMACEUTICALS,
INC.,

                    Defendants.

---

      Upon the motion of Anne Fornecker, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

                Eric L. Cramer, Esq.
                Berger & Montague, P.C.
                1622 Locust Street
                Philadelphia, PA 19103
                Tel: (800) 424-6690
                Fax: (215) 875-4604
                email: ecramer@bm.net

is admitted to practice pro hac vice as counsel for Plaintiff Louisiana Wholesale Drug Company, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing disciplining of attorneys.

If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: November 14, 2007
City/State: New York, New York

_____
United States District Judge

## CERTIFICATE OF SERVICE

      I, Anne Fornecker, certify that on November 14, 2007, the foregoing Motion to Admit Counsel Pro Hac Vice and Affidavit of Anne Fornecker in Support of Motion to Admit Counsel Pro Hac Vice were served on the counsel listed below by first-class mail.

Julie McEvoy
Christopher Farrell
JONES DAY
51 Louisiana Ave., N.W.
Washington D.C. 2001-2113
Tel: (202) 879-4645
Fax: (202) 626-1700

*Attorneys for Defendants Sanofi-Aventis, Sanofi-Aventis U.S. LLC, and Aventis Pharmaceuticals, Inc.*

Eric L. Cramer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (800) 424-6690
Fax: (215) 875-4604

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc.*