UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., | ) ) ) | Civil Action No. 07-cv-7343 (HB) |
| Plaintiff, | ) ) | Hon. Harold Baer, U.S.D.J. ECF CASE |
| v. | ) ) | |
| SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC and AVENTIS PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 19, 2007, I electronically filed this NOTICE OF SERVICE with the clerk of the court using CM/ECF, which will send notification of such filing to the registered participants.

PLEASE TAKE FURTHER NOTICE that on November 19, 2007, a copy of DEFENDANTS SANOFI-AVENTIS U.S. LLC AND AVENTIS PHARMACEUTICALS INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES along with this Notice of Service was served on the following attorneys in the manner specified.

*Via Electronic Mail:*

| | |
|---|---|
| Bruce E. Gerstein<br>Barry S. Taus<br>Anne K. Fornecker<br>GARWIN GERSTEIN & FISHER LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Tel.:   212-398-0055<br>Fax:   212-764-6620<br>bgerstein@garwingerstein.com<br>btaus@garwingerstein.com<br>afornecker@garwingerstein.com | Eric L. Cramer<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel.: 1-800-424-6690<br>Fax: 215-875-4604<br>ecramer@bm.net |
| Richard Jo Kilsheimer<br>Linda Nussbaum<br>KAPLAN FOX & KILSHEIMER, LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Tel.: 212-687-1980<br>Fax: 212-687-7714<br>lnussbaum@kaplanfox.com<br>rkilsheimer@kaplanfox.com | Adam Moskowitz<br>Thomas A. Tucker Ronzetti<br>KOZYAK TROPIN & THROCKMORTON<br>2525 Ponce De Leon Blvd, 9th Floor<br>Miami, FL 33134<br>Tel.:   305-372-1800<br>Fax:   305-372-3508<br>amm@kttlaw.com<br>tr@kttlaw.com |
| Stuart E. Des Roches<br>Charles Ferrier Zimmer, II<br>ODOM & DES ROCHES, LLP<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA 70130<br>Tel.:   504-522-0077<br>Fax:   504-522-0078<br>stuart@odrlaw.com<br>czimmer@odrlaw.com | |

*Via Federal Express:*

| | |
|---|---|
| David P. Smith<br>W. Ross Foote<br>PERCY, SMITH & FOOTE LLP<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA 71309<br>Tel: 318-445-4480<br>Fax: 318-487-1741 | Brent Barriere<br>Susie Morgan<br>PHELPS DUNBAR<br>Canal Place, Suite 2000<br>365 Canal Street<br>New Orleans, LA 70130<br>Tel: 504-568-1311<br>Fax: 504-568-9130 |
| John Gregory Odom<br>ODOM & DES ROCHES, LLP<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA 70130<br>Tel.: 504-522-0077<br>Fax: 504-522-0078 | Daniel Berger<br>David F. Sorensen<br>Peter Russell Kohn<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel.: 1-800-424-6690<br>Fax: 215-875-4604 |

　/s/ Christopher R. Farrell
Christopher R. Farrell (admitted *pro hac vice*)
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel.: 202-879-3939
Fax: 202-626-1700
crfarrell@jonesday.com

*Counsel for* SANOFI AVENTIS U.S. LLC *and* AVENTIS PHARMACEUTICALS, INC.