LOUISIANA WHOLESALE DRUG Co,
Plaintiff

vs.

SANOFI-AVENTIS et al
Defendants

------------------------------------------------------------X

**ELECTRONICALLY FILED**
DOC #
DATE FILED: 11/29/07

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 7343 (HB) (AP)

PECK

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | _____ | | Purpose:_____ |
| | _____ | | |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | | |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:_____ |
| | | | _____ |
| | | | All such motions: ____ |

____ **Matter is to be resolved in concert with the Pretrial Scheduling Order attached.**

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          11/29/07

United States District Judge

This reference is for General pretrial — incl
discovery disputes ref all sorts HB

Revised: 8/29/05