UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

LOUISIANA WHOLESALE DRUG CO., INC., on
behalf of itself and all others similarly situated,

                Plaintiffs,

-against-

SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC &
AVENTIS PHARMACEUTICALS, INC.,

                Defendants.

------------------------------------------------------------ x

07 Civ. 7343 (HB) (AJP)

ORDER SCHEDULING
CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for December 10, 2007 at 2:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:      New York, New York
             November 30, 2007

                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:    Anne K. Fornecker, Esq.
                                  Christopher R. Farrell, Esq.
                                  Edward M. Reisner, Esq.
                                  Judge Harold Baer, Jr.

C:\ORD\Order Scheduling Status Conference