# EXHIBIT 2

## Anne Fornecker

**From:** Anne Fornecker

**Sent:** Tuesday, November 06, 2007 5:25 PM

**To:** 'ereisner@cplplaw.com'

**Subject:** Lousiana Wholesale v. sanofi-aventis, 07-7343 - Subpoena to Sandoz

Ed,

As we discussed today, I will contact you on Thursday regarding the subpoena we served on Sandoz Corp. I am confident that we can narrow the requests in a manner that will reduce the burden on your client, while ensuring that we obtain the documents we need to prove our case.

Regards,
Anne

Anne K. Fornecker
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, NY 10036
Ph. 212 398-0055
Fx. 212 764-6620
afornecker@garwingerstein.com


**CONFIDENTIAL: THIS E-MAIL MAY CONTAIN PRIVILEGED ATTORNEY WORK-PRODUCT INFORMATION**