UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                Plaintiffs,

v.

SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC, and AVENTIS PHARMACEUTICALS, INC.,

                Defendants.

Civil Action No. 07-cv-7343 (HB)

Hon. Harold Baer, U.S.D.J.
ECF Case

---

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 17, 2007, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered participants.

PLEASE TAKE FURTHER NOTICE that a copy of PLAINTIFF LOUISIANA WHOLESALE DRUG CO., INC.'S RESPONSES TO DEFENDANTS' FIRST SET OF DOCUMENT REQUESTS, along with this Notice of Service, were served on December 17, 2007 via electronic mail on the following attorneys:

JONES DAY
Julia E. McEvoy
Christopher R. Farrell
Rosanna K. McCalips
Geoff Irwin
51 Louisiana Avenue, NW
Washington DC  20001
Tel:  (202) 879-3939
Fax:  (202) 626-1700
jmcevoy@jonesday.com
crfarrell@jonesday.com

rkmccalips@jonesday.com
gsirwin@jonesday.com

JONES DAY
Samuel Joseph Hand
222 East 41st Street
New York, New York 10017-6702
Tel: (212) 326-3939
Fax: (212) 755-7306
jhand@jonesday.com

*Attorneys for Defendants santi-aventis, Sanofi-aventis u.s. llc and Aventis Pharmaceuticals, Inc.*

KAPLAN, FOX & KILSHEIMER, LLP
Linda Nussbaum
Richard Kilsheimer
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
rkilsheimer@kaplanfox.com
lnussbaum@kaplanfox.com

KOZYAK, TROPIN & THROCKMORTON
Adam Moskowiz
Tucker Ronzetti
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134
Tel: (305) 372-1800
amm@kttlaw.com
tr@kttlaw.com

ODOM & DES ROCHES, LLP
John Gregory Odom
Stuart E. Des Roches
Charles F. Zimmer, II
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
stuart@odrlaw.com
czimmer@odrlaw.com

BERGER & MONTAGUE, P.C.
Daniel Berger
David F. Sorensen
Peter R. Kohn
1622 Locust Street
Philadelphia, PA  19103
Tel: 1-800-424-6690
Fax:  (215) 875-4604
dsoresen@bm.net
pkohn@bm.net


PERCY, SMITH & FOOTE, LLP
W. Ross Foote
Susan C. Segura
720 Murray Street
P.O. Box 1632
Alexandria, LA  71309-1632
Tel:  (318) 445-4480
Fax:  (318) 487-1741
rfoote@psfllp.com
ssegura@psfllp.com


PHELPS DUNBAR
Brent Barriere
Susie Morgan
Canal Place, Suite 2000
365 Canal Street
New Orleans, LA  70130-6534
Tel:  (504) 568-1311
Fax:  (504) 568-9130
susie.morgan@phelps.com

*Attorneys for Plaintiff Louisiana Wholesale Drug, Co., Inc.*


                                                Respectfully Submitted,

                                                /s/ Anne K. Fornecker