USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/07

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-7802
jhand@jonesday.com

December 21, 2007

RECEIVED
DEC 28 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

VIA FACSIMILE 212-805-7901

Honorable Harold Baer
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007-1312

Re:  Louisiana Wholesale Drug Co., Inc. v. Sanofi-Aventis et al. Case No. 07-cv-7343

Dear Judge Baer:

On December 19, 2007, I filed a Notice of Motion for Pro Hac Vice Admission, moving for the admission of Geoffrey S. Irwin in the case styled, Health Insurance Plan of New York v. Aventis Pharmaceuticals, Inc., No. 07-cv-7343. The caption on the moving papers was incorrect and the motion was meant to relate to the above-referenced case, Louisiana Wholesale Drug Co., Inc. v. Sanofi-Aventis et al, Case No. 07-cv-7343. Attached please find corrected moving papers. I apologize for the error.

Please do not hesitate to contact me should the Court require any additional information.

Respectfully,

S. Joseph Hand

Attachment

cc: Counsel of record (via facsimile)

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this mo[tion].

SO ORDERED.

Hon. Harold Baer, Jr. U[SDJ]
Date: _____

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON