UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., | ) | Civil Action No. 07-cv-7343 (HB) |
|  | ) |  |
| Plaintiff, | ) | Hon. Harold Baer, U.S.D.J. |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC and AVENTIS PHARMACEUTICALS, INC., | ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

### NOTICE OF MOTION FOR PRO HAC VICE ADMISSION

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Samuel Joseph Hand and the exhibits annexed thereto, Defendant Aventis Pharmaceuticals, Inc. will move this Court before the Honorable Harold Baer, United States District Judge, Southern District of New York, for an Order, in the form annexed hereto, granting the *pro hac vice* admission of John M. Bradley to act as counsel for Aventis Pharmaceuticals in this matter pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York. Mr. Bradley is an associate at Jones Day and resident in the Washington D.C. office of the firm, located at 51 Louisiana Avenue, NW, Washington D.C. 20001 (202)-879-3939.

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

Dated: November 26, 2007

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date:

Respectfully submitted,

Samuel Joseph Hand (SH-9275)
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Tel: 212-326-3939
Fax: 212-755-7306