# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., | Civil Action No. 07-cv-7343 (HB)(AJP) |
| Plaintiff, | Hon. Harold Baer, U.S.D.J. |
| | ECF CASE |
| v. | |
| SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC and AVENTIS PHARMACEUTICALS, INC., | |
| Defendants. | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT SANOFI-AVENTIS U.S. LLC

COMES NOW defendant sanofi-aventis u.s. llc pursuant to Fed. R. Civ. P. 7.1 and certifies that it is not a publicly held company; that sanofi-aventis, a publicly held company, is the ultimate parent corporation of sanofi-aventis u.s. llc; and that no other publicly held company owns 10% or more of sanofi-aventis u.s. llc.

Dated: January 3, 2008

Respectfully submitted,

   /s/ Christopher R. Farrell   
John M. Majoras
Julia E. McEvoy (admitted *pro hac vice*)
Christopher R. Farrell (admitted *pro hac vice*)
Jones Day
51 Louisiana Avenue, NW
Washington, DC  20001
Tel.:  202-879-3939
Fax:  202-626-1700

*Counsel for*
SANOFI-AVENTIS U.S. LLC

## **CERTIFICATE OF SERVICE**

I, Christopher R. Farrell, certify that the foregoing Rule 7.1 Corporate Disclosure Statement was served on January 3, 2008, on the counsel listed below in the manner(s) indicated below:

*Via ECF:*

Bruce E. Gerstein
Barry S. Taus
Anne K. Fornecker
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036
Tel.:   212-398-0055
Fax:   212-764-6620
bgerstein@garwingerstein.com
btaus@garwingerstein.com
afornecker@garwingerstein.com

Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.: 1-800-424-6690
Fax: (215) 875-4604
ecramer@bm.net

Richard Jo Kilsheimer
Linda Nussbaum
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Tel.: 212-687-1980
Fax: 212-687-7714
lnussbaum@kaplanfox.com
rkilsheimer@kaplanfox.com

Adam Moskowitz
Thomas A. Tucker Ronzetti
KOZYAK TROPIN & THROCKMORTON
2525 Ponce De Leon Blvd, 9th Floor
Miami, FL 33134
Tel.:   (305)-372-1800
Fax:   (305)-372-3508
amm@kttlaw.com
tr@kttlaw.com

Stuart E. Des Roches
Charles Ferrier Zimmer, II
ODOM & DES ROCHES, LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Tel.:   (504) 522-0077
Fax:   (504) 522-0078
stuart@odrlaw.com
czimmer@odrlaw.com

*Via UPS*

| | |
|---|---|
| David P. Smith<br>W. Ross Foote<br>PERCY, SMITH & FOOTE LLP<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA 71309<br>Tel: 318-445-4480<br>Fax:  318-487-1741 | Brent Barriere<br>Susie Morgan<br>PHELPS DUNBAR<br>Canal Place, Suite 2000<br>365 Canal Street<br>New Orleans, LA 70130 |
| John Gregory Odom<br>ODOM & DES ROCHES, LLP<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA 70130<br>Tel.:    (504) 522-0077<br>Fax:    (504) 522-0078 | Daniel Berger<br>David F. Sorensen<br>Peter Russell Kohn<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel.: 1-800-424-6690<br>Fax: (215) 875-4604 |

  /s/ Christopher R. Farrell
Christopher R. Farrell