*Civil Law Professional Partnership*
Y. TAPIN – I. ROBY-SALMON – M. BECK
*Associated Huissiers*
*184 Avenue de Choisy – BP 327*
*75625 PARIS cedex 13*

File Nr. 000501.6245
PPRES 01/15/08

CDC 40031 00001 0000332951C 72
Tel.: 01.42.16.86.86
Fax: 01.45.83.70.47

## SERVICE OF WRIT

| | |
|---|---|
| ADDRESSEE: | SANOFI AVENTIS SA |
| NATURE OF WRIT: | SERVICE |
| DATE OF SERVICE: | 01/14/2008 |

### WRIT LEFT WITH PERSON ON SITE

The writ was delivered by a sworn Clerk per the statements made to the Clerk:

As personal service to the addressee, at his domicile or workplace, was not possible, the writ was delivered in a sealed envelope indicating only the name and address of the writ's addressee on one side, and the Huissier's stamp on the other side,

**to a person on site who accepted to receive the writ :**

who declared that her name was MARIE JEANNE DALLOIS, ASSISTANT, and who certified the domicile.

A notice of visit was left at the domicile and the letter specified by Article 658 in the New Code of Civil Procedure was sent within the legal time, on 01/15/2008.

CERTIFICATION OF DOMICILE:


Each copy of this writ contains 93 pages.

**COST OF WRIT**
(Articles refer to Decree N° 96-1080 dated 12/12/96)

| | | |
|---|---|---|
| Fixed fees (Article 6) | 0.00 E | |
| Calling of cause (Article 6) | 0.00 E | |
| Fees to initiate proceedings (Article 13) | 0.00 E | |
| Fees (Article 16) | 0.00 E | |
| Travel Costs (Article 18) | 0.00 E | |
| Sub-total | 0.00 E | I. ROBY-SALMON |
| 19.60 % V.A.T. | 0.00 E | |
| Flat Tax (Article 20-1) | 0.00 E | *[Huissier's stamp and signature]* |
| Postage (Article 20-2) | 0.00 E | |
| Total disbursement | 89.00 E | |
| Total | 89.00 Euros | 583.80 Francs |

## SERVICE OF A WRIT FROM A FOREIGN COUNTRY

SECOND ORIGINAL

*Civil Law Professional Partnership*
Y. TAPIN – I. ROBY-SALMON – M. BECK
*Associated Huissiers*
*184 Avenue de Choisy – BP 327*
*75625 PARIS cedex 13*

C.C.P. 22-235-68 C PARIS
Tel.: 01.42.16.86.86
Fax: 01.45.83.70.47

In the year TWO THOUSAND EIGHT
AND ON JANUARY FOURTEENTH

I, Isabelle ROBY-SALMON, Associated Huissier in Civil-Law Professional Partnership Yves TAPIN, Isabelle ROBY-SALMON, Manuel BECK, entitled to a Huissier's office located in PARIS 13ᵉ, 184 Avenue de Choisy, the undersigned

Upon: **SANOFI AVENTIS**
174 Avenue de France
75013 Paris

File Nr. 000501 6245 / SAE 35837

**AT THE REQUEST OF:**

LOUISIANE WHOLESALE DRUG CO INC., through DIANE K. MYERS – APS INTERNATIONAL LTD – APS INTERNATIONAL PLAZA – 7800 GLENROY ROAD – MINNEAPOLIS – MINNESOTA – 55439-3122 – USA - through the *Chambre Nationale des Huissiers de Justice*, 44, rue de Douai, Paris (9ᵉ), France:

**WE ARE SERVING UPON YOU AND DELIVERING TO YOU** a copy of a writ from the United States.

This writ is a summons to appear before the United States District Court for the Southern District of the State of New York.

This writ is written in the English and the French languages.

This service is provided for legal purposes only and so that you may not remain in ignorance of the facts.



