IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., et al., <br><br> v. <br><br> SANOFI-AVENTIS, et al. | Civil Action No. 07 CIV 7343 (HB) <br><br> Hon. Harold Baer, U.S.D.J. <br> ECF Case <br><br> **MEMO ENDORSED** |

## PLAINTIFF'S MOTION TO FILE UNDER SEAL

Pursuant to the Stipulated Protective Order entered by this Court on November 5, 2007, Plaintiff Louisiana Wholesale Drug Co., Inc. hereby moves this Court, at the United States District Courthouse, 500 Pearl Street, New York, New York, before the Honorable Harold Baer, for an Order permitting Plaintiff to file the following under seal: (1) Notice of Plaintiff's Motion for Class Certification; (2) Plaintiff's Memorandum of Law in Support of Class Certification; (3) the January 29, 2008 Declaration of Jeffrey J. Leitzinger, Ph.D.; and (4) Proposed Order Granting Class Certification. In support of this Motion, Plaintiff states that:

1. This Court entered a Stipulated Protective Order on November 5, 2007. A copy of that Stipulated Protective Order is attached hereto. Documents have been produced in this litigation in reliance on that Stipulated Protective Order.

2. Plaintiff's Motion for Class Certification and supporting Memorandum and Declaration refer to documents designated "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order.

3. In order to maintain the confidentiality of these documents, Plaintiff hereby moves

to file under seal their Motion for Class Certification and supporting Memorandum and Declaration.

WHEREFORE, Plaintiff respectfully requests that Plaintiff's Motion for Class Certification and accompanying materials be filed under seal.

Respectfully submitted,

On the Brief:
Daniel Berger
David F. Sorensen
Eric L. Cramer
Peter Kohn
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

*Counsel for Louisiana Wholesale Drug Co., Inc. and the Proposed Class*

John Gregory Odom
Stuart Des Roches
Charles F. Zimmer II
**ODOM & DES ROCHES, LLP**
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
(504) 522-0077

Adam Moskowitz
Tucker Ronzetti
**KOZYAK TROPIN & THROCKMORTON**
2525 Ponce de Leon Blvd, 9th Fl.
Miami, FL 33134
(305) 372-1800

Bruce E. Gerstein
Barry S. Taus
Anne K. Fornecker
**GARWIN GERSTEIN & FISHER, LLP**
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055

*Proposed Lead Counsel for Louisiana Wholesale Drug Co., Inc. and the Proposed Class*

David P. Smith
W. Ross Foote
**PERCY, SMITH & FOOTE, LLP**
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
(318) 445-4480

Richard Kilsheimer
Linda Nussbaum
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

Brent Barriere
Susie Morgan
**PHELPS DUNBAR**
Canal Place, Suite 2000
365 Canal Street
New Orleans, LA 70130-6534

*Counsel for Louisiana Wholesale Drug Co., Inc. and the Proposed Class*

**MEMO ENDORSED** 2/1/08

1. Motion to seal *denied* as to docs 1 and 4 - re plntfs' motion. I reviewed order to not contain confidential [illegible].

2. Motion to seal granted as to docs 2 and 13 (exhibits to plntfs' motion [illegible] out), provided that by 2/11/08, after consultation with defendants, plntfs shall file publicly redacted copies of their [illegible] Lutzger Affidavit, redacting only information as is still arguably highly confid.

3. [illegible] for class certification will be decided by Judge Baer once fully briefed.

SO ORDERED:

_____
Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  **February 5, 2008**                                Total Number of Pages:  **4**

| TO | FAX NUMBER |
|---|---|
| Anne K. Fornecker, Esq. | 212-764-6620 |
| Christopher R. Farrell, Esq. | 202-626-1700 |
| Samuel J. Hand, Esq. | 212-755-7306 |

# TRANSCRIPTION:

**MEMO ENDORSED 2/5/08**

1. Motion to seal <u>denied</u> as to items 1 and 4 – the Notice of Motion and proposed order do not contain confidential information.
2. Motion to seal <u>granted</u> as to items 2 and 3 (subject to further order of the Court), provided that by <u>2/11/08</u>, after consultation with defendants, plaintiffs shall file publicly redacted copies of their brief and Leitzinger Affidavit, redacting only such information as defendants still request be kept sealed.
3. The motion for class certification will be decided by Judge Baer once it is fully briefed.

Copy to:   Judge Harold Baer, Jr.