DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANOFI-AVENTIS, SANOFI-AVENTIS ) <br> U.S., LLC and AVENTIS ) <br> PHARMACEUTICALS INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-cv-7343 (HB) <br><br> Hon. Harold Baer, U.S.D.J. <br> ECF CASE |

## PROPOSED ORDER

Upon consideration of the parties' letter of February 4, 2008, memorializing their agreement that Defendant sanofi-aventis should be granted an extension of 14 days to respond to the Complaint, it is this 5 day of February, 2008, hereby

ORDERED that sanofi-aventis has until February 18, 2008 to respond to the Complaint.

_____ 2/5/08
UNITED STATES DISTRICT JUDGE