**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., On Behalf of Itself and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC, and AVENTIS PHARMACEUTICALS INC.,<br><br>            Defendants. | Civil No. 07-cv-7343 (HB)<br><br>Hon. Harold Baer, U.S.D.J.<br>ECF Case |

**NOTICE OF TAKING OF VIDEO-TAPED DEPOSITION**
**OF BENJAMIN GILGOFF**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiff in the above-referenced action will take the video-taped deposition upon oral examination of Benjamin Gilgoff. This deposition will occur as follows:

| **Date** | **Time** | **Place** |
|---|---|---|
| February 27, 2008 | 9:30AM | Garwin Gerstein & Fisher LLP<br>1501 Broadway, Suite 1416<br>New York, New York 10036 |

The testimony of the witness will be video-taped and will be recorded and transcribed by a court reporter. The deposition will continue from day to day until completed. All counsel are invited to attend and cross-examine.

Dated: February 8, 2008

                                          Respectfully submitted,

                                          /s/ Anne Fornecker
                                          ANNE K. FORNECKER (AF-2073)
                                          Garwin Gerstein & Fisher LLP
                                          1501 Broadway, Suite 1416
                                          New York, New York 10036
                                          (Tel): 212-398-0055
                                          (Fax): 212-764-6620
                                          afornecker@garwingerstein.com

## CERTIFICATE OF SERVICE

I, Anne K. Fornecker, do hereby certify that on February 8, 2008, I served the foregoing NOTICE OF TAKING OF VIDEO-TAPED DEPOSITION OF BENJAMIN GILGOFF on the following attorneys, in the manner specified below:

*Via ECF Filing*

JONES DAY
Julia E. McEvoy
Christopher R. Farrell
Rosanna K. McCalips
Geoff Irwin
51 Louisiana Avenue, NW
Washington DC  20001
Tel: 202-879-3939
Fax: 202-626-1700
jmcevoy@jonesday.com
crfarrell@jonesday.com
rkmccalips@jonesday.com
gsirwin@jonesday.com

JONES DAY
Samuel Joseph Hand
222 East 41st Street
New York, New York  10017-6702
Tel: 212-326-3939
Fax: 212-755-7306
jhand@jonesday.com

*Attorneys for Defendants sanofi-aventis, sanofi-aventis u.s. llc, and Aventis Pharmaceuticals, Inc.*

KAPLAN, FOX & KILSHEIMER, LLP
Linda Nussbaum
Richard Kilsheimer
850 Third Avenue, 14th Floor
New York, NY  10022
Tel:  (212) 687-1980
rkilsheimer@kaplanfox.com

lnussbaum@kaplanfox.com

KOZYAK, TROPIN & THROCKMORTON
Adam Moskowiz
Tucker Ronzetti
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL  33134
Tel:  (305) 372-1800
amm@kttlaw.com
tr@kttlaw.com

ODOM & DES ROCHES, LLP
John Gregory Odom
Stuart E. Des Roches
Charles F. Zimmer, II
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA  70130
Tel:  (504) 522-0077
Fax:  (504) 522-0078
stuart@odrlaw.com
czimmer@odrlaw.com

BERGER & MONTAGUE, P.C.
Daniel Berger
David F. Sorensen
Peter R. Kohn
1622 Locust Street
Philadelphia, PA  19103
Tel: 1-800-424-6690
Fax:  (215) 875-4604
dsoresen@bm.net
pkohn@bm.net

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc.*

*Via Electronic Mail:*

PERCY, SMITH & FOOTE, LLP
W. Ross Foote
Susan C. Segura
720 Murray Street
P.O. Box 1632
Alexandria, LA  71309-1632
Tel:  (318) 445-4480
Fax:  (318) 487-1741
rfoote@psfllp.com
ssegura@psfllp.com

PHELPS DUNBAR
Brent Barriere
Susie Morgan
Canal Place, Suite 2000
365 Canal Street
New Orleans, LA  70130-6534
Tel: 504-568-1311
Fax: 568-9130
susie.morgan@phelps.com

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc.*

/s/ Anne Fornecker  _____
ANNE K. FORNECKER (AF-2073)
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, New York 10036
(Tel): 212-398-0055
(Fax): 212-764-6620
afornecker@garwingerstein.com