IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., et al. | Civil Action No. 07 CIV 7343 (HB) |
| | Hon. Harold Baer, U.S.D.J. |
| v. | ECF Case |
| SANOFI-AVENTIS, et al. | |

### NOTICE OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

**PLEASE TAKE NOTICE** that, upon the Class Action Complaint herein, and upon the January 29, 2008 Declaration of Jeffrey J. Leitzinger, Ph.D., and upon Plaintiff's Memorandum of Law in Support of Class Certification submitted herewith, plaintiff Louisiana Wholesale Drug Co., Inc. ("LWD") hereby moves this Court, at the United States District Courthouse, 500 Pearl Street, New York, New York, before the Honorable Harold Baer, for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure, substantially in the form proposed herewith, (1) certifying that this action shall proceed as a class action, (2) certifying that LWD shall serve as the representative of the Class, (3) determining the definition of the Class, the class claims, issues, and defenses, and (4) appointing Class counsel.

LWD identifies the class for which certification is sought as follows:

> All persons or entities in the United States who purchased 10 mg or 20 mg Arava tablets directly from Aventis (or any of its predecessors or affiliates) at any time from March 2005 until the present. Excluded from the Class are Defendants, their predecessors, officers, directors, management, employees, subsidiaries, parents or affiliates, and all federal governmental entities.

Regarding notice, plaintiff proposes that, because defendants' sales records provide each Class member's name and address, Class members can be identified with minimal effort, and

individually notified thorough first class mail, which satisfies the applicable notice requirements. Counsel for the Class may retain a claims administrator to facilitate the dissemination of the notice. The claims administrator will review defendants' sales records and independently verify each class member's address, format the notice into an easily readable form, mail the notice to class members and monitor the number of opt-outs and returns that are received.

**WHEREFORE,** plaintiff respectfully requests that this action be certified as a class action under Fed. R. Civ. P. 23(b)(3) on behalf of the Class, that plaintiff Louisiana Wholesale Co., Inc. be appointed to represent the Class, and that the Court appoint counsel to the Class.

Dated: January 31, 2008

Respectfully submitted,

_____
Bruce E. Gerstein
Barry S. Taus
Anne K. Fornecker
**GARWIN GERSTEIN & FISHER, LLP**
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055

On the Brief:
Daniel Berger
David F. Sorensen
Peter Kohn
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

*Counsel for Louisiana Wholesale Drug Co., Inc. and the Proposed Class*

*Proposed Lead Counsel for Louisiana Wholesale Drug Co., Inc. and the Proposed Class*

John Gregory Odom
Stuart Des Roches
Charles F. Zimmer II
**ODOM & DES ROCHES, LLP**
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
(504) 522-0077

David P. Smith
W. Ross Foote
**PERCY, SMITH & FOOTE, LLP**
720 Murray Street
P.O. Box. 1632
Alexandria, LA 71309
(318) 445-4480

| | |
|---|---|
| Adam Moskowitz<br>Tucker Ronzetti<br>**KOZYAK TROPIN &**<br>**THROCKMORTON**<br>2525 Ponce de Leon Blvd, 9th Fl.<br>Miami, FL 33134<br>(305) 372-1800 | Richard Kilsheimer<br>Linda Nussbaum<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>(212) 687-1980 |
| Brent Barriere<br>Susie Morgan<br>**PHELPS DUNBAR**<br>Canal Place, Suite 2000<br>365 Canal Street<br>New Orleans, LA 70130-6534 | *Counsel for Louisiana Wholesale Drug Co.,*<br>*Inc. and the Proposed Class* |

## CERTIFICATE OF SERVICE

I, Anne K. Fornecker, do hereby certify that on January 31, 2008, I served the foregoing NOTICE OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION on the following attorneys, in the manner specified below:

*Via First Class and Electronic Mail:*

JONES DAY
Julia E. McEvoy
Christopher R. Farrell
Rosanna K. McCalips
51 Louisiana Avenue, NW
Washington DC  20001
Tel: 202-879-3939
Fax: 202-626-1700
jmcevoy@jonesday.com
crfarrell@jonesday.com
rkmccalips@jonesday.com

JONES DAY
Samuel Joseph Hand
222 East 41st Street
New York, New York  10017-6702
Tel: 212-326-3939
Fax: 212-755-7306
jhand@jonesday.com

*Attorneys for Defendants sanofi-aventis,
sanofi-aventis u.s. llc, and Aventis
Pharmaceuticals, Inc.*

*Via Electronic Mail:*

KAPLAN, FOX & KILSHEIMER, LLP
Linda Nussbaum
Richard Kilsheimer
850 Third Avenue, 14th Floor
New York, NY  10022
Tel:  (212) 687-1980
rkilsheimer@kaplanfox.com
lnussbaum@kaplanfox.com

KOZYAK, TROPIN & THROCKMORTON
Adam Moskowiz
Tucker Ronzetti
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134
Tel: (305) 372-1800
amm@kttlaw.com
tr@kttlaw.com

ODOM & DES ROCHES, LLP
John Gregory Odom
Stuart E. Des Roches
Charles F. Zimmer, II
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
stuart@odrlaw.com
czimmer@odrlaw.com

BERGER & MONTAGUE, P.C.
Daniel Berger
David F. Sorensen
Peter R. Kohn
1622 Locust Street
Philadelphia, PA 19103
Tel: 1-800-424-6690
Fax: (215) 875-4604
dsoresen@bm.net
pkohn@bm.net

PERCY, SMITH & FOOTE, LLP
W. Ross Foote
Susan C. Segura
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309-1632
Tel: (318) 445-4480
Fax: (318) 487-1741
rfoote@psfllp.com
ssegura@psfllp.com

PHELPS DUNBAR
Brent Barriere
Susie Morgan

Canal Place, Suite 2000
365 Canal Street
New Orleans, LA  70130-6534
Tel: 504-568-1311
Fax: 568-9130
susie.morgan@phelps.com

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc.*

_____
ANNE K. FORNECKER (AF-2073)
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, New York 10036
(Tel): 212-398-0055
(Fax): 212-764-6620
afornecker@garwingerstein.com