# EXHIBIT A pt.3

# PHELPS DUNBAR LLP
S O~ \SILORS \T I

\-\

Canal Place

65 Cana Street ~ Suite 2000

Nen Orleans, LA 701 ~0 65 14

504 566~1 11

6a~ 50-f 568~9130

About Phelps Dunbar

Founded in 1 S53 in New Orleans, Phelps Dunbar is one of the oldest law firms in continuous practice in the South. Our firm is a progressive and diverse partnership, with a practice that is international in scope. We now have offices in New Orleans and Baton Rouge, Louisiana; Jackson, Tupelo, and Gulfport, Mississippi; Houston, Texas; Tampa, Florida; and London, England. Through our network of regional offices, clients have access to over 260 attorneys representing an extensive range of talents and experience. No matter how intricate a client's legal needs, the firm~s professional depth and experience offer accessible, cost-effective, and reliable service. Attorneys in all practice areas work together to provide a broad base of legal services to institutions and individuals. We handle virtually every type of civil case in federal and state courts across the region. Our clients include public and private companies, financial institutions, insurance companies, health care systems, educational institutions, partnerships, estates, governmental agencies and individuals.

*Gommercial Litigation*

The attorneys in the commercial litigation practice represent clients in all manner of business difficulties that concern corporations, both large and small, and individuals. With more than seventy-five commercial litigators, our practice is one of the largest in the region. We regularly handle cases ranging from large, complex national class actions to smaller landlord-tenant disputes. We appear before federal and state trial and appellate courts, as well as federal and state regulatory agencies and boards. Our experience has led us to represent defendants in multi-million dollar toxic tort class actions, major bankruptcies, construction defect claims concerning several of the region's more prominent structures, high profile breach of contract actions, and significant securities cases. At the same time, our firm readily assists clients in "lower profile," but equally significant matters.

As commercial litigators, we have a great depth of experience in every field of civil litigation. We have tried cases that focus on bankruptcy, banking, broker-dealer disputes, construction controversies, corporate problems, environmental issues, the hotel/hospitality industry, gaming, lender liability, oil and gas law, real estate, securities, tax, and toxic torts. Several lawyers in the group also specialize in criminal defense work, in particular "white collar" cases.

*Antitrust and Trade Practice*

The attorneys in our antitrust and trade practices area counsel and represent individuals, companies. and associations, both as plaintiffs and defendants, regarding all facets of the federal and the state antitrust laws (illegal combinations and agreements, market shares, and predatory and discriminatory pricing, for examples). Our attorneys also advise and represent clients regarding unfair business practices, unfair competition and other areas of the laws concerning trade regulation. We represent clients in both federal and state courts.

NO.99841346.1

PHELPS DUNBAR

Antitrust Class Actions. Representative Matters

*Rosenstein, et al. v. Eastern Mushroom IViarketing 6~ooperative, Inc., et al.* Represents a class of direct purchasers of agaricus mushrooms in a class action pending in Eastern District of Pennsylvania against a mushroom cooperative and the members of the cooperative. The plaintiffs allege that the defendants engaged in price fixing and the suppression of competition in violation of the antitrust laws of the United States.

*King Drug Company of Florence, et al. v. Cephalon, Inc.* Represents a class of direct purchasers of Provigil in a class action pending in the Eastern District of Pennsylvania against the manufacturer of the drug. The plaintiffs allege that Cephalon unlawfully maintained its monopoly power by suppressing generic competition in violation of the antitrust laws of the United States.

*King Drug Company of Florence, et al. v. Sanoji-Aventis.* Represents a class of direct purchasers of Plavix in a class action pending in the Southern District of Ohio against the manufacturer of the drug. The plaintiffs allege that Sanofi-Aventis unlawfully maintained its monopoly power by suppressing generic competition in violation of the antitrust laws of the United States.

- *JVatchitoches Parish Hospital Service District, et al. v. Tyco International Limited.* Represents a class of direct purchasers of "sharps" containers in a class action pending in the United States District Court in Massachusetts against the manufacturers of the containers. The plaintiffs allege that Tyco International unlawfully maintained its monopoly power by employing anti-competitive tactics that violate the antitrust laws of the United States.

*Louisiana Wholesale Drug C'ompany, et al, v. Becton Dickenson.* Represents a class of direct purchasers of hypodermic needles in a class action pending in the United States District Court in New Jersey against the manufacturers of the needles. The plaintiffs allege that Becton Dickenson unlawfully maintained its monopoly power by employing anti-competitive tactics that violate the antitrust laws of the United States.

*Burlington Drug ('ompany, et al. v. Astrazeneca Pharmaceuticals.* Represents a class of direct purchasers of Nexium in a class action pending in the United States District Court for the District of Columbia against the manufacturer of the drug. The plaintiffs allege that Astrazeneca unlawfully maintained its monopoly power by suppressing generic competition in violation of the antitrust laws of the United States.

We also represent clients at all the stages of the appellate process. We have particular expertise in the United States Fifth and Eleventh Circuits and in the appellate courts in Texas, Louisiana, Mississippi, and Florida. Our partners in this practice include a former justice of the Supreme Court of Mississippi, two former clerks for justices of the Supreme Court of the United States, a former judge of the First Circuit Court of Appeal in Louisiana, and several former clerks for judges of the federal and the states' appellate and trial courts.

With over 150 years of litigation history, Phelps Dunbar has obtained a reputation for excellence that has earned acknowledgment from the bench and bar. We are adept at responding to emergency situations our clients may unexpectedly encounter, particularly those requiring immediate court intervention.

