DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., ) | Civil Action No. 07-cv-7343 (HB) |
| ) | |
| Plaintiff, ) | Hon. Harold Baer, U.S.D.J. |
| ) | ECF CASE |
| v. ) | |
| ) | |
| SANOFI-AVENTIS, SANOFI-AVENTIS ) | |
| U.S., LLC and AVENTIS ) | |
| PHARMACEUTICALS INC., ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

Upon consideration of the parties' letter of February 13, 2008, memorializing their agreement that Defendant sanofi-aventis should be granted an extension of 7 days to serve its Rule 26(a) initial disclosures, and its responses to Louisiana Wholesale Drug Co., Inc.'s ("Plaintiff") First Set of Interrogatories and First Request for Production of Documents, it is this 13 day of February, 2008, hereby

ORDERED that sanofi-aventis has until February 20, 2008 to serve on the Plaintiff its Rule 26(a) initial disclosures, and its responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents.

_____
UNITED STATES DISTRICT JUDGE