UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., ) | Civil Action No. 07-cv-7343 (HB) |
| ) | |
| Plaintiff, ) | Hon. Harold Baer, U.S.D.J. |
| ) | |
| v. ) | |
| ) | |
| SANOFI-AVENTIS, SANOFI-AVENTIS ) | |
| U.S., LLC and AVENTIS ) | |
| PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel Joseph Hand, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Michelle K. Fischer
> Jones Day
> 901 Lakeside Avenue
> Cleveland, OH 44114
> Tel: 216-586-7096
> Fax: 216-579-0212

Ms. Fischer is a member in good standing of the Bar of State of Ohio and an inactive member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against Ms. Fischer in any State or Federal court.

- 2 -

Dated: February 12, 2008                    Respectfully submitted,

                                            /s/ Samuel Joseph Hand
                                            Samuel Joseph Hand
                                            S.D.N.Y. Bar No. SH-9275
                                            JONES DAY
                                            222 East 41st Street
                                            New York, New York  10017-6702
                                            Tel: 212-326-3939
                                            Fax: 212-755-7306

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., | ) ) ) | Civil Action No. 07-cv-7343 (HB) |
| Plaintiff, | ) ) | Hon. Harold Baer, U.S.D.J. |
| v. | ) ) ) | |
| SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC and AVENTIS PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

State of New York    )
                     )  ss:
County of New York   )

**AFFIDAVIT OF SAMUEL JOSEPH HAND IN SUPPORT OF
MOTION TO ADMIT COUNSEL PRO HAC VICE**

Samuel Joseph Hand, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Jones Day, counsel for Aventis Pharmaceuticals, Inc., sanofi-aventis, and sanofi-avents U.S., LLC ("Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Michelle K. Fischer as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this court.

3. I have known Ms. Fischer since 2008.

4. Ms. Fischer is a partner at Jones Day in Cleveland, Ohio.

5.   I have found Ms. Fischer to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.   Accordingly, I am pleased to move the admission of Ms. Fischer pro hac vice.

7.   I respectfully submit a proposed order granting the admission of Michelle K. Fischer pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michelle K. Fischer, pro hac vice, to represent Defendants in the above-captioned matter, be granted.

Dated: February 12, 2008

City, State:

Notarized:

*Kathleen Sullivan*

KATHLEEN SULLIVAN
Notary Public, State of New York
No. 01SU6069138
Qualified in Kings County
Commission Expires January 22, 20_10_

Respectfully submitted,

Samuel Joseph Hand
S.D.N.Y. Bar No. SH-9275

## CERTIFICATE OF SERVICE

I, Samuel Joseph Hand, certify that the foregoing Motion to Admit Counsel Pro Hac Vice was served on February 12, 2008, on the counsel listed below by first class mail:

| | |
|---|---|
| Bruce E. Gerstein<br>Barry S. Taus<br>Anne K. Fornecker<br>GARWIN GERSTEIN & FISHER LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Tel.:   212-398-0055<br>Fax:   212-764-6620 | Daniel Berger<br>Eric L. Cramer<br>David F. Sorensen<br>Peter Russell Kohn<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel.: 1-800-424-6690<br>Fax: 215-875-4604 |
| Richard Jo Kilsheimer<br>Linda Nussbaum<br>KAPLAN FOX & KILSHEIMER, LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Tel.: 212-687-1980<br>Fax: 212-687-7714 | Adam Moskowitz<br>Thomas A. Tucker Ronzetti<br>KOZYAK TROPIN & THROCKMORTON<br>2525 Ponce De Leon Blvd, 9th Floor<br>Miami, FL 33134<br>Tel.:   305-372-1800<br>Fax:   305-372-3508 |
| John Gregory Odom<br>Stuart E. Des Roches<br>Charles Ferrier Zimmer, II<br>ODOM & DES ROCHES, LLP<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA 70130<br>Tel.:   504-522-0077<br>Fax:   504-522-0078 | David P. Smith<br>W. Ross Foote<br>PERCY, SMITH & FOOTE LLP<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA 71309<br>Tel: 318-445-4480<br>Fax: 318-487-1741 |
| Brent Barriere<br>Susie Morgan<br>PHELPS DUNBAR<br>Canal Place, Suite 2000<br>365 Canal Street<br>New Orleans, LA 70130 | |

/s/ _____
Attorney for Defendant
Aventis Pharmaceuticals, Inc.

# The Supreme Court of Ohio

C E R T I F I C A T E

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Michelle Karen Fischer

was admitted to the practice of law in Ohio on November 06, 1989; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 4th day of February, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MICHELLE K. FISCHER

was on the  8th  day of  April, 1991  duly qualified and admitted as an attorney and counselor. This attorney is, on the date indicated below, voluntarily registered as an inactive member in good standing of the District of Columbia Bar and, therefore, is not currently eligible to practice law in the District of Columbia.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 4, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

**Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANOFI-AVENTIS, SANOFI-AVENTIS ) <br> U.S., LLC and AVENTIS ) <br> PHARMACEUTICALS, INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-cv-7343 (HB) <br><br> Hon. Harold Baer, U.S.D.J. |

**ORDER FOR ADMISSION PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Samuel Joseph Hand, attorney for Aventis Pharmaceuticals, Inc., sanofi-aventis, and sanofi-aventis U.S., LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Michelle K. Fischer
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Tel: 216-586-7096
Fax: 216-579-0212

is admitted to practice pro hac vice as counsel for Aventis Pharmaceuticals, Inc., sanofi-aventis, and sanofi-aventis U.S., LLC, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
New York, New York

                                                      _____
                                                      United States District Judge