UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC, and AVENTIS PHARMACEUTICALS INC.,<br><br>Defendants. | Civil No. 07-cv-7343 (HB)<br><br>Hon. Harold Baer, U.S.D.J.<br>ECF Case |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), and the Agreement between Plaintiff Louisiana Wholesale Drug Co., Inc. ("Louisiana Wholesale") and Defendants sanofi-aventis, sanofi-aventis us llc, and Aventis Pharmaceuticals, Inc., dated February 19, 2008, Louisiana Wholesale hereby dismisses Defendant sanofi-aventis from this action without prejudice.

Dated: February 19, 2008

By: /s/ Anne K. Fornecker
GARWIN GERSTEIN & FISHER LLP
Bruce E. Gerstein
Barry S. Taus
Anne K. Fornecker (AF-2073)
1501 Broadway, Suite 1416
New York, NY  10011
Tel.: 212-398-0055
Fax: 212-764-6620

KAPLAN, FOX & KILSHEIMER, LLP
Richard Kilsheimer
Linda Nussbaum
850 Third Avenue, 14th Floor
New York, NY  10022
Tel:  (212) 687-1980

ODOM & DES ROCHES, LLP
John Gregory Odom
Stuart E. Des Roches
Charles F. Zimmer, II
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA  70130
Tel.: 504-522-0077
Fax: 504-522-0078

PERCY, SMITH & FOOTE, LLP
David P. Smith
W. Ross Foote
Susan C. Segura
720 Murray Street
P.O. Box 1632
Alexandria, LA  71309-1632
Tel.: 318-445-4480
Fax: 318-487-1741

BERGER & MONTAGUE, P.C.
Daniel Berger
David F. Sorensen
Peter Russell Kohn
1622 Locust Street
Philadelphia, PA  19103
Tel.: 1-800-424-6690
Fax: 215-875-4604

KOZYAK, TROPIN & THROCKMORTON
Adam Moskowiz
Tucker Ronzetti
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL  33134
Tel.: 305-372-1800

PHELPS DUNBAR
Brent Barriere
Susie Morgan
Canal Place, Suite 2000
365 Canal Street
New Orleans, LA 70130-6534
Tel.: 504-568-1311
Fax: 504-568-9130

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc.*

## CERTIFICATE OF SERVICE

I, Anne K. Fornecker, do hereby certify that on February 19, 2008, I served the foregoing NOTICE OF VOLUNTARY DISMISSAL on the following attorneys, in the manner specified below:

*Via ECF Filing*

JONES DAY
Julia E. McEvoy
Christopher R. Farrell
Rosanna K. McCalips
51 Louisiana Avenue, NW
Washington DC  20001
Tel: 202-879-3939
Fax: 202-626-1700
jmcevoy@jonesday.com
crfarrell@jonesday.com
rkmccalips@jonesday.com

JONES DAY
Samuel Joseph Hand
222 East 41st Street
New York, New York  10017-6702
Tel: 212-326-3939
Fax: 212-755-7306
jhand@jonesday.com

*Attorneys for Defendants sanofi-aventis, sanofi-aventis u.s. llc, and Aventis Pharmaceuticals, Inc.*

KAPLAN, FOX & KILSHEIMER, LLP
Linda Nussbaum
Richard Kilsheimer
850 Third Avenue, 14th Floor
New York, NY  10022
Tel:  (212) 687-1980
rkilsheimer@kaplanfox.com
lnussbaum@kaplanfox.com

KOZYAK, TROPIN & THROCKMORTON
Adam Moskowiz
Tucker Ronzetti

4

2525 Ponce de Leon Blvd., 9th Floor
Miami, FL  33134
Tel:  (305) 372-1800
amm@kttlaw.com
tr@kttlaw.com

ODOM & DES ROCHES, LLP
John Gregory Odom
Stuart E. Des Roches
Charles F. Zimmer, II
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA  70130
Tel:  (504) 522-0077
Fax:  (504) 522-0078
stuart@odrlaw.com
czimmer@odrlaw.com

BERGER & MONTAGUE, P.C.
Daniel Berger
David F. Sorensen
Peter R. Kohn
1622 Locust Street
Philadelphia, PA  19103
Tel: 1-800-424-6690
Fax:  (215) 875-4604
dsoresen@bm.net
pkohn@bm.net

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc.*

*Via Electronic Mail:*

PERCY, SMITH & FOOTE, LLP
W. Ross Foote
Susan C. Segura
720 Murray Street
P.O. Box 1632
Alexandria, LA  71309-1632
Tel:  (318) 445-4480
Fax:  (318) 487-1741
rfoote@psfllp.com
ssegura@psfllp.com

5

PHELPS DUNBAR
Brent Barriere
Susie Morgan
Canal Place, Suite 2000
365 Canal Street
New Orleans, LA  70130-6534
Tel: 504-568-1311
Fax: 568-9130
susie.morgan@phelps.com

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc.*

/s/ Anne Fornecker  _____
ANNE K. FORNECKER (AF-2073)
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, New York 10036
(Tel): 212-398-0055
(Fax): 212-764-6620
afornecker@garwingerstein.com