FEB 15 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.


SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., | ) | Civil Action No. 07-cv-7343 (HB) |
| Plaintiff, | ) | Hon. Harold Baer, U.S.D.J. |
| v. | ) |  |
| SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC and AVENTIS PHARMACEUTICALS, INC., | ) |  |
| Defendants. | ) |  |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel Joseph Hand, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Michelle K. Fischer
> Jones Day
> 901 Lakeside Avenue
> Cleveland, OH 44114
> Tel: 216-586-7096
> Fax: 216-579-0212

Ms. Fischer is a member in good standing of the Bar of State of Ohio and an inactive member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against Ms. Fischer in any State or Federal court.

Dated: February 12, 2008                                     Respectfully submitted,

                                                             /s/ Samuel Joseph Hand
                                                             Samuel Joseph Hand
                                                             S.D.N.Y. Bar No. SH-9275
                                                             JONES DAY
                                                             222 East 41st Street
                                                             New York, New York  10017-6702
                                                             Tel: 212-326-3939
                                                             Fax: 212-755-7306

Application for Pro Hac Vice GRANTED. The Clerk is Instructed to close this motion.

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: 2/25/08

- 2 -