UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., On Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC, and AVENTIS PHARMACEUTICALS INC., <br><br> Defendants. | Civil No. 07-cv-7343 (HB) <br><br> Hon. Harold Baer, U.S.D.J. <br> ECF Case |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), and the Agreement between Plaintiff Louisiana Wholesale Drug Co., Inc. ("Louisiana Wholesale") and Defendants sanofi-aventis, sanofi-aventis us llc, and Aventis Pharmaceuticals, Inc., dated February 19, 2008, Louisiana Wholesale hereby dismisses Defendant sanofi-aventis from this action without prejudice.

Dated: February 19, 2008

By: _____
GARWIN GERSTEIN & FISHER LLP
Bruce E. Gerstein
Barry S. Taus
Anne K. Fornecker (AF-2073)
1501 Broadway, Suite 1416
New York, NY 10011
Tel.: 212-398-0055
Fax: 212-764-6620

SO ORDERED:
_____ 2/25/08
U.S.D.J.