# JONES DAY



51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

Direct Number: (202) 879-3898
rkmccalips@jonesday.com

JP002338:RKM                                     February 25, 2008
078907-665002

**BY FACSIMILE**

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1370
New York, New York 10007-1312
Fax: (212) 805-7933

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/08

>      Re:   ***Louisiana Wholesale Drug Co., Inc. v. Sanofi-Aventis, et al.,***
>            **U.S.D.C. S.D.N.Y., Case No. 07 CV 7343 (HB)**

Dear Judge Peck:

  I write on behalf of the defendants in the above-captioned case (collectively, "Aventis")—and with the consent of plaintiff Louisiana Wholesale Drug Co., Inc.—to request an adjournment of the Status Conference currently scheduled for Wednesday February 27, 2008, at 9:30 a.m.

  As discussed in my letter to Your Honor dated February 21, 2008, a discovery dispute regarding Louisiana Wholesale's responses to Aventis' discovery requests has arisen. In order to afford Louisiana Wholesale an opportunity to respond to that letter, and to avoid submitting this issue to Your Honor before it has been fully briefed, we request that the Status Conference be rescheduled for Tuesday March 4, 2008, at 2:00 p.m., or at another time that afternoon that is convenient for Your Honor.

MEMO ENDORSED 2/25/08

*Conf adjourned to 2/27 to
3/4 at 2pm of the parts'
request.*

                                                Sincerely,

SO ORDERED                                      *Rosanna K. McCalips*

                                                Rosanna K. McCalips

Hon. Andrew Jay Peck
United States Magistrate Judge

# BY FAX

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

**JONES DAY**

Honorable Andrew J. Peck
February 25, 2008
Page 2

cc:     (via electronic mail)

    Bruce E. Gerstein, Esq.
    Barry S. Taus, Esq.
    Anne Kristin Fornecker, Esq.
    Garwin Gerstein & Fisher, L.L.P.
    1501 Broadway Suite 1416
    New York, NY 10036
    Tel: (212) 398-0055
    Fax: (212) 764-6620
    bgerstein@garwingerstein.com
    btaus@garwingerstein.com
    afornecker@garwingerstein.com

    *Lead Counsel for Plaintiff*
    *Louisiana Wholesale Drug Co., Inc.*

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

**Southern District of New York**
**United States Courthouse**
**500 Pearl Street, Room 1370**
**New York, N.Y. 10007-1312**

Fax No.:           (212) 805-7933
Telephone No.:   (212) 805-0036

<u>Dated:</u>   <u>February 25, 2008</u>                    <u>Total Number of Pages:</u>  <u>3</u>

| TO | FAX NUMBER |
|---|---|
| Anne K. Fornecker, Esq.<br>Barry S. Taus, Esq.<br>Bruce E. Gerstein, Esq. | 212-764-6620 |
| Rosanna K. McCalips, Esq. | 202-626-1700 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 2/25/08**

**Conf. adjourned from 2/27 to 3/4 at 2 PM at the parties' request.**

**Copy to:    Judge Harold Baer, Jr.**