**JONES DAY**

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

Direct Number: (202) 879-3898
rkmccalips@jonesday.com

JP002338:RKM
078907-665002

February 25, 2008

**BY FACSIMILE**

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1370
New York, New York 10007-1312
Fax: (212) 805-7933

Re: *Louisiana Wholesale Drug Co., Inc. v. Sanofi-Aventis, et al.*,
U.S.D.C. S.D.N.Y., Case No. 07 CV 7343 (HB)

Dear Judge Peck:

I write on behalf of the defendants in the above-captioned case (collectively, "Aventis")—and with the consent of plaintiff Louisiana Wholesale Drug Co., Inc.—to request an adjournment of the Status Conference currently scheduled for Wednesday February 27, 2008, at 9:30 a.m.

As discussed in my letter to Your Honor dated February 21, 2008, a discovery dispute regarding Louisiana Wholesale's responses to Aventis' discovery requests has arisen. In order to afford Louisiana Wholesale an opportunity to respond to that letter, and to avoid submitting this issue to Your Honor before it has been fully briefed, we request that the Status Conference be rescheduled for Tuesday March 4, 2008, at 2:00 p.m., or at another time that afternoon that is convenient for Your Honor.

**MEMO ENDORSED** 2/25/08

[handwritten: Conf adjourned for 2/27 to 3/4 at 2PM for parties]

Sincerely,

Rosanna K. McCalips

Rosanna K. McCalips

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

Honorable Andrew J. Peck
February 25, 2008
Page 2

cc:     (via electronic mail)

Bruce E. Gerstein, Esq.
Barry S. Taus, Esq.
Anne Kristin Fornecker, Esq.
Garwin Gerstein & Fisher, L.L.P.
1501 Broadway Suite 1416
New York, NY 10036
Tel: (212) 398-0055
Fax: (212) 764-6620
bgerstein@garwingerstein.com
btaus@garwingerstein.com
afornecker@garwingerstein.com

*Lead Counsel for Plaintiff
Louisiana Wholesale Drug Co., Inc.*

> [Handwritten note:] I will permit the adjournment but if you believe a magistrate judge with resolve this matter — we can talk about that + any information you may have about future discovery disputes March 4 at 2 PM
>
> [Signed] Harold Baer, Jr., U.S.D.J.
> 2/29/08

Endorsement:

    I will permit the adjournment but if you believe a Magistrate Judge can resolve the matter we can talk about that and any premonition you may have about future discovery disputes March 4 at 2 PM