UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LOUISIANA WHOLESALE DRUG CO., INC., et al., :

        Plaintiffs,                       :       07 Civ. 7343 (HB) (AJP)

        -against-                        :       **ORDER**

SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC :
& AVENTIS PHARMACEUTICALS, INC.,
                                    :
        Defendants.
                                    :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

       As agreed to by the parties at today's "emergency" telephone conference, the schedule is revised as follows:

       1.     Fact discovery cutoff – now May 23, 2008.

       2.     Expert discovery cutoff – now July 18, 2008, and expert reports are due as follows:

              a.     opening expert reports – June 6, 2008

              b.     opposition expert reports – July 2, 2008

              c.     reply expert reports – July 18, 2008

C:\OPIN\

3. The parties explicitly agreed that they will not ask for any further extension of the expert discovery period that would jeopardize the August 1, 2008 deadline (unchanged) for filing summary judgment motions.

4. All other deadlines remain unchanged.

SO ORDERED.

Dated: New York, New York
March 7, 2008

**Andrew J. Peck**
United States Magistrate Judge

Copies **by fax & ECF** to:  Anne K. Fornecker, Esq.
Julia E. McEvoy, Esq.
Judge Harold Baer, Jr.

C:\OPIN\