# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700



RECEIVED
MAR 26 2008
CHAMBERS OF
ANDREW J. PECK

Direct Number: (202) 879-7632
crfarrell@jonesday.com

March 26, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 3/27/08

<u>VIA FACSIMILE (212) 805-7933</u>

Hon. Andrew J. Peck
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1370
New York, NY 10007

Re:   <u>Louisiana Wholesale v. sanofi-aventis, et al.</u>, No. 07-cv-7343 (HB) (AJP)

Dear Judge Peck:

I write on behalf of defendants sanofi-aventis u.s. llc and Aventis Pharmaceuticals, Inc. – and with the consent of plaintiff Louisiana Wholesale Drug Co, Inc.– to inform the Court that the parties in the above-captioned litigation agree that there are presently no disputes between them requiring Your Honor's attention. The parties therefore request an adjournment of the status conference currently scheduled for this Friday, March 28, 2008, at 9:30 a.m. The parties further request that the conference be rescheduled for April 14, 15 or 18, at a time that is convenient for Your Honor.

Very truly yours,

Christopher R. Farrell

cc (via facsimile):

Barry S. Taus, Esq.
Anne K. Fornecker, Esq.
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, NY 10036
Tel: (212) 398-0055
Fax: (212) 764-6620
<i>Counsel for Plaintiff Louisiana Wholesale Drug Co., Inc.</i>

**BY FAX**

**MEMO ENDORSED** 3/26/08

Conference adjourned to 4/15 at 10 AM

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** March 27, 2008                                **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Anne K. Fornecker, Esq. | 212-764-6620 |
| Christopher R. Farrell, Esq. | 202-626-1700 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 3/27/08**

Conf. adjourned at the parties' request to **4/15 at 10 AM**.

Copy to:   Judge Harold Baer, Jr.