USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/7/08

## JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

Direct Number: (202) 879-3698
rkmccallpe@jonesday.com

JP002338:RKM
078907-665002

March 5, 2008

VIA ELECTRONIC MAIL

Daniel G. Brown, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
NY, NY 10151
Tel: (212) 588-0800
dbrown@flhlaw.com

Anne K. Fornecker, Esq.
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, NY 10036
Tel: (212) 398-0055
afornecker@garwingerstein.com

MEMO ENDORSED 4/7/08
Approved, on consent.

SO ORDERED:

Hon. Andrew J. Peck
United States Magistrate Judge



Re: *Louisiana Wholesale Drug Co., Inc. v. Sanofi-Aventis, et al.*,
U.S.D.C. S.D.N.Y., Case No. 07 CV 7343 (HB)- Amendment to Stipulated
Protective Order to Govern Abbreviated New Drug Application Produced
by Third Party Kali Laboratories, Inc.

Dear Counsel:

The undersigned, counsel for Defendants sanofi-aventis us llc and Aventis Pharmaceuticals, Inc., counsel for Plaintiff Louisiana Wholesale Drug Co., Inc., and counsel for third party Kali Laboratories, Inc. hereby agree that paragraph 5 of the Stipulated Protective Order entered by Judge Harold Baer, Jr. on November 5, 2007, is amended as follows:

With respect to Kali's Abbreviated New Drug Application ("ANDA") and correspondence with the FDA regarding the ANDA to be produced by Kali Laboratories, paragraph 5 of the Stipulated Protective Order shall be deleted and shall be replaced with the following paragraph:

1. Information designated as HIGHLY CONFIDENTIAL may be disclosed by the receiving party only to the following persons:

    a. outside counsel representing a named party in the Action, including all paralegal assistants, stenographic and clerical employees working under the supervision of such

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Daniel G. Brown
Anne Fornecker
March 5, 2008
Page 2

counsel, as well as court reporters, interpreters, translators, copy services and database/coding services retained by counsel.

  b. any expert as well as all assistants, stenographic and clerical employees working under the supervision of such expert who (i) is retained by any attorney described in paragraph 5(a) to assist in the Action, and (ii) is not a current employee of a party or a subsidiary or affiliate of a party;

  c. (i) a person who prepared, received, reviewed, or otherwise had been provided access to the HIGHLY CONFIDENTIAL material prior to its production in the Action; (ii) a current employee of the Producing Party; or (iii) witnesses as to whom the examining counsel has a good faith belief that said witnesses have relevant information regarding the HIGHLY CONFIDENTIAL material that was not obtained in violation of this Protective Order, provided that such witness is not a current employee, consultant, or agent of a party to this Action, or of any other competitor of third party Kali Laboratories, Inc. or its affiliates, and such witness has complied with the procedures specified in paragraph 6; and

  d. the Court. Submission of CONFIDENTIAL or HIGHLY CONFIDENTIAL information to the Court shall be made under seal if permission to do so is granted by the Court pursuant to paragraph 12 of this Order.

  e. It is further provided that (i) a prospective class representative's inability to see or know of HIGHLY CONFIDENTIAL information will not be used as the basis for any class certification argument or challenge; (b) the foregoing shall not limit Plaintiff's Counsels' ability to discuss damages information or calculations with such class representative so long as Counsel do not reveal or disclose any HIGHLY CONFIDENTIAL information which was a basis or factor underlying such damages information or calculations; and (c) the foregoing does not limit Defendants' Counsel's ability to discuss alleged damages information or calculations with Defendants' General Counsel or any in-house counsel, so long as Defendants' Counsel do not reveal or disclose any HIGHLY CONFIDENTIAL information which was a basis or factor underlying such alleged damages information or calculations.

The undersigned further agree that documents produced by Kali Laboratories, Inc. will not be disclosed to any other party or third-party in this Action without their express assent to the changes to paragraph 5 listed above.

JONES DAY

Daniel G. Brown
Anne Fornecker
March 5, 2008
Page 3

_____
Rosanna K. McCalips
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C. 20001

*Counsel for Defendants sanofi aventis us llc
and Aventis Pharmaceuticals, Inc.*

_____
Anne Fornecker
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, N.Y. 10036

*Counsel for Plaintiff Louisiana
Wholesale Drug Co., Inc.*

_____
Daniel G. Brown, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
NY, NY 10151

*Counsel for Third Party
Kali Laboratories, Inc.*

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:      (212) 805-7933
Telephone No.:   (212) 805-0036

Dated:   April 7, 2008                     Total Number of Pages:  4

| TO | FAX NUMBER |
|---|---|
| Anne K. Fornecker, Esq. | 212-764-6620 |
| Rosanna K. McCalips, Esq. | 202-626-1700 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 4/7/08**

Approved, on consent.


Copy to:   Judge Harold Baer, Jr.