USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 4/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

                Plaintiffs,

v.

SANOFI-AVENTIS, SANOFI-AVENTIS U.S.
LLC, and AVENTIS PHARMACEUTICALS,
INC.,

                Defendants.

Civil Action No. 07-cv-7343 (HB)(AJP)

Hon. Harold Baer, U.S.D.J.
ECF Case

---

## STIPULATION & ORDER

Whereas the parties entered into an Amendment to the Stipulated Protective Order to Govern Documents Produced by Third Party Apotex, Inc. dated January 16, 2008, and signed by the Court on January 31, 2008 (Doc. #78) (the "Amendment");

Whereas the Amendment erroneously makes reference to Apotex Inc., but should have instead made reference instead solely to Apotex Corp.;

Whereas only Apotex Corp., not Apotex Inc., has been served with a subpoena in this matter;

NOW THEREFORE, it is hereby STIPULATED and AGREED by and among the parties that references in the Amendment to Apotex Inc. shall be deemed to refer solely to Apotex Corp.

SO ORDERED:

_____
Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

IT IS SO STIPULATED.

Dated: April 7, 2008

*Rosanna K. McCalips* (signature)
Rosanna K. McCalips
Jones Day
51 Louisiana Ave., N.W.
Washington D.C. 20001-2113

*Counsel for Defendants*
*Sanofi-Aventis U.S., LLC and*
*Aventis Pharmaceuticals, Inc.*

(signature)
Anne Fornecker
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, New York 10036

*Counsel for Plaintiff Louisiana*
*Wholesale Drug Co., Inc.*

2