**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., et al. : | Civil Action No. 07 CIV 7343 (HB) |
| : | Hon. Harold Baer, U.S.D.J. |
| v. : | ECF Case |
| : | |
| SANOFI-AVENTIS US LLC and : | |
| AVENTIS PHARMACEUTICALS, INC. : | |

**NOTICE OF PLAINTIFF'S MOTION FOR APPROVAL OF**
**NOTICE TO THE CERTIFIED CLASS**

**PLEASE TAKE NOTICE** that, upon the form of Notice attached hereto as Exhibit "A," and Plaintiff's Memorandum of Law in Support of Motion for Approval of Notice to the Certified Class submitted herewith, plaintiff Louisiana Wholesale Drug Co., Inc. ("LWD") hereby moves this Court, at the United States District Courthouse, 500 Pearl Street, New York, New York, before the Honorable Harold Baer, for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure, substantially in the form proposed herewith, directing that the form of notice attached hereto as Exhibit "A" be mailed to members of the class, which was certified by this Court by Order dated April 8, 2008 (Doc. #109), on or before May 1, 2008 and otherwise in accordance with ¶ 10 of Doc. #109 and Federal Rule of Civil Procedure 23(c)(2)(B).

**WHEREFORE,** LWD respectfully requests that the Court enter the Order proposed, directing that the form of notice attached as Exhibit "A" be mailed to class members.

**WHEREFORE**, Defendants sanofi-aventis us llc and Aventis Pharmaceuticals, Inc. do not object to the proposed Order or the form of notice attached as Exhibit "A."

//

//

Dated: April 16, 2008

Respectfully submitted,

By: /s/ Anne K. Fornecker

| | |
|---|---|
| On the Brief: | Bruce E. Gerstein |
| Daniel Berger | Barry S. Taus |
| David F. Sorensen | Anne K. Fornecker |
| Peter Kohn | **GARWIN GERSTEIN & FISHER LLP** |
| **BERGER & MONTAGUE, P.C.** | 1501 Broadway, Suite 1416 |
| 1622 Locust Street | New York, NY 10036 |
| Philadelphia, PA 19103 | (212) 398-0055 |
| (215) 875-3000 | |

*Counsel for Louisiana Wholesale Drug Co., Inc. and the Class*

*Lead Counsel for Louisiana Wholesale Drug Co., Inc. and the Class*

| | |
|---|---|
| John Gregory Odom | David P. Smith |
| Stuart Des Roches | W. Ross Foote |
| Charles F. Zimmer II | **PERCY, SMITH & FOOTE, LLP** |
| **ODOM & DES ROCHES, LLP** | 720 Murray Street |
| Suite 2020, Poydras Center | P.O. Box. 1632 |
| 650 Poydras Street | Alexandria, LA 71309 |
| New Orleans, LA 70130 | (318) 445-4480 |
| (504) 522-0077 | |
| | |
| Adam Moskowitz | Richard Kilsheimer |
| Tucker Ronzetti | Linda Nussbaum |
| **KOZYAK TROPIN & THROCKMORTON** | **KAPLAN FOX & KILSHEIMER LLP** |
| 2525 Ponce de Leon Blvd, 9th Fl. | 850 Third Avenue, 14th Floor |
| Miami, FL 33134 | New York, NY 10022 |
| (305) 372-1800 | (212) 687-1980 |
| | |
| Brent Barriere | |
| Susie Morgan | |
| **PHELPS DUNBAR** | |
| Canal Place, Suite 2000 | |
| 365 Canal Street | *Counsel for Louisiana Wholesale Drug Co.,* |
| New Orleans, LA 70130-6534 | *Inc. and the Class* |