UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., | Civil Action No. 07-cv-7343 (HB) |
| Plaintiff, | Hon. Harold Baer, U.S.D.J. |
| v. | |
| SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC and AVENTIS PHARMACEUTICALS, INC., | |
| Defendants. | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel Joseph Hand, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Brian K. Grube
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
Tel: 216-586-7096
Fax: 216-579-0212

Mr. Grube is a member in good standing of the Bar of State of Ohio and a member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against Mr. Grube in any State or Federal court.

- 2 -

Dated: April 24, 2008

Respectfully submitted,

*/s/ Samuel Joseph Hand*
_____
Samuel Joseph Hand
S.D.N.Y. Bar No. SH-9275
JONES DAY
222 East 41st Street
New York, New York  10017-6702
Tel: 212-326-3939
Fax: 212-755-7306

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., | ) | Civil Action No. 07-cv-7343 (HB) |
| Plaintiff, | ) | Hon. Harold Baer, U.S.D.J. |
| v. | ) | |
| SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC and AVENTIS PHARMACEUTICALS, INC., | ) | |
| Defendants. | ) | |

State of New York    )
                     ) ss:
County of New York   )

**AFFIDAVIT OF SAMUEL JOSEPH HAND IN SUPPORT OF
MOTION TO ADMIT COUNSEL PRO HAC VICE**

Samuel Joseph Hand, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Jones Day, counsel for Aventis Pharmaceuticals, Inc., sanofi-aventis, and sanofi-avents U.S., LLC ("Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Brian K. Grube as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this court.

3. I have known Mr. Grube since 2008.

4. Mr. Grube is a counsel at Jones Day in Cleveland, Ohio.

5.  I have found Mr. Grube to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Mr. Grube pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Brian K. Grube pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Brian K. Grube, pro hac vice, to represent Defendants in the above-captioned matter, be granted.

Dated: April 24, 2008

City, State:

Notarized:

Respectfully submitted,

_____
Samuel Joseph Hand
S.D.N.Y. Bar No. SH-9275

*[signature: Kelly A. Koley]*
*April 24th 2008*

KELLY A. KOLEY
Notary Public, State of New York
No. 01KO5031022
Qualified in New York County
Commission Expires July 25, 2010

- 2 -

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., ) | Civil Action No. 07-cv-7343 (HB) |
| ) | |
| Plaintiff, ) | Hon. Harold Baer, U.S.D.J. |
| ) | |
| v. ) | |
| ) | |
| SANOFI-AVENTIS, SANOFI-AVENTIS ) | |
| U.S., LLC and AVENTIS ) | |
| PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER FOR ADMISSION PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Samuel Joseph Hand, attorney for Aventis Pharmaceuticals, Inc., sanofi-aventis, and sanofi-aventis U.S., LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Brian K. Grube
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Tel: 216-586-7096
Fax: 216-579-0212

is admitted to practice pro hac vice as counsel for Aventis Pharmaceuticals, Inc., sanofi-aventis, and sanofi-aventis U.S., LLC, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
New York, New York

_____
United States District Judge



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

BRIAN K. GRUBE

was on the 1ST day of OCTOBER, 1999, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 11, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

                    Brian Keith Grube

was admitted to the practice of law in Ohio on November 10, 1997; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

                      IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 15th day of April, 2008.

                      SUSAN B. CHRISTOFF
                      *Director, Attorney Services Division*

                      *Attorney Registration Specialist*

## CERTIFICATE OF SERVICE

I, Samuel Joseph Hand, certify that the foregoing Motion to Admit Counsel Pro Hac Vice was served on April 24, 2008, on the counsel listed below by first class mail:

| | |
|---|---|
| Bruce E. Gerstein<br>Barry S. Taus<br>Anne K. Fornecker<br>GARWIN GERSTEIN & FISHER LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Tel.:   212-398-0055<br>Fax:    212-764-6620 | Daniel Berger<br>Eric L. Cramer<br>David F. Sorensen<br>Peter Russell Kohn<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel.: 1-800-424-6690<br>Fax: 215-875-4604 |
| Richard Jo Kilsheimer<br>Linda Nussbaum<br>KAPLAN FOX & KILSHEIMER, LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Tel.: 212-687-1980<br>Fax: 212-687-7714 | Adam Moskowitz<br>Thomas A. Tucker Ronzetti<br>KOZYAK TROPIN & THROCKMORTON<br>2525 Ponce De Leon Blvd, 9th Floor<br>Miami, FL 33134<br>Tel.:   305-372-1800<br>Fax:    305-372-3508 |
| John Gregory Odom<br>Stuart E. Des Roches<br>Charles Ferrier Zimmer, II<br>ODOM & DES ROCHES, LLP<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA 70130<br>Tel.:   504-522-0077<br>Fax:    504-522-0078 | David P. Smith<br>W. Ross Foote<br>PERCY, SMITH & FOOTE LLP<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA 71309<br>Tel: 318-445-4480<br>Fax: 318-487-1741 |
| Brent Barriere<br>Susie Morgan<br>PHELPS DUNBAR<br>Canal Place, Suite 2000<br>365 Canal Street<br>New Orleans, LA 70130 | |

_____
Attorney for Defendant
Aventis Pharmaceuticals, Inc.