ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., et al. | Civil Action No. 07 CIV 7343 (HB) |
| v. | Hon. Harold Baer, U.S.D.J.<br>ECF Case |
| SANOFI-AVENTIS US LLC and AVENTIS PHARMACEUTICALS, INC. | |

### ORDER APPROVING FORM OF NOTICE TO THE CLASS AND DIRECTING MAILING OF NOTICE TO CLASS MEMBERS

AND NOW, this 24 day of April, 2008, upon consideration of the motion filed by Louisiana Wholesale Drug Co., Inc. ("LWD") seeking approval of the form of Notice to the certified class attached hereto as Exhibit "A," and finding that the proposed Notice meets the requirements of Fed. R. Civ. P. 23(c)(2)(B), it is hereby ORDERED, DECREED, and ADJUDGED that said motion be, and hereby is, GRANTED, as follows:

1. The Court approves the form of Notice attached hereto as Exhibit "A."

2. LWD, by Lead Direct Purchaser Class Counsel, shall cause the Notice to be mailed, by first class United States mail, to each member of the class certified by the Court (*see* Doc. #109). Such mailing shall be effectuated on or before May 1, 2008, and shall be performed by Lead Direct Purchaser Class Counsel or its designee.

3. LWD, by Lead Direct Purchaser Class Counsel or its designee, shall monitor and record any opt-out requests that are received.

4. Following the close of the period for receipt of timely opt-out requests, LWD, by Lead Direct Purchaser Class Counsel or its designee, shall submit to counsel for Defendants, and

file with the Court, an Affidavit detailing which, if any, members of the certified class have elected to opt out of the class.

IT IS SO ORDERED.

BY THE COURT:

*Harold Baer* 4/24/08

HAROLD BAER, U.S.D.J.