UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

LOUISIANA WHOLESALE DRUG CO., INC.,
et al.,

          Plaintiffs,

    -against-

SANOFI-AVENTIS U.S., LLC & AVENTIS
PHARMACEUTICALS, INC.,

          Defendants.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/2/08

07 Civ. 7343 (HB) (AJP)

ORDER RESCHEDULING
STATUS CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

The status conference originally scheduled for May 1, 2008 has been rescheduled at the parties' request to May 19, 2008 at 11:00 a.m. before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.

SO ORDERED.

DATED:    New York, New York
              May 2, 2008

                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:    Anne K. Fornecker, Esq.
                                    Rosanna K. McCalips, Esq.
                                      Samuel J. Hand, Esq.
                                      Judge Harold Baer, Jr.

C:\ORD\