UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., On behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC, and AVENTIS PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 07 CIV 7343(HB) <br><br> Hon. Harold Baer, U.S.D.J. <br> ECF Case |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 15, 2008, I electronically filed this NOTICE OF SERVICE with the clerk of the court using CM/ECF, which will send notification of such filing to the registered participants.

PLEASE TAKE FURTHER NOTICE that on May 15, 2008, a copy of PLAINTIFF'S CONFIDENTIALITY DESIGNATIONS FOR THE 30(b)(6) DEPOSITION OF LOUISIANA WHOLESALE DRUG CO., INC. was served on the following attorneys via electronic mail.

| | |
|---|---|
| JONES DAY <br> Julia E. McEvoy <br> Christopher R. Farrell <br> Rosanna K. McCalips <br> Geoff Irwin <br> Michelle Fischer <br> 51 Louisiana Avenue, NW <br> Washington DC 20001 <br> Tel: 202-879-3939 <br> Fax: 202-626-1700 <br> jmcevoy@jonesday.com <br> crfarrell@jonesday.com <br> rkmccalips@jonesday.com <br> gsirwin@jonesday.com <br> mfischer@jonesday.com | JONES Day <br> Samuel Joseph Hand <br> 222 East 41st Street <br> New York New York  10017-6702 <br> Tel: 212-326-3939 <br> Fax: 212-755-7306 <br> jhand@jonesday.com |

3

*Attorneys for Defendants sanofi-aventis u.s. llc, and Aventis Pharmaceuticals, Inc.*

| KAPLAN FOX & KILSHEIMER, LLP<br>Linda Nussbaum<br>Richard Kilsheimer<br>850 Third Avenue, 14th Floor<br>New york, NY  10022<br>Tel: 212-687-1980<br>rkilsheimer@kaplanfox.com<br>lnussbaum@kaplanfox.com | KOZYAK TROPIN & THROCKMORTON<br>Adam Moskowitz<br>Tucker Ronzetti<br>Chad Noel<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, FL  33134<br>Tel: 305-372-1800<br>tr@kttlaw.com<br>CJN@kttlaw.com |
|---|---|
| ODOM & DES ROCHES, LLP<br>John Gregory Odom<br>Stuart E. DesRoches<br>Charles F. Zimmer, II<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA  70130<br>Tel:   504-522-0077<br>Fax: 504-522-0078<br>jodom@odrlaw.com<br>stuart@odrlaw.com<br>czimmer@odrlaw.com | BERGER & MONTAGUE, P.C.<br>Daniel Berger<br>David F. Sorensen<br>Peter R. Kohn<br>1622 Locust Street<br>Philadelphia, PA  19103<br>Tel:  800-424-6690<br>Fax:  215-875-4604<br>dsorensen@bm.net<br>pkohn@bm.net |
| THE SMITH FOOTE LAW FIRM, LLP<br>W. Ross Foote<br>Susan C. Segura<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA  71309-1632<br>Tel:  318-445-4480<br>Fax: 318-487-1741<br>rfoote@smithfoote.com<br>ssegura@smithfoote.com | PHELPS DUNBAR<br>Brent Barriere<br>Susie Morgan<br>Canal Place, Suite 2000<br>365 Canal Street<br>New Orleans, LA  70130<br>Tel:  504-568-1311<br>Fax:  504-568-9130<br>susie.morgan@phelps.com |

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc. and the Class*

Respectfully submitted,

By: /s/ Anne K. Fornecker
ANNE K. FORNECKER (AF-2073)
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, New York  10036
(Tel):  212-398-0055
(Fax): 212-764-6620
afornecker@garwingerstein.com

4