## GARWIN GERSTEIN & FISHER LLP

Counselors at Law
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055
Telecopier No. (212) 764-6620
E-Mail: lawoffices@garwingerstein.com

Bruce E. Gerstein
Scott W. Fisher
Barry S. Taus
Noah H. Silverman
Brett H Cebulash
Joseph Opper
Kevin S. Landau
Adam M. Steinfeld

Sidney L. Garwin (1908-1980)

Jon Bartelli
Archana Tamoshunas
Anne K. Fornecker
Kimberly M. Hennings
Elena K. Chan
Anna L. Tydniouk


RECEIVED MAY 15 2008 CHAMBERS OF ANDREW J. PECK

May 15, 2008

**BY FACSIMILE**

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1370
New York, New York 10007-1312
Fax: (212) 805-7933

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/15/08

Re: *Louisiana Wholesale Drug Co., Inc. v. Sanofi-Aventis, et al.,*
U.S.D.C., S.D.N.Y., Case No. 07 CV 7343 (HB)

Dear Judge Peck:

I write on behalf of Plaintiff Louisiana Wholesale Drug Co., Inc., to inform the Court that the parties in the above-captioned action do not have any issues to present to Your Honor for resolution at the hearing currently scheduled for May 19, 2008 at 11:00 a.m. Therefore, the parties respectfully request that the May 19, 2008 hearing be adjourned.

Respectfully Submitted,

Anne Fornecker

**MEMO ENDORSED** 5/15/08

[handwritten] adjourned at parties' request to 6/23 at 9:30 AM

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

Hon. Andrew J. Peck
May 15, 2008
Page 2

cc (via electronic mail):

Julie McEvoy, Esq.
Geoff S. Irwin, Esq.
Rosanna K. McCalips, Esq.
Christopher Farrell, Esq.
Michelle Fischer, Esq.
JONES DAY
51 Louisiana Ave., N.W.
Washington D.C. 20001-2113
jmcevoy@jonesday.com
crfarrell@jonesday.com
rkmccalips@jonesday.com
gsirwin@jonesday.com
mfischer@jonesday.com

*Attorneys for Defendants
sanofi-aventis u.s. llc, and
Aventis Pharmaceuticals, Inc.*

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: __May 15, 2008__                       Total Number of Pages: __3__

| TO | FAX NUMBER |
|---|---|
| Anne K. Fornecker, Esq. | 212-764-6620 |
| Rosanna K. McCalips, Esq.<br>Julia E. McEvoy, Esq.<br>Christopher R. Farrell, Esq.<br>Geoffrey S. Irwin, Esq. | 202-626-1700 |
| Samuel J. Hand, Esq. | 212-755-7306 |

# TRANSCRIPTION:

**MEMO ENDORSED 5/15/08**

Conf. adjourned at parties' request to __6/23 at 9:30 AM__.


Copy to:    Judge Harold Baer, Jr.