# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANOFI-AVENTIS, SANOFI-AVENTIS ) <br> U.S., LLC and AVENTIS ) <br> PHARMACEUTICALS, INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-cv-7343 (HB) <br><br> Hon. Harold Baer, U.S.D.J. <br> ECF CASE |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 2, 2008, I electronically filed this NOTICE OF SERVICE with the clerk of the court using CM/ECF, which will send notification of such filing to the registered participants.

PLEASE TAKE FURTHER NOTICE that on June 2, 2008, a copy of DEFENDANTS SANOFI-AVENTIS U.S. LLC AND AVENTIS PHARMACEUTICALS, INC.'S CONFIDENTIALITY DESIGNATIONS FOR THE DEPOSITION OF DOUGLAS C. MORROW was served on the following attorneys in the manner specified.

*Via Electronic Mail:*

Bruce E. Gerstein
Barry S. Taus
Anne K. Fornecker
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036
bgerstein@garwingerstein.com
btaus@garwingerstein.com
afornecker@garwingerstein.com


*Via Overnight Mail:*

| | |
|---|---|
| Daniel Berger | John Gregory Odom |
| Adam Moskowitz | Stuart E. Des Roches |
| Thomas A. Tucker Ronzetti | ODOM & DES ROCHES, LLP |
| KOZYAK TROPIN & THROCKMORTON | Suite 2020, Poydras Center |
| 2525 Ponce De Leon Blvd, 9th Floor | 650 Poydras Street |
| Miami, FL 33134 | New Orleans, LA 70130 |
| | |
| Linda Nussbaum | David P. Smith |
| KAPLAN FOX & KILSHEIMER, LLP | W. Ross Foote |
| 850 Third Avenue, 14th Floor | PERCY, SMITH & FOOTE LLP |
| New York, NY 10022 | 720 Murray Street, P.O. Box 1632 |
| | Alexandria, LA 71309 |
| | |
| Brent Barriere | David F. Sorensen |
| Susie Morgan | Eric L. Cramer |
| PHELPS DUNBAR | BERGER & MONTAGUE, P.C. |
| Canal Place, Suite 2000 | 1622 Locust Street |
| 365 Canal Street | Philadelphia, PA 19103 |
| New Orleans, LA 70130 | |

 /s/ Christopher R. Farrell
Christopher R. Farrell (admitted *pro hac vice*)
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel.:  202-879-3939
Fax:  202-626-1700
crfarrell@jonesday.com

*Counsel for* SANOFI AVENTIS U.S. LLC *and* AVENTIS PHARMACEUTICALS, INC.