## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

———————————————————————

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly situated,

|  |  |
|---|---|
| Plaintiffs, | Civil Action No. 07-cv-7343 (HB) |
| v. | Hon. Harold Baer, U.S.D.J.<br>ECF Case |
| SANOFI-AVENTIS, SANOFI-AVENTIS U.S.<br>LLC, and AVENTIS PHARMACEUTICALS,<br>INC., | |
| Defendants. | |

———————————————————————

### <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on June 6, 2008, I electronically filed this NOTICE OF

SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing

to the registered participants.  PLEASE TAKE FURTHER NOTICE that a copy of the EXPERT

REPORT OF MARTHA M. BENNETT, along with this Notice of Service, were served on June

6, 2008 via electronic mail on the following attorneys:

| | |
|---|---|
| JONES DAY | JONES DAY |
| Julia E. McEvoy | Samuel Joseph Hand |
| Christopher R. Farrell | 222 East 41st Street |
| Rosanna K. McCalips | New York, New York  10017-6702 |
| Geoff Irwin | Tel: 212-326-3939 |
| Michelle Fischer | Fax: 212-755-7306 |
| 51 Louisiana Avenue, NW | jhand@jonesday.com |
| Washington DC  20001 | |
| Tel: 202-879-3939 | |
| Fax: 202-626-1700 | |
| jmcevoy@jonesday.com | |
| crfarrell@jonesday.com | |
| rkmccalips@jonesday.com | |
| gsirwin@jonesday.com | |
| mfischer@jonesday.com | |

*Attorneys for Defendants sanofi-aventis u.s. llc, and Aventis Pharmaceuticals, Inc.*

KAPLAN, FOX & KILSHEIMER, LLP
Linda Nussbaum
Richard Kilsheimer
850 Third Avenue, 14th Floor
New York, NY  10022
Tel:  (212) 687-1980
rkilsheimer@kaplanfox.com
lnussbaum@kaplanfox.com

ODOM & DES ROCHES, LLP
John Gregory Odom
Stuart E. Des Roches
Charles F. Zimmer, II
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA  70130
Tel:  (504) 522-0077
Fax:  (504) 522-0078
jodom@odrlaw.com
stuart@odrlaw.com
czimmer@odrlaw.com

PERCY, SMITH & FOOTE, LLP
W. Ross Foote
Susan C. Segura
720 Murray Street
P.O. Box 1632
Alexandria, LA  71309-1632
Tel:  (318) 445-4480
Fax:  (318) 487-1741
rfoote@psfllp.com
ssegura@psfllp.com

KOZYAK, TROPIN & THROCKMORTON
Adam Moskowiz
Tucker Ronzetti
Chad Noel
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL  33134
Tel:  (305) 372-1800
amm@kttlaw.com
tr@kttlaw.com
CJN@kttlaw.com

BERGER & MONTAGUE, P.C.
Daniel Berger
David F. Sorensen
Peter R. Kohn
1622 Locust Street
Philadelphia, PA  19103
Tel: 1-800-424-6690
Fax:  (215) 875-4604
dsoresen@bm.net
pkohn@bm.net

PHELPS DUNBAR
Brent Barriere
Susie Morgan
Canal Place, Suite 2000
365 Canal Street
New Orleans, LA  70130-6534
Tel: 504-568-1311
Fax: 568-9130
susie.morgan@phelps.com

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc. and the Class*

Respectfully Submitted,

By:  /s/ Anne K. Fornecker
Anne K. Fornecker (AF-2073)
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, New York 10036
Tel: (212) 398-0055
Fax: (212) 764-6620
afornecker@garwingerstein.com