UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., et al., | Civil Action No. 07 CIV 7343 (HB) |
| v. | Hon. Harold Baer, U.S.D.J. <br> ECF Case |
| SANOFI-AVENTIS, et al. | |

### DECLARATION OF RACHEL BRAUN-WNOROWSKI

RACHEL BRAUN-WNOROWSKI, of legal age and subject to the penalties of perjury provided by 28 U.S.C. § 1746, does hereby declare as follows:

1. I am the Project Manager with Epiq Systems, and have personal knowledge of all of the matters contained in this Declaration.

2. Epiq Systems was retained by counsel for Louisiana Wholesale Drug Co., Inc. in this case (a) to provide Court-ordered Notice to members of the Direct Purchaser Class, as ordered by the Court on April 24, 2008 (Document #120); and, relatedly, (b) to establish a post-office box to receive correspondence from members of the Direct Purchaser Class, which post-office box was titled, consistent with the Court-approved Notice, as *Arava Antitrust Litigation*, P.O. Box 5053, Portland, OR 97208-5053.

3. Counsel for Louisiana Wholesale Drug Co., Inc. provided Epiq Systems with a list of members of the Direct Purchaser Class and their addresses, which I understand was derived from sales data provided to counsel by Defendants and the parameters of the class definition given by the Court's April 8, 2008 Order Granting Class Certification (Document #109).

4. On April 22, 2008, I caused the form of Notice approved by the Court to be transmitted in the manner directed by the Court (first-class United States mail, postage prepaid)

to each member of the Direct Purchaser Class. A true and correct copy of the Court-ordered Notice that Epiq Systems mailed is attached as Exhibit "A."

    5.    Six (6) of the Notices were returned as "undeliverable" by the United States Post Office, as follows:

        a.    On May 7, 2008, Notices to Eveready, McQueary, Valley, and Walsh were returned as "undeliverable";

        b.    On May 16, 2006, Notices to D&K and Diversified were returned as "undeliverable."

    6.    The disposition of each of the six (6) returned notices was as follows:

| Name | Disposition |
| --- | --- |
| Eveready Wholesale | Remailed to updated address on 5/8/08; not returned |
| McQueary | Remailed to updated address on 5/8/08; not returned |
| Valley Drug | Remailed to two (2) updated addresses on 5/15/08; not returned |
| Walsh | Out of business; I understand counsel for Louisiana Wholesale determined this entity had been acquired by McKesson Corp., whose notice was received and not returned |
| D&K | Out of business; I understand counsel for Louisiana Wholesale determined this entity had been acquired by McKesson Corp., whose notice was received and not returned |
| Diversified Healthcare | Out of business; I understand counsel for Louisiana Wholesale determined this entity had been acquired by McKesson Corp., whose notice was received and not returned |

7. Epiq Systems has received no correspondence from any member of the Direct Purchaser Class, expressing a desire to opt out of the Direct Purchaser Class or otherwise.

MORE THE DECLARANT SAYETH NOT.

*[signature]*
RACHEL BRAUN-WNOROWSKI

Dated: June 18, 2008

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC, and AVENTIS PHARMACEUTICALS, INC.,<br><br>       Defendants. | Civil Action No. 07-cv-7343 (HB)<br><br>Hon. Harold Baer, U.S.D.J.<br>ECF Case |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 19, 2008, a copy of the DECLARATION OF RACHEL BRAUN-WNOROWSKI, along with this Notice of Service, were served via ECF and electronic mail on the following attorneys:

JONES DAY
Julia E. McEvoy
Christopher R. Farrell
Rosanna K. McCalips
Geoff Irwin
Michelle Fischer
51 Louisiana Avenue, NW
Washington DC  20001
Tel: 202-879-3939
Fax: 202-626-1700
jmcevoy@jonesday.com
crfarrell@jonesday.com
rkmccalips@jonesday.com
gsirwin@jonesday.com
mfischer@jonesday.com

JONES DAY
Samuel Joseph Hand
222 East 41st Street
New York, New York  10017-6702
Tel: 212-326-3939
Fax: 212-755-7306
jhand@jonesday.com

*Attorneys for Defendants sanofi-aventis u.s. llc, and Aventis Pharmaceuticals, Inc.*

| | |
|---|---|
| KAPLAN, FOX & KILSHEIMER, LLP<br>Linda Nussbaum<br>Richard Kilsheimer<br>850 Third Avenue, 14th Floor<br>New York, NY  10022<br>Tel:  (212) 687-1980<br>rkilsheimer@kaplanfox.com<br>lnussbaum@kaplanfox.com | KOZYAK, TROPIN & THROCKMORTON<br>Adam Moskowiz<br>Tucker Ronzetti<br>Chad Noel<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, FL  33134<br>Tel:  (305) 372-1800<br>amm@kttlaw.com<br>tr@kttlaw.com<br>CJN@kttlaw.com |
| ODOM & DES ROCHES, LLP<br>John Gregory Odom<br>Stuart E. Des Roches<br>Charles F. Zimmer, II<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA  70130<br>Tel:  (504) 522-0077<br>Fax:  (504) 522-0078<br>jodom@odrlaw.com<br>stuart@odrlaw.com<br>czimmer@odrlaw.com | BERGER & MONTAGUE, P.C.<br>Daniel Berger<br>David F. Sorensen<br>Peter R. Kohn<br>1622 Locust Street<br>Philadelphia, PA  19103<br>Tel: 1-800-424-6690<br>Fax:  (215) 875-4604<br>dsoresen@bm.net<br>pkohn@bm.net |
| PERCY, SMITH & FOOTE, LLP<br>W. Ross Foote<br>Susan C. Segura<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA  71309-1632<br>Tel: (318) 445-4480<br>Fax:  (318) 487-1741<br>rfoote@psfllp.com<br>ssegura@psfllp.com | PHELPS DUNBAR<br>Brent Barriere<br>Susie Morgan<br>Canal Place, Suite 2000<br>365 Canal Street<br>New Orleans, LA  70130-6534<br>Tel: 504-568-1311<br>Fax: 568-9130<br>susie.morgan@phelps.com |

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc. and the Class*

Respectfully Submitted,

By: /s/ Anne K. Fornecker
Anne K. Fornecker (AF-2073)
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, New York 10036
Tel: (212) 398-0055
Fax: (212) 764-6620
afornecker@garwingerstein.com