# EXHIBIT A

**THIS IS AN IMPORTANT LEGAL NOTICE.  THE MATTERS DISCUSSED HEREIN MAY AFFECT SUBSTANTIAL LEGAL RIGHTS THAT YOU MAY HAVE.**

*READ THIS NOTICE CAREFULLY.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., et al., | Civil Action No. 07 CIV 7343 (HB) |
| v. | Hon. Harold Baer, U.S.D.J.<br>ECF Case |
| SANOFI-AVENTIS, et al. | |

**NOTICE OF PENDENCY OF CLASS ACTION**

**TO:** All persons or entities in the United States who purchased 10 mg or 20 mg Arava tablets directly from sanofi-aventis us llc and/or Aventis Pharmaceuticals, Inc. (and/or any of their predecessors or affiliates) at any time from March 31, 2005 until August 17, 2007.

Excluded from the Class are Defendants, their predecessors, officers, directors, management, employees, subsidiaries, parents or affiliates, and all federal governmental entities.

**I.   PURPOSE OF THIS NOTICE**

    **A.   Nature of the Class Action**

Your rights may be affected by a lawsuit, *Louisiana Wholesale Drug Company, Inc. v. sanofi-aventis, et al.*, No. 07-CIV-7343 (HB) (the "Class Action"), now pending before the United States District Court for the Southern District of New York (the "Court"), brought by Louisiana Wholesale Drug Company, Inc.("Louisiana Wholesale") on behalf of itself and other similarly situated direct purchasers of Arava (generic name "leflunomide") against defendants sanofi-aventis llc and Aventis Pharmaceuticals, Inc. ("Aventis"), the manufacturers of Arava.

The Class Action seeks money damages based on an alleged violation of the antitrust

laws. Louisiana Wholesale alleges that Aventis unlawfully delayed competition from makers of generic versions of Arava, in violation of § 2 of the Sherman Act, by filing a baseless "Citizen Petition" with the United States Food and Drug Administration ("FDA"), thereby forcing direct purchasers to pay artificially inflated prices for Arava and AB-rated generic leflunomide. Aventis denies these claims and charges.

### B. What Has Occurred in the Class Action So Far

The parties are currently conducting pre-trial discovery, which must be completed by May 23, 2008. The Court has not yet set a trial date. The Court has not ruled on the merits of Louisiana Wholesale's claims or Aventis' denials of the allegations and its other defenses to the claims.

## II. THE CLASS ACTION RULING

### A. Class Definition

By Order dated April 8, 2008 (the "Class Order"), the Court ruled that this lawsuit may be maintained as a claim for treble damages, attorneys' fees, and costs under the federal antitrust laws by Louisiana Wholesale on behalf of itself and a class consisting of:

> All persons or entities in the United States who purchased 10 mg or 20 mg Arava tablets directly from sanofi-aventis us llc and/or Aventis Pharmaceuticals, Inc. (and/or any of their predecessors or affiliates) at any time from March 31, 2005 until August 17, 2007.
>
> Excluded from the Class are Defendants, their predecessors, officers, directors, management, employees, subsidiaries, parents or affiliates, and all federal governmental entities.

The Class is limited to persons and companies that have made at least one purchase of Arava *directly from Aventis* between March 31, 2005 and August 17, 2007. If you bought Arava during this period only from a source other than Aventis (for example, only from a wholesaler or

retailer), you are *not* a member of the Class.

B. **Class Claims, Issues and Defenses**

The Class Order identified the classwide claims and issues as follows:

a. whether Aventis' alleged conduct violated Section 2 of the Sherman Act;

b. whether Aventis' alleged conduct caused the Class to pay higher prices paid for leflunomide products (defined by Louisiana Wholesale as Arava and AB-rated generic versions of Arava); and

c. the quantum of overcharge damages, if any, owed to the Class in the aggregate.

The Court also noted that Aventis has denied these claims and asserted several affirmative defenses to them.

C. **Class Counsel**

The Court has named Louisiana Wholesale as class representative and has appointed the following firm as Lead Direct Purchaser Class Counsel:

Bruce E. Gerstein
Barry S. Taus
Anne K. Fornecker
**GARWIN GERSTEIN & FISHER, LLP**
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055
afornecker@garwingerstein.com

D. **Binding Effect of a Class Judgment If You Do Not Opt Out**

The rulings by the Court to date do not mean that any money will necessarily be obtained for Class members. No court has yet ruled on the merits of the claims made in the Class Action. The class certification ruling simply means that the final outcome of the lawsuit, whether favorable to the Class or to Aventis, will apply in like manner to every Class member who does

3

not timely elect to be excluded from the Class as set forth below.

**III.    ELECTION BY CLASS MEMBERS**

Class members can choose whether or not to remain a member of the Class. This choice will have consequences, which you should understand before making your decision.

1.    If you want to *remain* a member of the Class, you are not required to do anything at this time. By remaining a Class member, any Class claims you have against Aventis will be determined in this case by way of a judgment that is binding on all Class members, and cannot be presented in any other lawsuit. You may also enter an appearance through your own counsel at your own expense, if you so desire.

2.    If you want to be *excluded* from the Class, you must send a letter setting forth your name, present address, and your request for exclusion from the Class to *Arava Antitrust Litigation*, P.O. Box 5053, Portland, OR 97208-5053, by first-class mail, postmarked no later than May 30, 2008. By electing to opt out of the Class:

(a)    you will not share in any recovery that might be paid to the Class as a result of trial or settlement of this lawsuit;

(b)    you will not be bound by any decision in this lawsuit favorable to Aventis, and,

(c)    you may present any claim you may have against Aventis by filing your own lawsuit, or you may seek to intervene in this lawsuit.

**IV.    ADDITIONAL INFORMATION**

Any corrections or changes of name or address should be directed in writing to:

*Arava Antitrust Litigation*, P.O. Box 5053, Portland, OR 97208-5053

The pleadings and other records in this litigation may be examined and copied at any

time during regular office hours at the Clerk of the Court, United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312.

## V.     REMINDER AS TO TIME LIMIT

If you wish to be excluded from the Class you must so indicate in writing by letter sent to *Arava Antitrust Litigation*, P.O. Box 5053, Portland, OR 97208-5053, by first class mail postmarked no later than May 30, 2008.

Dated: *April 25, 2008*            BY ORDER OF THE COURT

*[signature: J. Michael McMahon]*
_____
Clerk of the Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

***PLEASE DO NOT SEND ANY COMMUNICATIONS TO THE COURT***