UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

LOUISIANA WHOLESALE DRUG CO.,
INC., et al.,

        Plaintiffs,

    -against-

SANOFI-AVENTIS U.S., LLC & AVENTIS
PHARMACEUTICALS, INC.,

        Defendants.

------------------------------------ x

07 Civ. 7343 (HB) (AJP)

ORDER RESCHEDULING
STATUS CONFERENCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/19/08

**ANDREW J. PECK, United States Magistrate Judge:**

The status conference originally scheduled for June 23, 2008 is rescheduled at the parties' request to **July 21, 2008 at 2:00 p.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.

SO ORDERED.

DATED:     New York, New York
              June 19, 2008

                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:     Anne K. Fornecker, Esq.
                                  Julia E. McEvoy, Esq.
                                  Judge Harold Baer, Jr.

C:\ORD\