# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., | ) | Civil Action No. 07-cv-7343 (HB) |
| | ) | |
| Plaintiff, | ) | Hon. Harold Baer, U.S.D.J. |
| | ) | ECF CASE |
| v. | ) | |
| | ) | |
| SANOFI-AVENTIS U.S. LLC and | ) | |
| AVENTIS PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 23, 2008, I electronically filed this NOTICE OF SERVICE with the clerk of the court using CM/ECF, which will send notification of such filing to the registered participants.

PLEASE TAKE FURTHER NOTICE that on  June 23, 2008, a copy of the SIGNATURE PAGE AND ERRATA SHEETS FOR THE DEPOSITION OF GERRIT-JAN NIJVELDT was served on the following attorneys in the manner specified.

*Via Electronic Mail:*

Bruce E. Gerstein
Barry S. Taus
Anne K. Fornecker
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036
bgerstein@garwingerstein.com
btaus@garwingerstein.com
afornecker@garwingerstein.com


*Via Overnight Mail:*

Daniel Berger                                     John Gregory Odom
Adam Moskowitz                                    Stuart E. Des Roches
Thomas A. Tucker Ronzetti                         ODOM & DES ROCHES, LLP
KOZYAK TROPIN & THROCKMORTON                      Suite 2020, Poydras Center
2525 Ponce De Leon Blvd, 9th Floor                650 Poydras Street
Miami, FL 33134                                   New Orleans, LA 70130

Linda Nussbaum                                    David P. Smith
KAPLAN FOX & KILSHEIMER, LLP                      W. Ross Foote
850 Third Avenue, 14th Floor                      PERCY, SMITH & FOOTE LLP
New York, NY 10022                                720 Murray Street, P.O. Box 1632
                                                  Alexandria, LA 71309


Brent Barriere                                    David F. Sorensen
Susie Morgan                                      Eric L. Cramer
PHELPS DUNBAR                                     BERGER & MONTAGUE, P.C.
Canal Place, Suite 2000                           1622 Locust Street
365 Canal Street                                  Philadelphia, PA 19103
New Orleans, LA 70130

                                                   /s/ Christopher R. Farrell
                                                  Christopher R. Farrell (admitted *pro hac vice*)
                                                  Jones Day
                                                  51 Louisiana Ave., N.W.
                                                  Washington, D.C. 20001-2113
                                                  Tel.:  202-879-3939
                                                  Fax:  202-626-1700
                                                  crfarrell@jonesday.com

                                                  *Counsel for* SANOFI AVENTIS U.S. LLC *and*
                                                  AVENTIS PHARMACEUTICALS, INC.