## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., | ) ) ) | Civil Action No. 07-cv-7343 (HB) |
| Plaintiff, | ) ) | Hon. Harold Baer, U.S.D.J. ECF CASE |
| v. | ) ) |  |
| SANOFI-AVENTIS U.S. LLC and AVENTIS PHARMACEUTICALS, INC., | ) ) ) |  |
| Defendants. | ) ) |  |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 23, 2008, I electronically filed this NOTICE OF SERVICE with the clerk of the court using CM/ECF, which will send notification of such filing to the registered participants.

PLEASE TAKE FURTHER NOTICE that on June 23, 2008, a copy of DEFENDANTS SANOFI-AVENTIS U.S. LLC AND AVENTIS PHARMACEUTICALS, INC.'S CONFIDENTIALITY DESIGNATIONS FOR THE DEPOSITION OF GERRIT-JAN NIJVELDT was served on the following attorneys in the manner specified.

*Via Electronic Mail:*

Bruce E. Gerstein
Barry S. Taus
Anne K. Fornecker
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036
bgerstein@garwingerstein.com
btaus@garwingerstein.com
afornecker@garwingerstein.com


*Via Overnight Mail:*

Daniel Berger
Adam Moskowitz
Thomas A. Tucker Ronzetti
KOZYAK TROPIN & THROCKMORTON
2525 Ponce De Leon Blvd, 9th Floor
Miami, FL 33134

Linda Nussbaum
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, NY 10022


Brent Barriere
Susie Morgan
PHELPS DUNBAR
Canal Place, Suite 2000
365 Canal Street
New Orleans, LA 70130

John Gregory Odom
Stuart E. Des Roches
ODOM & DES ROCHES, LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

David P. Smith
W. Ross Foote
PERCY, SMITH & FOOTE LLP
720 Murray Street, P.O. Box 1632
Alexandria, LA 71309


David F. Sorensen
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103


  /s/ Christopher R. Farrell
Christopher R. Farrell (admitted *pro hac vice*)
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel.: 202-879-3939
Fax: 202-626-1700
crfarrell@jonesday.com

*Counsel for* SANOFI AVENTIS U.S. LLC *and*
AVENTIS PHARMACEUTICALS, INC.