UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC, and AVENTIS PHARMACEUTICALS, INC.,<br><br>              Defendants. | Civil Action No. 07-cv-7343 (HB)<br><br>Hon. Harold Baer, U.S.D.J.<br>ECF Case |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 18, 2008, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered participants.  PLEASE TAKE FURTHER NOTICE that a copy of MARTHA M. BENNETT'S RESPONSE TO THE OPINIONS OF MARY K. PENDERGAST, along with this Notice of Service, were served on July 18, 2008 via electronic mail on the following attorneys:

JONES DAY
Julia E. McEvoy
Christopher R. Farrell
Rosanna K. McCalips
Geoff Irwin
Michelle Fischer
51 Louisiana Avenue, NW
Washington DC  20001
Tel: 202-879-3939
Fax: 202-626-1700
jmcevoy@jonesday.com
crfarrell@jonesday.com
rkmccalips@jonesday.com
gsirwin@jonesday.com
mfischer@jonesday.com

JONES DAY
Samuel Joseph Hand
222 East 41st Street
New York, New York  10017-6702
Tel: 212-326-3939
Fax: 212-755-7306
jhand@jonesday.com

*Attorneys for Defendants sanofi-aventis u.s. llc, and Aventis Pharmaceuticals, Inc.*

| | |
|---|---|
| KAPLAN, FOX & KILSHEIMER, LLP<br>Linda Nussbaum<br>Richard Kilsheimer<br>850 Third Avenue, 14th Floor<br>New York, NY  10022<br>Tel:  (212) 687-1980<br>rkilsheimer@kaplanfox.com<br>lnussbaum@kaplanfox.com | KOZYAK, TROPIN & THROCKMORTON<br>Adam Moskowiz<br>Tucker Ronzetti<br>Chad Noel<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, FL  33134<br>Tel:  (305) 372-1800<br>amm@kttlaw.com<br>tr@kttlaw.com<br>CJN@kttlaw.com |
| ODOM & DES ROCHES, LLP<br>John Gregory Odom<br>Stuart E. Des Roches<br>Charles F. Zimmer, II<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA  70130<br>Tel:  (504) 522-0077<br>Fax:  (504) 522-0078<br>jodom@odrlaw.com<br>stuart@odrlaw.com<br>czimmer@odrlaw.com | BERGER & MONTAGUE, P.C.<br>Daniel Berger<br>David F. Sorensen<br>Peter R. Kohn<br>1622 Locust Street<br>Philadelphia, PA  19103<br>Tel: 1-800-424-6690<br>Fax:  (215) 875-4604<br>dsoresen@bm.net<br>pkohn@bm.net |
| PERCY, SMITH & FOOTE, LLP<br>W. Ross Foote<br>Susan C. Segura<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA  71309-1632<br>Tel:  (318) 445-4480<br>Fax:  (318) 487-1741<br>rfoote@psfllp.com<br>ssegura@psfllp.com | PHELPS DUNBAR<br>Brent Barriere<br>Susie Morgan<br>Canal Place, Suite 2000<br>365 Canal Street<br>New Orleans, LA  70130-6534<br>Tel: 504-568-1311<br>Fax: 568-9130<br>susie.morgan@phelps.com |

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc. and the Class*

Respectfully Submitted,

By: /s/ Anne K. Fornecker
Anne K. Fornecker (AF-2073)
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, New York 10036
Tel: (212) 398-0055
Fax: (212) 764-6620
afornecker@garwingerstein.com