UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC, and AVENTIS PHARMACEUTICALS, INC.,<br><br>                    Defendants. | Civil Action No. 07-cv-7343 (HB)<br><br>Hon. Harold Baer, U.S.D.J.<br>ECF Case |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 18, 2008, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered participants.  PLEASE TAKE FURTHER NOTICE that a copy of the REBUTTAL REPORT OF JEFFREY J. LEITZINGER, PH.D., along with this Notice of Service, were served on July 18, 2008 via electronic mail on the following attorneys:

JONES DAY
Julia E. McEvoy
Christopher R. Farrell
Rosanna K. McCalips
Geoff Irwin
Michelle Fischer
51 Louisiana Avenue, NW
Washington DC  20001
Tel: 202-879-3939
Fax: 202-626-1700
jmcevoy@jonesday.com
crfarrell@jonesday.com
rkmccalips@jonesday.com
gsirwin@jonesday.com
mfischer@jonesday.com

JONES DAY
Samuel Joseph Hand
222 East 41st Street
New York, New York  10017-6702
Tel: 212-326-3939
Fax: 212-755-7306
jhand@jonesday.com

*Attorneys for Defendants sanofi-aventis u.s. llc, and Aventis Pharmaceuticals, Inc.*

| | |
|---|---|
| KAPLAN, FOX & KILSHEIMER, LLP<br>Linda Nussbaum<br>Richard Kilsheimer<br>850 Third Avenue, 14th Floor<br>New York, NY  10022<br>Tel:  (212) 687-1980<br>rkilsheimer@kaplanfox.com<br>lnussbaum@kaplanfox.com | KOZYAK, TROPIN & THROCKMORTON<br>Adam Moskowiz<br>Tucker Ronzetti<br>Chad Noel<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, FL  33134<br>Tel:  (305) 372-1800<br>amm@kttlaw.com<br>tr@kttlaw.com<br>CJN@kttlaw.com |
| ODOM & DES ROCHES, LLP<br>John Gregory Odom<br>Stuart E. Des Roches<br>Charles F. Zimmer, II<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA  70130<br>Tel:  (504) 522-0077<br>Fax:  (504) 522-0078<br>jodom@odrlaw.com<br>stuart@odrlaw.com<br>czimmer@odrlaw.com | BERGER & MONTAGUE, P.C.<br>Daniel Berger<br>David F. Sorensen<br>Peter R. Kohn<br>1622 Locust Street<br>Philadelphia, PA  19103<br>Tel: 1-800-424-6690<br>Fax:  (215) 875-4604<br>dsoresen@bm.net<br>pkohn@bm.net |
| PERCY, SMITH & FOOTE, LLP<br>W. Ross Foote<br>Susan C. Segura<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA  71309-1632<br>Tel:  (318) 445-4480<br>Fax:  (318) 487-1741<br>rfoote@psfllp.com<br>ssegura@psfllp.com | PHELPS DUNBAR<br>Brent Barriere<br>Susie Morgan<br>Canal Place, Suite 2000<br>365 Canal Street<br>New Orleans, LA  70130-6534<br>Tel: 504-568-1311<br>Fax: 568-9130<br>susie.morgan@phelps.com |

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc. and the Class*

           Respectfully Submitted,

           By:  /s/ Anne K. Fornecker
           Anne K. Fornecker (AF-2073)
           Garwin Gerstein & Fisher LLP
           1501 Broadway, Suite 1416
           New York, New York 10036
           Tel: (212) 398-0055
           Fax: (212) 764-6620
           afornecker@garwingerstein.com