# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., | ) | Civil Action No. 07-cv-7343 (HB) |
| Plaintiff, | ) | Hon. Harold Baer, U.S.D.J. |
| | ) | ECF CASE |
| v. | ) | |
| SANOFI-AVENTIS U.S., LLC and AVENTIS PHARMACEUTICALS, INC., | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 21, 2008, I electronically filed this NOTICE OF SERVICE with the clerk of the court using CM/ECF, which will send notification of such filing to the registered participants.

PLEASE TAKE FURTHER NOTICE that on July 21, 2008, a copy of the EXPERT REBUTTAL REPORT OF ALLAN GIBOFSKY, MD, JD, FACP, FCLM was served on the following attorneys in the manner specified.

- 2 -

*Via Electronic Mail:*

Bruce E. Gerstein
Barry S. Taus
Anne K. Fornecker
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036
bgerstein@garwingerstein.com
btaus@garwingerstein.com
afornecker@garwingerstein.com

                                         /s/ Christopher R. Farrell
                                        Christopher R. Farrell (admitted *pro hac vice*)
                                        Jones Day
                                        51 Louisiana Ave., N.W.
                                        Washington, D.C. 20001-2113
                                        Tel.:  202-879-3939
                                        Fax:  202-626-1700
                                        crfarrell@jonesday.com

                                        *Counsel for* SANOFI AVENTIS US LLC *and*
                                        AVENTIS PHARMACEUTICALS, INC.