UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC, and AVENTIS PHARMACEUTICALS, INC.<br><br>Defendants. | 07-cv-7343 (HB)<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Anne Fornecker, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

John Gregory Odom
Odom & Des Roches, LLP
Suite 2020 Poydras Center, 650 Poydras Street
New Orleans, Louisiana 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
Email: jodom@odrlaw.com

JOHN GREGORY ODOM is a member in good standing of the Bar of the State of Louisiana. There are no pending disciplinary proceedings against JOHN GREGORY ODOM in any State or Federal court.

Dated:          July 31, 2008
City, State:    New York, New York

Respectfully submitted,

_____
Anne Fornecker (AF-2073)
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, New York 10036
Tel: (212) 398-0055
Fax: (212) 764-6620

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC, and AVENTIS PHARMACEUTICALS, INC.<br><br>Defendants. | 07-cv-7343 (HB)<br><br>**AFFIDAVIT OF ANNE FORNECKER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York  )
                   )  ss:
County of New York )

Anne Fornecker, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Garwin Gerstein & Fisher LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit John Gregory Odom as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on July 23, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known John Gregory Odom since 2003.

4. Mr. Odom is a partner at Odom & Des Roches, LLP in New Orleans, Louisiana.

5. I have found Mr. Odom to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of John Gregory Odom, pro hac vice.

7.  I respectfully submit a proposed Order granting the admission of John Gregory Odom, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit John Gregory Odom, pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

Dated:     July 31, 2008

Respectfully Submitted,

_____
Anne Fornecker (AF-2073)

Sworn to before me this
31 day of July, 2008.

_____
Notary

JANET SEIDMAN
Notary Public State Of New York
No. 24-4705123
Qualified in Kings County
Commission Expires January 31, 20 10

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**JOHN GREGORY ODOM, ESQ., #1109**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 15th Day of April, 1983 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 3rd Day of July, 2008, A.D.

_____
Clerk of Court
Supreme Court of Louisiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC, and AVENTIS PHARMACEUTICALS, INC.<br><br>        Defendants. | 07-cv-7343 (HB)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

  Upon the motion of Anne Fornecker, attorney for Plaintiff and said sponsor attorney's affidavit in support;

  John Gregory Odom
  Odom & Des Roches, LLP
  Suite 2020 Poydras Center, 650 Poydras Street
  New Orleans, Louisiana 70130
  Tel: (504) 522-0077
  Fax: (504) 522-0078
  Email: jodom@odrlaw.com

is admitted to practice pro hac vice as counsel for Plaintiff Louisiana Wholesale Drug Company, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing disciplining of attorneys.

  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:       July _____, 2008
City/State:  New York, New York

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Anne Fornecker, certify that on July 31, 2008, the foregoing Motion to Admit Counsel Pro Hac Vice and Affidavit of Anne Fornecker in Support of Motion to Admit Counsel Pro Hac Vice were served on the counsel listed below by first-class mail.

Julie McEvoy
Christopher Farrell
JONES DAY
51 Louisiana Ave., N.W.
Washington, DC 20001-2113
Tel: (202) 879-4645
Fax: (202) 626-1700

*Attorneys for Defendants Sanofi-Aventis, Sanofi-Aventis U.S. LLC, and Aventis Pharmaceuticals, Inc.*

David P. Smith
Susan C. Segura
Betty R. Owens
The Smith Foote Law Firm, LLP
P. O. Box 1632 – 720 Murray Street
Alexandria, Louisiana 71309-1632
Tel: (318) 445-4480
Fax: (318) 487-1741

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc.*

_____
Anne Fornecker