UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC, and AVENTIS PHARMACEUTICALS, INC. <br><br> Defendants. | 07-cv-7343 (HB) <br><br> **MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Anne Fornecker, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Betty R. Owens
The Smith Foote Law Firm, LLP
Post Office Box 1632 – 720 Murray Street
Alexandria, Louisiana 71309-1632
Tel: (318) 445-4480
Fax: (318) 487-1741
Email: bettyrowens@sbcglobal.net

BETTY R. OWENS is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceedings against BETTY R. OWENS in any State or Federal court.

Dated:       July 31, 2008
City, State: New York, New York

Respectfully submitted,

_____
Anne Fornecker (AF-2073)
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, New York 10036
Tel: (212) 398-0055
Fax: (212) 764-6620

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC, and AVENTIS PHARMACEUTICALS, INC.<br><br>       Defendants. | 07-cv-7343 (HB)<br><br>**AFFIDAVIT OF ANNE FORNECKER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York )
        ) ss:
County of New York )

  Anne Fornecker, being duly sworn, hereby deposes and says as follows:

  1. I am an associate at Garwin Gerstein & Fisher LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Betty R. Owens as counsel pro hac vice to represent Plaintiff in this matter.

  2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on July 23, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

  3. I have known Betty R. Owens since 2005.

  4. Ms. Owens is of counsel with The Smith Foote Law Firm, LLP in Alexandria, Louisiana.

  5. I have found Ms. Owens to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6.    Accordingly, I am pleased to move the admission of Betty R. Owens, pro hac vice.

7.    I respectfully submit a proposed Order granting the admission of Betty R. Owens, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Betty R. Owens, pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

Dated:    July 31, 2008

Respectfully Submitted,

_____
Anne Fornecker (AF-2073)

Sworn to before me this
31 day of July, 2008.

_____
Notary

JANET SEIDMAN
Notary Public State Of New York
No. 24-4705123
Qualified In Kings County
Commission Expires January 31, 2010

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Betty Ruth Owens**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 10th day of November, 1988.

I further certify that the records of this office show that, as of this date

**Betty Ruth Owens**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 2nd day of July, 2008.
BLAKE HAWTHORNE, Clerk

by *Brad Sonego*
Brad Sonego, Deputy Clerk

No. 0702G

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC, and AVENTIS PHARMACEUTICALS, INC.<br><br>Defendants. | 07-cv-7343 (HB)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

   Upon the motion of Anne Fornecker, attorney for Plaintiff and said sponsor attorney's affidavit in support;

   Betty R. Owens
   The Smith Foote Law Firm, LLP
   Post Office Box 1632 – 720 Murray Street
   Alexandria, Louisiana 71309-1632
   Tel: (318) 445-4480
   Fax: (318) 487-1741
   Email: bettyrowens@sbcglobal.net

is admitted to practice pro hac vice as counsel for Plaintiff Louisiana Wholesale Drug Company, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing disciplining of attorneys.

   If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:       July _____, 2008
City/State:  New York, New York

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Anne Fornecker, certify that on July __31__, 2008, the foregoing Motion to Admit Counsel Pro Hac Vice and Affidavit of Anne Fornecker in Support of Motion to Admit Counsel Pro Hac Vice were served on the counsel listed below by first-class mail.

Julie McEvoy
Christopher Farrell
JONES DAY
51 Louisiana Ave., N.W.
Washington, DC 20001-2113
Tel: (202) 879-4645
Fax: (202) 626-1700

*Attorneys for Defendants Sanofi-Aventis, Sanofi-Aventis U.S. LLC, and Aventis Pharmaceuticals, Inc.*

David P. Smith
Susan C. Segura
Betty R. Owens
The Smith Foote Law Firm, LLP
P. O. Box 1632 – 720 Murray Street
Alexandria, Louisiana 71309-1632
Tel: (318) 445-4480
Fax: (318) 487-1741

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc.*

_____
Anne Fornecker