## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., ) | Civil Action No. 07-cv-7343 (HB) |
| ) | |
| Plaintiff, ) | Hon. Harold Baer, U.S.D.J. |
| ) | ECF CASE |
| v. ) | |
| ) | |
| SANOFI-AVENTIS U.S., LLC and ) | |
| AVENTIS PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING UNDER SEAL

PLEASE TAKE NOTICE that on August 1, 2008, I electronically filed this NOTICE OF FILING UNDER SEAL with the clerk of the court using CM/ECF, which will send notification of such filing to the registered participants.

PLEASE TAKE FURTHER NOTICE that DEFENDANTS' NOTICE OF MOTION AND STATEMENT OF UNDISPUTED AND MATERIAL FACTS and MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT were filed under seal as of August 1, 2008.

PLEASE TAKE FURTHER NOTICE that DEFENDANTS' NOTICE OF MOTION AND STATEMENT OF UNDISPUTED AND MATERIAL FACTS and MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT were served on the following attorneys in the manner specified.

- 2 -

*Via Electronic Mail:*

Bruce E. Gerstein
Barry S. Taus
Anne K. Fornecker
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036
bgerstein@garwingerstein.com
btaus@garwingerstein.com
afornecker@garwingerstein.com

   /s/ Christopher R. Farrell
Christopher R. Farrell (admitted *pro hac vice*)
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel.:  202-879-3939
Fax:  202-626-1700
crfarrell@jonesday.com

*Counsel for* SANOFI AVENTIS US LLC *and* AVENTIS PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK
## CLERK'S OFFICE

**SEALED AND IMPOUNDED RECORD**

************************************

Louisiana Wholesale Drug Co.

vs.

Sanofi-Aventis

************************************

*Louisiana Wholesale Drug Co. v. Sanofi-Aventis*
S.D.N.Y. Case No. 07-cv-07343

1. Notice of Motion
2. Memorandum of Law in Support of Defendants' Summary Judgment Motion
3. CD Rom:
   - PDF of Notice of Motion
   - PDF of Memorandum of Law in Support of Defendants Summary Judgment Motion
   - PDF of Exhibits to Statement of Undisputed Facts

DOCKET NO. 07-07343



RECEIVED AUG 0 1 2008 U.S.D.C. S.D.N.Y.

ORDERED SEALED AND IMPOUNDED AND PLACED IN A SECURED AREA IN THE CLERK'S OFFICE AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: NEW YORK, N.Y.

Baer
U.S.D.J./U.S. MAGISTRATE JUDGE

ED IN CASHIER'S/MAG.

**SEALED AND IMPOUNDED RECORD**