ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

SCANNED
(JAB 8/01/08)

JUL 31 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,

         Plaintiffs,

v.

SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC, and AVENTIS PHARMACEUTICALS, INC.

         Defendants.

07-cv-7343 (HB)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

#164

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Anne Fornecker, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

John Gregory Odom
Odom & Des Roches, LLP
Suite 2020 Poydras Center, 650 Poydras Street
New Orleans, Louisiana 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
Email: jodom@odrlaw.com

JOHN GREGORY ODOM is a member in good standing of the Bar of the State of Louisiana. There are no pending disciplinary proceedings against JOHN GREGORY ODOM in any State or Federal court.

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: 8/6/08

Dated: July 31, 2008
City, State: New York, New York

Respectfully submitted,

_____
Anne Fornecker (AF-2073)
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, New York 10036
Tel: (212) 398-0055
Fax: (212) 764-6620