ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,

          Plaintiffs,

v.

SANOFI-AVENTIS, SANOFI-AVENTIS U.S., LLC, and AVENTIS PHARMACEUTICALS, INC.,

          Defendants.

07-cv-7343 (HB)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Anne Fornecker, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Susan C. Segura
The Smith Foote Law Firm, LLP
Post Office Box 1632 – 720 Murray Street
Alexandria, Louisiana 71309-1632
Tel: (318) 445-4480
Fax: (318) 487-1741
Email: ssegura@smithfoote.com

SUSAN C. SEGURA is a member in good standing of the Bar of the State of Louisiana. There are no pending disciplinary proceedings against SUSAN C. SEGURA in any State or Federal court.

Application for Pro Hac Vice GRANTED. The Clerk is Instructed to close this motion.

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: _____

Dated:       July ___, 2008
City, State:    New York, New York

                                        Respectfully submitted,

                                        _____
                                        Anne Fornecker (AF 2073)
                                        Garwin Gerstein & Fisher, LLP
                                        1501 Broadway, Suite 1416
                                        New York, New York 10036
                                        Tel: (212) 398-0055
                                        Fax: (212) 764-6620