UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., ) | Civil Action No. 07-cv-7343 (HB) |
| ) | |
| Plaintiff, ) | Hon. Harold Baer, U.S.D.J. |
| ) | ECF CASE |
| v. ) | |
| ) | |
| SANOFI-AVENTIS U.S., LLC and ) | |
| AVENTIS PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF MARTHA M. BENNETT

NOW INTO COURT, through its undersigned counsel, come Defendants sanofi-aventis u.s. llc, and Aventis Pharmaceuticals, Inc. (collectively, "Aventis"), who, pursuant to Federal Rules of Evidence 702 and 403, respectfully move the Court for an order excluding the expert testimony of Martha M. Bennett in its entirety.

The reasons and bases for this Motion are set forth in the accompanying Memorandum in Support of Motion, which is incorporated by reference herein.

WHEREFORE, Aventis respectfully requests that the Court enter an Order granting its Motion to Exclude Expert Testimony of Martha M. Bennett.

## CERTIFICATE OF SERVICE

I, John M. Bradley, certify that the foregoing Proposed Order was served on August 8, 2008, on the counsel listed below in the manner(s) indicated below:

*Via Electronic Mail:*

Bruce E. Gerstein
Barry S. Taus
Anne K. Fornecker
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036
bgerstein@garwingerstein.com
btaus@garwingerstein.com
afornecker@garwingerstein.com

           /s/ John M. Bradley
           John M. Bradley