## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

LOUISIANA WHOLESALE )
 DRUG CO., INC., )
    Plaintiff, )
     )
 v. )
     )
SANOFI-AVENTIS U.S., LLC and )
AVENTIS PHARMACEUTICALS, INC., )
     )
    Defendants. )
     )

Civil Action No. 07-cv-7343 (HB)

Hon. Harold Baer, U.S.D.J.
ECF CASE

### NOTICE OF MOTION

PLEASE TAKE NOTICE that the undersigned will bring the foregoing Defendant's Motion to Exclude Expert Testimony of Martha M. Bennett before the Honorable Harold Baer in the United States District Courthouse, 500 Pearl Street, New York, New York 10007 on August 29, 2008.

The Motion to Exclude Expert Testimony of Martha M. Bennett is predicated on Federal Rules of Evidence 702 and 403.

Dated:  August 8, 2008

Respectfully submitted,


 /s/ John M. Bradley
John M. Majoras
Julia E. McEvoy (admitted *pro hac vice*)
John M. Bradley (admitted *pro hac vice*)
Jones Day
51 Louisiana Avenue, NW
Washington, DC  20001
Tel.:  202-879-3939
Fax:  202-626-1700

Michelle K. Fischer (admitted *pro hac vice*)
Brian K. Grube (admitted *pro hac vice*)
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Tel.:  216-586-3939
Fax.:  216-579-0212

*Counsel for* SANOFI AVENTIS US LLC *and*
AVENTIS PHARMACEUTICALS INC.

## CERTIFICATE OF SERVICE

I, John M. Bradley, certify that the foregoing Proposed Order was served on August 8, 2008, on the counsel listed below in the manner(s) indicated below:

***Via Electronic Mail:***

Bruce E. Gerstein
Barry S. Taus
Anne K. Fornecker
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036
bgerstein@garwingerstein.com
btaus@garwingerstein.com
afornecker@garwingerstein.com

        /s/ John M. Bradley
        John M. Bradley