# GARWIN GERSTEIN & FISHER LLP



Counselors at Law
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055
Telecopier No. (212) 764-6620
E-Mail: lawoffices@garwingerstein.com

Bruce E. Gerstein
Scott W. Fisher
Barry S. Taus
Noah H. Silverman
Brett H Cebulash
Joseph Opper
Kevin S. Landau
Adam M. Steinfeld

Sidney L. Garwin (1908-1980)

Jan Bartelli
Archana Tamoshunas
Anne K. Fornecker
Kimberly M. Hennings
Elena K. Chan
Anna L. Tydniouk

August 11, 2008

**BY FACSIMILE AND FIRST CLASS MAIL**

Honorable Harold Baer, Jr.
United States District Court Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers 2320
New York, New York 10007-1312
Fax: (212) 805-7901

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08
```

Re: *Louisiana Wholesale Drug Co., Inc. v. Sanofi-Aventis, et al.,*
U.S.D.C., S.D.N.Y., Case No. 07 CV 7343 (HB) - Request for
Extension of Time to Briefing Schedule Regarding Defendants'
Motion to Exclude Testimony of Martha Bennett - SUBMITTED ON
CONSENT

Dear Judge Baer:

  I write on behalf of Plaintiff Louisiana Wholesale Drug Co., Inc. to request an extension of time to the briefing schedule applicable to Defendants' Motion to Exclude the Testimony of Martha Bennett that was filed by Defendants on August 8, 2008.

  Under the current schedule, Plaintiffs' opposition to the motion to exclude would be due August 22, 2008 (the day after Plaintiffs' opposition to Defendants' motion for summary judgment is due), and Defendants' reply would be due August 29, 2008 (one business day before Defendants' summary judgment reply is due).

  In order to give the parties more time to brief the issues raised by Defendants' motion to exclude, Plaintiffs respectfully request that this briefing schedule be amended to require Plaintiffs to file their opposition on August 27, 2008, and to require Defendants to file their reply on September 5, 2008. Defendants have agreed to this request for an extension to the schedule.

Hon. Harold Baer, Jr.
Aug. 11, 2008
Page 2

    Pursuant to Your Honor's Individual Practices, the original of this letter, together with the current copy of the docket report for this case, will follow by first class mail.

    Thank you for Your Honor's consideration of this request.

Respectfully,

*signature*

Anne Fornecker

cc (via facsimile):

Julie McEvoy, Esq.
Christopher Farrell, Esq.
JONES DAY
51 Louisiana Ave., N.W.
Washington D.C. 20001-2113
Tel: (202) 879-4645
Fax: (202) 626-1700

*Attorneys for Defendants
sanofi-aventis u.s. llc, and
Aventis Pharmaceuticals, Inc.*

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.

Date: 8/15/08