# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., ) | Civil Action No. 07-cv-7343 (HB) |
| ) | |
| Plaintiff, ) | Hon. Harold Baer, U.S.D.J. |
| ) | ECF CASE |
| v. ) | |
| ) | |
| SANOFI-AVENTIS U.S. LLC and ) | |
| AVENTIS PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 15, 2008, I electronically filed this NOTICE OF SERVICE with the clerk of the court using CM/ECF, which will send notification of such filing to the registered participants.

PLEASE TAKE FURTHER NOTICE that on August 15, 2008, a copy of the SIGNATURE PAGE AND ERRATA SHEETS FOR THE DEPOSITION OF MARY K. PENDERGAST and DEFENDANTS SANOFI-AVENTIS U.S. LLC AND AVENTIS PHARMACEUTICALS, INC.'S CONFIDENTIALITY DESIGNATIONS FOR THE DEPOSITION OF MARY K. PENDERGAST were served on the following attorneys in the manner specified.

*Via Electronic Mail:*

| | |
|---|---|
| Eric L. Cramer | Anne K. Fornecker |
| Peter Russell Kohn | Bruce E. Gerstein |
| BERGER & MONTAGUE, P.C. | Barry S. Taus |
| 1622 Locust St. | GARWIN GERSTEIN & FISHER, L.L.P. |
| Philadelphia, PA 19103 | 1501 Broadway, Suite 1416 |
| 1800-424-6690 | New York, NY 10036 |
| (215) 875-4604 (fax) | afornecker@garwingerstein.com |
| ecramer@bm.net | bgerstein@garwingerstein.com |
| pkohn@bm.net | btaus@garwingerstein.com |
| | |
| Richard Jo Kilsheimer | Adam Matthew Moskowitz |
| Linda P. Nussbaum | Thomas A. Tucker Ronzetti |
| KAPLAN FOX & KILSHEIMER LLP | KOZYAK TROPIN & THROCKMORTON, PA |
| 850 Third Ave. | 2525 Ponce de Leon Blvd. |
| 14th Floor | 9th Floor |
| New York, NY 10022 | Miami, FL 33134 |
| 212-687-1980 | (305)-372-1800 |
| 212-687-7714 (fax) | (305)-372-3508 (fax) |
| rkilsheimer@kaplanfox.com | amm@kttlaw.com |
| lnussbaum@kaplanfox.com | tr@kttlaw.com |
| | |
| Stuart Edward Des Roches | Brent B. Barriere |
| Charles F. Zimmer, II | PHELPS DUNBAR LLP |
| ODOM & DES ROCHES, LLP | 365 Canal St., Suite 2000 |
| 650 Poydras St., Suite 2020 | New Orleans, LA 70130 |
| New Orleans, LA 70130 | (504)-584-9210 |
| (504)-522-0077 | (504)-568-9130 (fax) |
| (504)-522-0078 (fax) | barriereb@phelps.com |
| stuart@odrlaw.com | |
| czimmer@odrlaw.com | |

*Via UPS:*

| | |
|---|---|
| Daniel Berger | John Gregory Odom |
| David F. Sorensen | ODOM & DES ROCHES, LLP |
| BERGER & MONTAGUE, P.C. | Suite 2020, Poydras Center |
| 1622 Locust St. | 650 Poydras St. |
| Philadelphia, PA 19103 | New Orleans, LA 70130 |

| | |
|---|---|
| W. Ross Foote<br>Betty R. Owens<br>Susan C. Segura<br>David P. Smith<br>PERCY, SMITH & FOOTE LLP<br>720 Murray St.<br>Alexandria, LA 71301 | Susie Morgan<br>PHELPS DUNBAR<br>Canal Place, Suite 2000<br>365 Canal St.<br>New Orleans, LA 70130 |

  /s/ Rosanna K. McCalips
Rosanna K. McCalips (admitted *pro hac vice*)
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel.:  202-879-3939
Fax:  202-626-1700
rkmccalips@jonesday.com

*Counsel for* SANOFI AVENTIS U.S. LLC *and* AVENTIS PHARMACEUTICALS, INC.