UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,<br><br>                           Plaintiffs,<br><br>   v.<br><br>SANOFI-AVENTIS, SANOFI-AVENTIS U.S. LLC, and AVENTIS PHARMACEUTICALS, INC.,<br><br>                           Defendants. | Civil Action No. 07-cv-7343 (HB)<br><br>Hon. Harold Baer, U.S.D.J.<br>ECF Case |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 27, 2008, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered participants. PLEASE TAKE FURTHER NOTICE that a copy of the PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF MARTHA M. BENNETT, along with this Notice of Service, were served on August 27, 2008 via electronic mail on the following attorneys:

| | |
|---|---|
| JONES DAY<br>Julia E. McEvoy<br>Christopher R. Farrell<br>Rosanna K. McCalips<br>Geoff Irwin<br>Michelle Fischer<br>51 Louisiana Avenue, NW<br>Washington DC  20001<br>Tel: 202-879-3939<br>Fax: 202-626-1700<br>jmcevoy@jonesday.com<br>crfarrell@jonesday.com<br>rkmccalips@jonesday.com<br>gsirwin@jonesday.com<br>mfischer@jonesday.com | JONES DAY<br>Samuel Joseph Hand<br>222 East 41st Street<br>New York, New York  10017-6702<br>Tel: 212-326-3939<br>Fax: 212-755-7306<br>jhand@jonesday.com |

*Attorneys for Defendants sanofi-aventis u.s. llc, and Aventis Pharmaceuticals, Inc.*

| | |
|---|---|
| KAPLAN, FOX & KILSHEIMER, LLP<br>Linda Nussbaum<br>Richard Kilsheimer<br>850 Third Avenue, 14th Floor<br>New York, NY  10022<br>Tel:  (212) 687-1980<br>rkilsheimer@kaplanfox.com<br>lnussbaum@kaplanfox.com | KOZYAK, TROPIN & THROCKMORTON<br>Adam Moskowiz<br>Tucker Ronzetti<br>Chad Noel<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, FL  33134<br>Tel:  (305) 372-1800<br>amm@kttlaw.com<br>tr@kttlaw.com<br>CJN@kttlaw.com |
| ODOM & DES ROCHES, LLP<br>John Gregory Odom<br>Stuart E. Des Roches<br>Charles F. Zimmer, II<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA  70130<br>Tel:  (504) 522-0077<br>Fax:  (504) 522-0078<br>jodom@odrlaw.com<br>stuart@odrlaw.com<br>czimmer@odrlaw.com | BERGER & MONTAGUE, P.C.<br>Daniel Berger<br>David F. Sorensen<br>Peter R. Kohn<br>1622 Locust Street<br>Philadelphia, PA  19103<br>Tel: 1-800-424-6690<br>Fax:  (215) 875-4604<br>dsoresen@bm.net<br>pkohn@bm.net |
| PERCY, SMITH & FOOTE, LLP<br>W. Ross Foote<br>Susan C. Segura<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA  71309-1632<br>Tel:  (318) 445-4480<br>Fax:  (318) 487-1741<br>rfoote@psfllp.com<br>ssegura@psfllp.com | PHELPS DUNBAR<br>Brent Barriere<br>Susie Morgan<br>Canal Place, Suite 2000<br>365 Canal Street<br>New Orleans, LA  70130-6534<br>Tel: 504-568-1311<br>Fax: 568-9130<br>susie.morgan@phelps.com |

*Attorneys for Plaintiff Louisiana Wholesale Drug Co., Inc. and the Class*

Respectfully Submitted,

By: /s/ Anne K. Fornecker
Anne K. Fornecker (AF-2073)
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, New York 10036
Tel: (212) 398-0055
afornecker@garwingerstein.com