*Société Civile Professionnelle*
**Y. TAPIN – I. ROBY-SALMON – M. BECK**
*Huissiers de Justice Associés*
*184 Avenue de Choisy – BP 327*
*75625 PARIS cedex 13*

CDC 40031 00001 0000332951C 72
Tel : 01.42.16.86.86
Fax : 01.45.83.70.47

N° DOSSIER : 000501.6245
PPRES 15/01/08

## SIGNIFICATION DE L'ACTE

DESTINATAIRE           : SANOFI AVENTIS SA
NATURE DE L'ACTE       : SIGNIFICATION
DATE DE SIGNIFICATION  : 14/01/2008

### ACTE REMIS A PERSONNE PRESENTE

Cet acte a été remis par un Clerc Assermenté suivant les déclarations faites à ce Clerc :

Les circonstances rendant impossible la signification à personne tant en son domicile qu'à son lieu de travail, l'acte a été remis sous enveloppe fermée, ne portant d'autres indications que, d'un côté, le nom et l'adresse du destinataire de l'acte et, de l'autre côté, le cachet de l'Huissier apposé sur la fermeture du pli,

**A une personne présente qui a accepté de recevoir le pli :**

qui a déclaré être MME DALLOIS MARIE JEANNE ASSISTANTE et qui a certifié le domicile.

Un avis de passage a été laissé au domicile et la lettre prévue par l'article 658 du nouveau Code de Procédure Civile a été adressée dans le délai prévu par la Loi, le 15-1-08

VERIFICATION DE DOMICILE :

Chaque copie du présent acte comporte 93 feuilles.

**COUT DE L'ACTE :**
<small>Les articles font référence au décret N°96-1080 du 12/12/96</small>

| | |
|---|---:|
| Droit fixe (Article 6) | 0,00 € |
| Appel de cause (Article 6) | 0,00 € |
| Droit d'engagement de poursuites (Article 13) | 0,00 € |
| Honoraires (Article 16) | 0,00 € |
| Frais de déplacement (Article 18) | 0,00 € |
| Sous Total | 0,00 € |
| TVA 19,60% | 0,00 € |
| Taxe Fixe (Article 20-1) | 0,00 € |
| Frais d'affranchissement (Article 20-2) | 0,00 € |
| Total des débours | 89,00 € |
| Total | 89,00 € |

583,80 Francs

Y. TAPIN    I. ROBY-SALMON    M. BECK



**SECOND ORIGINAL**

*Société Civile Professionnelle*
**Y. TAPIN – I. ROBY-SALMON- M. BECK**
*Huissiers de Justice Associés*
*184, avenue de Choisy - BP 327*
*75625 PARIS CEDEX 13*

C.C.P 22-235-68 C PARIS
Tel : 01-42-16-86-86
Fax : 01-45-83-70-47

**SIGNIFICATION D'UN ACTE EN PROVENANCE DE L'ETRANGER**

L'an DEUX MIL HUIT
ET LE QUATORZE JANVIER

Je, Isabelle ROBY-SALMON, Huissier de justice associée de la "Société Civile Professionnelle Yves TAPIN, Isabelle ROBY-SALMON, Manuel BECK, titulaire d'un Office d'Huissiers de Justice à PARIS 13ème, 184 Avenue de Choisy", soussignée

A: **SANOFI AVENTIS**
174 AVENUE DE France
75013 Paris

A qui cet acte a été remis dans les conditions

DOSSIER N° 000501 6245 / SAE 35837

**A LA DEMANDE DE :**

LOUISIANA WHOLESALE DRUG CO INC par l'intermédiaire de DIANE K. MYERS – APS INTERNATIONAL LTD – APS INTERNATIONAL PLAZA – 7800 GLENROY ROAD- MINNEAPOLIS – MINNESOTA – 55439 – 3122 – USA - par l'intermédiaire de la Chambre Nationale des Huissiers de justice, 44, rue de Douai à Paris (9è), France ;

**IL VOUS EST SIGNIFIE ET REMIS COPIE** d'un acte en provenance **des USA.**

Cet acte est une citation à comparaître devant la cour de district des Etats Unis pour le district sud de l'état de New York.

Cet acte est rédigé en langue française et anglaise.

**La présente signification vous est faite à telle fin que de droit et pour vous savoir parfaitement informé.**

**COUT PROVISOIRE DE L'ACTE :**
Les articles font référence au décret N°96-1080 du 12/12/96

| | |
|---|---|
| Droit fixe (Article 6) | 41.41 € |
| Droit d'engagement de poursuites (Article 13) | 0,00 € |
| Frais de déplacement (Article 18) | 0.00 € |
| Sous Total | 41.41 € |
| TVA 19,60% | € |
| Taxe Fixe (Article 20-1) | 0,00 € |
| Frais d'affranchissement (Article 20-2) | 0,0.0 € |
| Total | 41.41 € |

Isabelle ROBY-SALMON