PHELPS DUNBAR LLP

The firm has as a resource a sophisticated technology department that assists our litigators in organizing and preparing an automated document retrieval system and in the digital presentations of exhibits in court.

We have trained our staff and support personnel to assist our clients through the many perils of difficult lawsuits. We are acutely aware of the expenses involved in litigation and we work with our clients to establish budgets and goals and to contain and/or reduce costs.

The group's performance in a wide-range of litigation demonstrates several compelling advantages to insurers considering the filing of complex cases involving potentially significant recoveries. These include:

- All partners in the group has acted as lead counsel for plaintiffs in significant jury and judge trials. We recognize that many clients will prefer the certainty of out of court settlements to presenting their claims at trial. We strongly believe, however, that our extensive trial experience is invaluable to securing favorable settlements. We successfully settle cases because we are not required to do so.

- The group enjoys the significant resources of a large, full service and defense oriented law firm, but exploits those resources from the plaintiff's perspective. We have the resources to respond effectively to even the most exhaustive defense.

- We are qualified to act across the Gulf South, from Texas to Florida.

- The group routinely accepts instructions on contingency and other alternative fee arrangements.

- Our attorneys have pioneered the use of innovative and cost-effective discovery and jury persuasion techniques.

- We have identified and extensively use experts and consultants drawn from a variety of disciplines who provide efficient service on a regional and national basis.

- The group enjoys significant diversity in background and experience, permitting us to effectively match trial team to the venue.

## ATTORNEYS

BRENT B. BARRIERE is a partner and practice coordinator for the New Orleans commercial litigation group. He represents clients in a wide variety of commercial disputes, including bankruptcy and creditors' rights, securities litigation, breach of contract, business valuation disputes, and class actions. He has acted as class counsel in numerous antitrust class action cases. Brent has been named one of Louisiana's top ten litigators by the *National Law Journal,* rated as a top litigator by *6'hambers USA.' Americai Leading Business Lawyers (2004-2005),* and one of the *Best Lawyers in America.* He graduated from Tulane University, J.D., *magna cum taude,* 1981; Order of the Coif; Board of Editors and Articles Editor, *Tulane Law Review* and from Hamilton College, B.A., with honors, 1977. He is a member of the following: Louisiana State Bar Association (Bankruptcy Section, Committee on Business Bankruptcy and Subcommittee on Chapter 11 Reorganization Section and the House of Delegates); Louisiana State Bar Association House of Delegates (1990 present) and Budget Committee (2002 present); Texas State Bar Association; American Bar Association; United States Supreme Court; United States Court of Appeal for the Fifth Circuit; Tulane Inn of Court.

PHELPS DUNBAR ᴸᴸᴾ

**SUSIE MORGAN** is a partner in the commercial litigation practice group in the New Orleans office. She practices in the areas of governmental relations, real estate, oil and gas, and general commercial litigation. In addition, she has experience in the area of municipal finance relating to bond financings and has acted as class counsel in numerous antitrust class action cases. Susie moved to New Orleans recently from Shreveport, where she had spent her legal career practicing in the areas listed above. She was a Law Clerk to Chief Judge Henry A. Polhz in the United States Court of Appeals Fifth Circuit from 1980 to 1981. She graduated from Louisiana State University, J.D., 1980; Order of the Coif; Phi Delta Phi; Phi Kappa Phi and University of Louisiana, Monroe, M.A., 1976; B.A., 1974. She is a member of the following: Louisiana State Bar Association (House of Delegates, 1 989-2001; Chair, Court Rules Committee, 1997-2002); American Bar Association, Fellow; Fifth Circuit Bar Association; Louisiana State University Law Center, Board ofTrustees (2004- Present); Chair, Louisiana Supreme Court's Court Rules Committee (2002-Present); Louisiana Bar Foundation, Education Committee (2003-Present); Chair, Louisiana State Bar Association Committee on Uniform District Court Rules (1997-2002); Chair, Uniform Rules Committee of the Judicial Council of the Supreme Court of Louisiana (1997-2002); Editorial Board, *Louisiana State Bar Association Journal* (1997-2000); and Louisiana Bar Foundation, Fellow, Legal Services Task Force (1998).

**DAVID L. PATRON** is a partner in the commercial litigation group in the New Orleans office. He represents businesses and individuals at all phases of litigation, including both the trial and appellate levels in state and federal courts, where his cases have ranged from small business disputes to multi-district class action litigation. David provides counseling to many clients on an on-going basis and represents clients in non-judicial forums such as arbitrations, mediations, trade/business associations, and government investigations. He has acted as class counsel in numerous antitrust class action cases. He graduated from Stanford University, J.D., 1993; Editor, *Stanford Law Review* and Princeton University, A.B. in Political Science and Economics, *magna cum laude,* 1990. He is a member of the following: Adjunct Faculty Member: Tulane Law School ; Board Member:
Princeton Alumni Association; Metropolitan Area Committee Leadership Forum; The New Orleans Regional Chamber of Commerce, MetroVision; Past President and Board Member: American Heart Association; Past Chairman: Louisiana Bar Association's Mediation Registry Committee; American Bar Association, Louisiana Bar Association, Federal Bar Association, and New Orleans Bar Association.

**HARRY ROSENBERG** is a partner in the New Orleans commercial litigation practice. He concentrates his practice in the areas of business torts, trial practice, civil rights, criminal law as well as antitrust law, where he has acted as class counsel in several antitrust class actions. Prior to joining Phelps Dunbar in 1974, Harry served as a judicial clerk to The Honorable Jack M. Gordon, Judge, U.S. District Court, Eastern District of Louisiana. Harry also served as the United States Attorney for the Eastern District of Louisiana from 1990 through 1993. He graduated from Tulane University, J.D., 1972; Board of Editors and Editor, *Tulane Law Review* and from Case Western Reserve University, B.A., 1969. He is a member of the following organizations: Louisiana State Bar Association; New Orleans Bar Association; Federal Bar Association; American Bar Association; National Association of Criminal Defense Counsel; Former United States Attorneys Association; and a Fellow of the American Counsel Association and the Louisiana Bar Foundation.



Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York 10022
phone 212.687.1980
fax    212.687.7714
email  mail@kaplanfox.com
www.kaplanfox.com

## KAPLAN FOX & KILSHEIMER LLP

Over the past three decades, Kaplan Fox has been at the forefront of some of the most significant private antitrust class actions, securities class actions, derivative actions, and consumer class actions in the United States. Members of the firm have been appointed by federal and state courts as lead counsel, co-lead counsel or as a member of an executive committee in numerous actions. Over the years, we have recovered more than $2 billion for our clients. The following describes some of Kaplan Fox's major practice areas and its most significant recoveries.

### ANTITRUST LITIGATION

For more than 30 years, the antitrust attorneys at Kaplan Fox have represented on a contingent fee basis businesses and individuals, on both a class and non-class basis, who have been injured as a result of price-fixing, customer allocation or other anti-competitive behavior, by sellers of a broad array of products and services.

Kaplan Fox is frequently at the forefront of significant private antitrust actions, and we have been appointed by courts as lead counsel or member of an executive committee for plaintiffs in some of the largest antirust cases throughout the United States. Members of the firm have argued before Federal Courts of Appeals some of the most significant decisions in the antitrust field in recent years. Robert Kaplan argued the appeal in **In re Flat Glass Antitrust Litigation**, 385 F. 3d 350 (3d Cir. 2004), and Greg Arenson argued the appeal in **In re High Fructose Corn Syrup Antitrust Litigation**, 295 F. 3d 651 (7th Cir. 2002).

*NEW YORK, NY*           *LOS ANGELES, CA*           *SAN FRANCISCO, CA*

*CHICAGO, IL*              *RICHMOND, VA*              *MORRISTOWN, NJ*

Over the years, Kaplan Fox has recovered over $2 billion for our clients. Some of those recoveries include:

## ANTITRUST RECOVERIES

**In re High Fructose Corn Syrup Antitrust Litigation**, MDL No. 1087, Master File No. 95-1477 (C.D. Ill) ($531 million recovered)

**In re Brand Name Prescription Drugs Antitrust Litigation**, MDL 997 (N.D. Ill.) ($720 plus million recovered)

**In re Infant Formula Antitrust Litigation**, MDL 878 (N.D.Fla.) ($126 million recovered)

**In re Flat Glass Antitrust Litigation**, MDL 1200 (W.D.P) ($121 plus million recovered)

**In re Ocean Shipping Antitrust Litigation**, MDL 395 (S.D.N.Y.) ($51 million recovered)

**In re Medical X-Ray Film Antitrust Litigation**, CV 93-5904 (E.D.N.Y.) ($39.6 million recovered)

**In re Screws Antitrust Litigation**, MDL 443 (D. Mass.) ($20 million recovered)

**In re Southern Florida Waste Disposal Antitrust Litigation**, 86-6029-CIV-KEHOE (S.D. Fla.)

**In re Electric Weld Steel Tubing Antitrust Litigation**, Master File No. 79-4628 (E.D.Pa.)

**In re Southern Florida Building Supplies Cases**, 77-463-Civ. (S.D.Fla.)

**In re Cuisinarts Food Processors Antitrust Litigation**, MDL 447 (D.Conn.)

**In re Corrugated Container Antitrust Litigation**, MDL 310 (S.D.Tex.)

**In re Wholesale Baking Antitrust Litigation**, Master File No. 83 Civ. 714 DNE (S.D.N.Y.)

**In re Milk Antitrust Litigation**, 81 Civ. 1963 (S.D.N.Y.)

2

**In re Shopping Carts Antitrust Litigation**, MDL No. 451 (S.D.N.Y.)

**In re Atlanta Waste Services Antitrust Litigation**,
C-83-796A (N.D.Ga.)

# ATTORNEY BIOGRAPHIES

## PARTNERS

**ROBERT N. KAPLAN** widely recognized as a leading antitrust litigator, Robert Kaplan has led the prosecution of numerous antirust class actions. He also has earned a reputation as a leading litigator in securities fraud class actions. Mr. Kaplan has been with Kaplan Fox for 30 years, joining in 1971.

Mr. Kaplan honed his litigation skills as a trial attorney with the Antitrust Division of the Department of Justice. There, he gained significant experience litigating both civil and criminal actions. He also served as law clerk to the Hon. Sylvester J. Ryan, then chief judge of the U.S. District Court for the Southern District of New York.

Mr. Kaplan's published articles include: "Complaint and Discovery In Securities Cases," *Trial*, April 1987; "Franchise Statutes and Rules," *Westchester Bar Topics*, Winter 1983; "Roots Under Attack: *Alexander v. Haley* and *Courlander v. Haley*," *Communications and the Law*, July 1979; and "Israeli Antitrust Policy and Practice," *Record of the Association of the Bar*, May 1971.

In addition, Mr. Kaplan served as an acting judge of the City Court for the City of Rye, N.Y., from 1990 to 1993.

Mr. Kaplan sits on the boards of several community organizations, including the Board of Directors of the Carver Center in Port Chester, N.Y., and the Board of Directors of the Rye Free Reading Room in Rye, N.Y.

**Education:**
- B.A., Williams College (1961)
- J.D., Columbia University Law School (1964)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York (1964)
- U.S. Supreme Court
- U.S. Courts of Appeals for the Second, Third, Seventh, Ninth, and Eleventh Circuits
- U.S. District Courts for the Southern, Eastern, and Northern Districts of New York, the Central District of Illinois, and the District of Arizona

3

**Professional Affiliations:**
- National Association of Securities and Commercial Law Attorneys (past President)
- Committee to Support the Antitrust Laws (past President)
- Advisory Group of the U.S. District Court for the Eastern District of New York
- American Bar Association
- Association of Trial Lawyers of America (Chairman, Commercial Litigation Section, 1985-86)
- Association of the Bar of the City of New York (served on the Trade Regulation Committee; Committee on Federal Courts)

Mr. Kaplan can be reached by email at: RKaplan@kaplanfox.com

**GREGORY K. ARENSON** is a seasoned business litigator with experience representing clients in a variety of areas, including antitrust, securities, employee termination, fraud, contract, and unfair competition. His economics background provides unique insights on antitrust liability and damages issues. Mr. Arenson has been a partner in the firm since 1993.

Prior to joining Kaplan Fox, Mr. Arenson was a partner with Proskauer Rose. Earlier in his career, he was a partner with Schwartz Klink & Schreiber, and an associate with Rudnick & Wolfe (now DLA Piper).

Mr. Arenson writes frequently on discovery issues and the use of experts. His published articles include: "Report of the Commercial and Federal Litigation Section on the Lawsuit Abuse Reduction Act of 2005," 11 NY Litigator 26 (2006); "Report Seeking To Require Party Witnesses Located Out-Of-State Outside 100 Miles To Appear At Trial Is Not A Compelling Request," 11 NY Litigator 41 (2006); "Eliminating a Trap for the Unwary: A Proposed Revision of Federal Rule of Civil Procedure 50," 9 NY Litigator 67 (2004); "Committee Report on Rule 30(b)(6)" 9 NY Litigator 72 (2004); "Who Should Bear the Burden of Producing Electronic Information?" 7 Federal Discovery News, No. 5, at 3 (April 2001); "Work Product vs. Expert Disclosure – No One Wins," 6 Federal Discovery News, No. 9, at 3 (August 2000); "Practice Tip: Reviewing Deposition Transcripts," 6 Federal Discovery News, No. 5, at 13 (April 2000); and "The Civil Procedure Rules: No More Fishing Expeditions," 5 *Federal Discovery News*, No. 9, at 3 (August 1999). He was also co-author of "The Good, the Bad and the Unnecessary: Comments on the Proposed Changes to the Federal Civil Discovery Rules," 4 NYLitigator 30 (December 1998); co-author of "The Search for Reliable Expertise: Comments on Proposed Amendments to the Federal Rules of Evidence," 4 NYLitigator 24 (December 1998); co-editor of Federal Rules of Civil Procedure, 1993 Amendments, A Practical Guide, published by the New York State Bar Association; and a co-author of "Report on the Application of Statutes of Limitation in Federal Litigation," 53 Albany Law Review 3 (1988).

Mr. Arenson's pro bono activities include service as a mediator in the U.S. District Court

for the Southern District of New York.  In addition, he is an active alumnus of the Massachusetts Institute of Technology, having served as a member of the Corporation, a member of the Corporation Development Committee, vice president of the Association of Alumni/ae, and member of the Alumni/ae Fund Board (of which he was a past chair).

**Education:**
- S.B., Massachusetts Institute of Technology (1971)
- J.D., University of Chicago (1975)

**Bar Affiliations and Court Admissions:**
- Bar of the State of Illinois (1975)
- Bar of the State of New York (1978)
- U.S. Supreme Court
- U.S. Courts of Appeals for the Second and Seventh Circuits
- U.S. District Courts for the Northern and Central Districts of  Illinois, and the Southern and Eastern Districts of New York
- U.S. Tax Court

**Professional Affiliations:**
- New York State Bar Association, Federal Litigation Section, Committee on Federal Procedure  (Chairman since 1997)
- Association of the Bar of the City of New York
- American Bar Association
- Member, advisory board, Federal Discovery News (1999 – present)

Mr. Arenson can be reached by email at: GArenson@kaplanfox.com

**LINDA P. NUSSBAUM** joined Kaplan Fox in February 2007 as a partner.  She previously was the resident Partner of the New York City office of Cohen Milstein Hausfeld & Toll, P.L.L.C.

She is presently in a lead counsel position in a number of significant antitrust class actions pending throughout the United States including: In re Plastics Additives Antitrust Litigation (E.D., Pa); In re DDAVP Litigation (S.D.N.Y.); In re Ovcon Litigation (D.D.C.); In re Plavix Litigation (S.D. Oh.); In re Metoprolol Succinate Direct Purchaser Antitrust Litigation (U.S.D.C., Delaware); and Meijer, Inc. et al v. Braintree Laboratories (U.S.D.C. Delaware).

She has recently served as lead counsel in a number of antitrust class actions that have resolved favorably for the plaintiff class including In re Lozazepam nd Clorazepate Antitrust Litigation (D.D.C,) where, in approving the $35 million settlement, Chief Judge Hogan commented, "Obviously, the skill of the attorneys, and I'm not going to spend the time reviewing it, I'm familiar with counsel, and they, as I said, are among the best antitrust litigators in the country;" In re Relafen Antitrust Squibb Co. (D. Mass); and Oncology Radiation Associates, P.A. v. Bristol Myers Squibb Co. (D.D.C.) ($65 million settlement).

5

Ms. Nussbaum is a member of the American Law Institute. She has lectured at the ABA Antitrust Section Spring Meeting on several occasions, including the 2007 55th Annual Antitrust Law Spring Meeting, at the University of San Francisco Pharmaceutical Antitrust Seminar, and recently at the New York State Bar Antitrust Law Section Annual Meeting, Ms. Nussbaum is admitted to practice in New York and the District of Columbia.

**Education:**
- B.A., Brooklyn College (1974)
- J.D., George Washington University (1977)
- LL.M., Degree in Taxation from New York University School of Law (1984)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York (1974)
- Bar of the District of Columbia
- U.S. District Courts for the Southern, Eastern and Northern Districts of New York and the District of Columbia
- Supreme Court of the United States

**Professional Affiliations:**
- American Bar Association
- New York State Bar Association

Ms. Nussbaum can be reached by email at LNussbaum@kaplanfox.com

**RICHARD J. KILSHEIMER** first associated with Kaplan Fox in 1976 and became a partner in the firm in 1983. His practice is concentrated in the area of antitrust litigation, and he has played significant roles in several of the largest antitrust class actions in the country. He also practices in the areas of securities fraud and commercial litigation.

Prior to joining the firm, Mr. Kilsheimer served as law clerk to the Hon. Lloyd F. MacMahon (1975-76), formerly Chief Judge of the U.S. District Court for the Southern District of New York.

Mr. Kilsheimer is co-author of "Secondary Liability Developments," ABA Litigation Section, Subcommittee on Secondary Liability, 1991-1994.

**Education:**
- A.B., University of Notre Dame (1972)
- J.D., cum laude, St. John's University (1975)

**Bar Affiliations and Court Admissions:**
- State of New York (1976)
- U.S. Court of Appeals for the Second Circuit (1983)
- U.S. District Courts for the Southern and Eastern Districts of New York (1976) and the Northern District of Indiana (1987)

**Professional Affiliations:**
- Association of the Bar of the City of New York

- Federal Bar Council
- Committee to Support the Antitrust Laws
- Association of Trial Lawyers of America

Mr. Kilsheimer can be reached by email at: RKilsheimer@kaplanfox.com

**FREDERIC S. FOX**  first associated with Kaplan Fox in 1984, and became a partner in the firm in 1991. He has concentrated his work in the area of securities fraud litigation. Mr. Fox has played important roles in many major securities fraud cases. He was one of the lead trial lawyers in two recent securities class actions, one of which was the first case tried to verdict under the Private Securities Litigation Reform Act of 1995.

Mr. Fox is the author of "Current Issues and Strategies in Discovery in Securities Litigation," ATLA, 1989 Reference Material; "Securities Litigation: Updates and Strategies," ATLA, 1990 Reference Material; and "Contributory Trademark Infringement: The Legal Standard after *Inwood Laboratories, Inc. v. Ives Laboratories,*" University of Bridgeport Law Review, Vol. 4, No. 2.

During law school, Mr. Fox was the notes and comments editor of the University of Bridgeport Law Review.

**Education:**
- B.A., Queens College (1981)
- J.D., Bridgeport School of Law (1984)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York (1985)
- U.S. Courts of Appeals for the Fourth, Fifth, and Sixth Circuits
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional Affiliations:**
- American Bar Association
- Association of the Bar of the City of New York
- Association of Trial Lawyers of America (Chairman, Commercial Law Section, 1991-92)

Mr. Fox can be reached by email at: FFox@kaplanfox.com

**LAURENCE D. KING** first associated with Kaplan Fox in 1994 and became a partner in the firm in 1998. Mr. King, who practices in the areas of securities and consumer litigation, is a resident partner in the firm's San Francisco office. Mr. King has played a substantial role in cases that have resulted in some of the largest recoveries obtained by Kaplan Fox and was one of the lead trial lawyers in two recent securities class actions, one of which was the first case tried to verdict under the Private Securities Litigation Reform Act of 1995.

Prior to joining Kaplan Fox, Mr. King honed his litigation skills as an assistant district attorney for New York County, where he tried numerous felony prosecutions to a jury verdict.

7

**Education:**
- B.S., Wharton School of the University of Pennsylvania (1985)
- J.D., Fordham University School of Law (1988)

**Bar Affiliations and Court Admissions:**
- Bar of the State of Connecticut (1988)
- Bar of the State of New York (1989)
- Bar of the State of New Jersey (1993)
- Bar of the Commonwealth of Pennsylvania (1993)
- Bar of the State of California (2000)
- U.S. District Courts for the District of New Jersey, the Eastern District of Pennsylvania, the Southern and Eastern Districts of New York, and the Central District of California

**Professional Affiliations:**
- New York State Bar Association
- New Jersey State Bar Association
- San Francisco Bar Association
- American Bar Association

Mr. King can be reached by email at: LKing@kaplanfox.com

**JOEL B. STRAUSS** first associated with Kaplan Fox in 1992 and became a partner in the firm in 1999. He practices in the area of securities and consumer fraud class action litigation, with a special emphasis on accounting and auditing issues.

Prior to joining Kaplan Fox, Mr. Strauss served as a senior auditor with one of the former "Big Eight" accounting firms. Combining his accounting background and legal skills, he has played a critical role in successfully prosecuting numerous securities class actions across the country on behalf of shareholders. Mr. Strauss was one of the lead trial lawyers for the plaintiffs in the first case to go to trial and verdict under the Private Securities Litigation Reform Act of 1995.

Although currently practicing exclusively in the area of law, Mr. Strauss is a licensed Certified Public Accountant in the State of New York.

Mr. Strauss has also been a guest lecturer on the topics of securities litigation, auditors' liability and class actions for seminars sponsored by the Practicing Law Institute and the National Consumer Law Center.

**Education:**
- B.A., Yeshiva University (1986)
- J.D., Benjamin N. Cardozo School of Law (1992)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New Jersey
- Bar of the State of New York

8

- U.S. District Courts for the Southern and Eastern Districts of New York and the District of New Jersey
- U.S. Court of Appeals for the Third Circuit

**Professional Affiliations:**
- American Bar Association (member, Litigation Section, Rule 23 Subcommittee)
- Association of the Bar of the City of New York
- New York State Bar Association
- American Institute of Certified Public Accountants

Mr. Strauss can be reached by email at: JStrauss@kaplanfox.com

**HAE SUNG NAM** first associated with Kaplan Fox in 1999 and became a partner in the firm in 2005. She practices in the areas of securities and antitrust litigation.

Prior to joining the firm, Ms. Nam was an associate with Kronish Lieb Weiner & Hellman LLP, where she trained in corporate securities law and mergers and acquisitions. She also served as an intern for the U.S. Department of Justice, Antitrust Division.

During law school, Ms. Nam was a member of the George Washington University Law Review. She is the author of a case note, "Radio – Inconsistent Application Rule," 64 Geo. Wash. L. Rev. (1996).

**Education:**
- B.A., magna cum laude, Syracuse University (1994)
- J.D., with honors, George Washington University School of Law (1997)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York (1998)
- U.S. District Court for the Eastern District of Wisconsin

**Professional Affiliations:**
- New York State Bar Association
- American Bar Association

Ms. Nam can be reached by email at: HNam@kaplanfox.com

**DONALD R. HALL** first associated with Kaplan Fox in 1998 and became a partner in the firm in 2005. He practices in the areas of antitrust, securities, and civil litigation.

During law school, Mr. Hall was a member of the Fordham Urban Law Journal and a member of the Fordham Moot Court Board. He also participated in the Criminal Defense Clinic, representing criminal defendants in federal and New York State courts on a pro-bono basis.

**Education:**
- B.A., College of William and Mary (1995)
- J.D., Fordham University School of Law (1998)

**Bar Affiliations and Court Admissions:**
- Bar of the State of Connecticut (2001)

9

- Bar of the State of New York (2001)
- U.S. District Court for the Southern District of New York

**Professional Affiliations:**
- American Bar Association
- Association of Trial Lawyers of America
- New York State Bar Association

Mr. Hall can be reached by email at: DHall@kaplanfox.com

**JASON A. ZWEIG** joined Kaplan Fox in January of 2003 and became a partner in the firm in 2007. He practices in the areas of securities, antitrust, and other areas of civil litigation.

Prior to joining the firm, Mr. Zweig was an associate with Proskauer Rose LLP in New York where he practiced in all areas of civil and criminal litigation.

During law school, Mr. Zweig was Executive Editor for the Columbia Journal of Environmental Law.

**Education:**
- B.S., Indiana University (1995)
- J.D., Columbia University School of Law (1998)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York (1999)
- U.S. Dist. Court for the Southern District of New York (2000)
- U.S. Dist. Court for the Eastern District of New York (2000)
- United States Court of Appeals for the Third Circuit (2001)

**Professional Affiliations:**
- Association of the Bar of the City of New York

Mr. Zweig can be reached by email at: JZweig@kaplanfox.com

## ASSOCIATES

**CHRISTINE FOX** has been associated with Kaplan Fox since 1995. She practices in the areas of securities and antitrust litigation.

**Education:**
- B.S., Cornell University (1992)
- J.D., University of Michigan Law School (1994)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York (1995)
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional Affiliations:**
- American Bar Association
- New York State Bar Association

10

- New York County Lawyers Association
- Bar Association of the City of New York

Ms. Fox can be reached by email at: CFox@kaplanfox.com

**LORI S. BRODY** practices in the area of complex litigation. She first became associated with Kaplan Fox in 2001, and is resident in the firm's Los Angeles office.

**Education:**
- B.A, University of California, Berkeley (1987)
- J.D., University of California, Los Angeles (1990)

**Bar Affiliations and Court Admissions:**
- Bar of the State of California (1990)
- U.S. District Courts for the Northern, Central and Southern Districts of California

Ms. Brody can be reached by email at: LBrody@kaplanfox.com

**JEFFREY P. CAMPISI** became associated with Kaplan Fox in February 2004. He practices in the areas of securities, antitrust, and other areas of civil litigation.

Prior to joining the firm, Mr. Campisi served as law clerk to the Hon. Herbert J. Hutton. Also, Mr. Campisi was an associate with Dewey Ballantine LLP in New York where he practiced in all areas of civil litigation.

During law school, Mr. Campisi was a member of the Villanova Law Review.

**Education:**
- B.A., cum laude, Georgetown University (1996)
- J.D., summa cum laude, Villanova University School of Law (2000)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York (2001)
- U.S. Dist. Court for the Southern District of New York (2001)
- U.S. Dist. Court for the Eastern District of New York (2001)

**Professional Affiliations:**
- American Bar Association

Mr. Campisi can be reached by email at: JCampisi@kaplanfox.com

**LOUIS A. KESSLER** joined the firm's San Francisco office in 2005. Mr. Kessler focuses his practice on Antitrust, Securities Fraud and Consumer Fraud class actions. Prior to joining the Firm, Mr. Kessler was an associate at Much Shelist Freed Denenberg Ament & Rubenstein PC in Chicago, Illinois. He also has worked for the Enforcement Division of the United States Securities and Exchange Commission and for Equal Rights Advocates, a public interest law firm, in San Francisco.

**Education:**

- B.A., Physics and Philosophy, Amherst College (1997)
- J.D., The Law School, The University of Chicago (2002)

**Bar Affiliations and Court Admissions:**

- State Bar of Illinois (2002)
- United States District Court for the Northern District of Illinois (2002)
- United States District Court for the Eastern District of Wisconsin (2003)
- State Bar of California (pending)

**Professional Affiliations:**

- American Bar Association
- Chicago Bar Association

Mr. Kessler can be reached by email at: LKessler@kaplanfox.com

**WHITNEY E. STREET** became associated with Kaplan Fox in May 2006. She practices in the areas of securities, antitrust, and other areas of civil litigation. During law school, Ms. Street was a member of the Virginia Journal of Social Policy and the Law and the Virginia Journal of Law and Technology *and provided pro bono legal services to the Charlottesville community through the Legal Aid Justice Center.*
Prior to joining the firm, Ms. Street was an associate with Pillsbury Winthrop Shaw Pittman LLP in San Francisco where she practiced in all areas of civil litigation.

**Education:**

- B.A., Economics and English Literature, University of Virginia (1999)
- J.D., University of Virginia School of Law (2002)

**Bar Affiliations:**

- Bar of the State of California (2002)
- Bar of the State of Texas (2004)
- Bar of the State of New York, *admission pending*

Ms. Street can be reached by email at: WStreet@kaplanfox.com

**MELINDA RODON** has been associated with Kaplan Fox since September 2004. She practices in the areas of securities, antitrust, and other areas of civil litigation.

While attending law school, Ms. Rodon provided pro bono legal services to the Philadelphia community through the Civil Practice Clinic of the University of Pennsylvania Law School as well as the Homeless Advocacy Project. She also conducted pro bono legal research for the Southern Poverty Law Center.

**Education:**
- B.A., University of Missouri (2000)
- J.D., University of Pennsylvania Law School (2004)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York, *admission pending*

Ms. Rodon can be reached by email at: MRodon@kaplanfox.com

**AVIAH COHEN PIERSON** has been associated with Kaplan Fox since September 2005. She practices in the areas of antitrust, securities, and other areas of civil litigation. During law school, Ms. Pierson interned for Judge Mark D. Fox in the Southern District of New York. In addition, she was a member of the Fordham Law Review.

**Education:**
- B.A., summa cum laude, University of Pennsylvania (2000)
- J.D., Fordham University, School of Law (2005)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York (2006)
- U.S. District Courts for the Southern and Eastern Districts of New York

Ms. Pierson can be reached by email at: Acohenpierson@kaplanfox.com

**ELANA KATCHER** has been associated with Kaplan Fox since July 2007. She practices on complex commercial litigation.

**Education:**
- B.A. Oberlin College (1994)
- J.D., New York University (2003)

**Bar Affiliations and Court Admissions:**
- New York State Bar Association
- New York City Bar Association

Ms. Katcher can be reached by email at: ekatcher@kaplanfox.com

## OF COUNSEL

**W. MARK MCNAIR** practices in the area of securities litigation with a special emphasis on institutional investor involvement. He associated with the firm in 2003, and is resident in Washington, D.C. Prior to entering private practice, he was an attorney at the Securities and Exchange Commission and the Municipal Securities Rulemaking Board.

**Education:**
- B.A. with honors, University of Texas at Austin (1972)
- J.D. University of Texas at Austin (1975)
- L.L.M. (Securities) Georgetown University (1989)

13

Mr. McNair can be reached at MMcnair@kaplanfox.com

**LINDA M. FONG** practices in the areas of general business and consumer protection class action litigation. She has been associated with Kaplan Fox since 2001, and is resident in the firm's San Francisco office. Ms. Fong serves on the Board of the San Francisco Trial Lawyers Association and is active in its Women's Caucus.

**Education:**
- J.D., University of San Francisco School of Law (1985)
- B.S., with honors, University of California, Davis
- Elementary Teaching Credential, University of California, Berkeley

**Bar Affiliations and Court Admissions:**
- Bar of the State of California (1986)
- U.S. District Courts for the Northern and Eastern Districts of California
- U.S. Court of Appeals for the Ninth Circuit

**Professional Affiliations:**
- San Francisco Trial Lawyers Association
- Asian American Bar Association
- Bar Association of San Francisco
- Trial Lawyers for Public Justice
- Consumer Attorneys of California

**Awards:**
- Presidential Award of Merit
- Consumer Attorneys of California, 2000

Ms. Fong can be reached by email at: LFong@kaplanfox.com

**GARY L. SPECKS** practices primarily in the area of complex antitrust litigation. He has represented plaintiffs and class representatives at all levels of litigation, including appeals to the U.S. Courts of Appeals and the U.S. Supreme Court. In addition, Mr. Specks has represented clients in complex federal securities litigation, fraud litigation, civil RICO litigation, and a variety of commercial litigation matters. Mr. Specks is resident in the firm's Chicago office.

During 1983, Mr. Specks served as special assistant attorney general on antitrust matters to Hon. Neil F. Hartigan, then Attorney General of the State of Illinois.

**Education:**
- B.A., Northwestern University (1972)
- J.D., DePaul University College of Law (1975)

**Bar Affiliations and Court Admissions:**
- Bar of the State of Illinois (1975)
- U.S. Courts of Appeals for the Third, Fifth, Seventh, Ninth and Tenth Circuits
- U.S. District Court for the Northern District of Illinois, including Trial Bar

14

**Professional Affiliations:**
- ▪ American Bar Association
- ▪ Illinois Bar Association
- ▪ Chicago Bar Association

Mr. Specks can be reached by email at: GSpecks@kaplanfox.com

**WILLIAM J. PINILIS** practices in the areas of commercial, consumer and securities class action litigation.

He has been associated with Kaplan Fox since 1999, and is resident in the firm's New Jersey office.

In addition to his work at the firm, Mr. Pinilis has served as an adjunct professor at Seton Hall School of Law since 1995, and is a lecturer for the New Jersey Institute for Continuing Legal Education. He has lectured on consumer fraud litigation and regularly teaches the mandatory continuing legal education course Civil Trial Preparation.

Mr. Pinilis is the author of "Work-Product Privilege Doctrine Clarified," *New Jersey Lawyer*, Aug. 2, 1999; "Consumer Fraud Act Permits Private Enforcement," *New Jersey Law Journal*, Aug. 23, 1993; "Lawyer-Politicians Should Be Sanctioned for Jeering Judges," *New Jersey Law Journal*, July 1, 1996; "No Complaint, No Memo – No Whistle-Blower Suit," *New Jersey Law Journal*, Sept. 16, 1996; and "The *Lampf* Decision: An appropriate Period of Limitations?" *New Jersey Trial Lawyer*, May 1992.

**Education:**
- ▪ B.A., Hobart College (1989)
- ▪ J.D., Benjamin Cardozo School of Law (1992)

**Bar Affiliations and Court Admissions:**
- ▪ Bar of the State of New Jersey (1992)
- ▪ Bar of the State of New York (1993)
- ▪ U.S. District Courts for the District of New Jersey, and the Southern and Eastern Districts of New York

**Professional Affiliations:**
- ▪ Morris County Bar Association
- ▪ New Jersey Bar Association
- ▪ Graduate, Brennan Inn of Court

Mr. Pinilis can be reached by email at: WPinilis@kaplanfox.com

**CHARLES J. MOXLEY, JR.** Charles Moxley practices in the areas of securities, insurance, commercial, corporate, and general civil litigation, as well as performing arbitration and appellate work. He has been associated with Kaplan Fox since 1994.

Mr. Moxley started his career as an associate at Davis Polk & Wardwell, and thereafter was a member of several New York City law firms. He has also served as a law professor at St.

15

John's University School of Law and as an adjunct professor at New York Law School, teaching courses in the litigation area, including federal and New York practice, evidence, and professional responsibility. Mr. Moxley has been an arbitrator on numerous substantial arbitrations before the American Arbitration Association in the securities, contract, intellectual property, employment, construction, and other areas. He has also served extensively as a special master in New York Supreme Court.

He is the author of *International Law and Nuclear Weapons in the Post Cold War World* (Austin & Winfield, 2000) (with forewords by Robert S. McNamara, David W. Leebron, and Kosta Tsipis).

Mr. Moxley's pro bono activities include service as Chair of the Independent Judicial Screening Committee for the designation of candidates for New York City Civil Judge. He is also a member of the board of the Lawyers' Committee for Nuclear Policy and a former board member of the Lawyers Alliance for World Security. In addition, he has served as New York City Law Industry Chair for the March of Dimes Walkathon.

During law school, Mr. Moxley served as managing editor of the Columbia Journal of Transnational Law. He then served as law clerk to the Hon. Thomas F. Croake of the U.S. District Court for the Southern District of New York.

**Education:**
- B.A., Fordham University (1965)
- M.A., Fordham University (1966)
- J.D., Columbia University School of Law (1969)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York (1969)
- U.S. Supreme Court
- U.S. Courts of Appeals for the Second and Seventh Circuits
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional Affiliations:**
American Bar Association
- Association of the Bar of the City of New York
- New York State Bar Association
- New York County Lawyers Association

Mr. Moxley can be reached by email at: CMoxley@kaplanfox.com

**SUSAN R. SCHWAIGER** joined Kaplan Fox in February 2007. She practices in the area of antitrust law. Prior to joining the firm, Ms. Schwaiger was Of Counsel with Cohen, Milstein, Hausfeld & Toll, P.L.L.C. and Pomerantz Haudek Block Grossman & Gross LLP, practicing in the antitrust area, and an associate with Shearman & Sterling, where she practiced

in all areas of litigation.  During law school, Ms. Schwaiger was a member of the Brooklyn Law Review.

**Education:**
- B.S., University of Tennessee (1971)
- M.A., University of Kentucky (1973)
- J.D., Brooklyn Law School (1992)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York (1993)
- U.S. District Courts for the Southern, Eastern and Northern Districts of New York

**Professional Affiliations:**
- American Bar Association
- New York State Bar Association

Ms. Schwaiger can be reached by email at: SSchwaiger@kaplanfox.com