**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., ) | Civil Action No. 07-cv-7343 (HB) |
| ) | |
| Plaintiff, ) | Hon. Harold Baer, U.S.D.J. |
| ) | ECF CASE |
| v. ) | |
| ) | |
| SANOFI-AVENTIS U.S., LLC and ) | |
| AVENTIS PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS SANOFI-AVENTIS U.S., LLC AND**
**AVENTIS PHARMACEUTICALS, INC.'S**
**MOTION TO STRIKE PLAINTIFF'S LR 56.1 RESPONSE TO DEFENDANTS'**
**STATEMENT OF UNDISPUTED MATERIAL FACTS**
**AND STATEMENT OF ADDITIONAL DISPUTED FACTS**

NOW INTO COURT, through its undersigned counsel, come Defendants sanofi-aventis u.s. llc, and Aventis Pharmaceuticals, Inc. (collectively, "Aventis"), who pursuant to Local Civil Rule 56.1, respectfully move the Court to strike the paragraphs in Plaintiff Louisiana Wholesale Drug Co., Inc.'s ("LWD") LR 56.1 Response to Defendants' Statement of Undisputed Material Facts ("Response") and its Statement of Additional Disputed Facts ("SADF") that fail to comply with Local Civil Rule 56.1.

The reasons and bases for this Motion are fully set forth in the accompanying Memorandum of Points and Authorities, which is incorporated by reference herein.

WHEREFORE Aventis respectfully requests that the Court strike the paragraphs in LWD's LR 56.1 Response and its SADF that fail to comply with Local Civil Rule 56.1.

Dated: September 2, 2008

                                            Respectfully submitted,

                                            /s/ John M. Bradley
                                            John M. Majoras
                                            Julia E. McEvoy (admitted *pro hac vice*)
                                            John M. Bradley (admitted *pro hac vice*)
                                            Jones Day
                                            51 Louisiana Avenue, NW
                                            Washington, DC  20001
                                            Tel.:  202-879-3939
                                            Fax:  202-626-1700

                                            Michelle K. Fischer (admitted *pro hac vice*)
                                            Brian K. Grube (admitted *pro hac vice*)
                                            Jones Day
                                            North Point
                                            901 Lakeside Avenue
                                            Cleveland, Ohio 44114-1190
                                            Tel.:  216-586-3939
                                            Fax.:  216-579-0212

                                            *Counsel for* SANOFI AVENTIS US LLC *and*
                                            AVENTIS PHARMACEUTICALS INC.

## **CERTIFICATE OF SERVICE**

      I, John M. Bradley, certify that the foregoing Motion to Strike was served on September 2, 2008, on the counsel listed below in the manner(s) indicated below:

*Via Electronic Mail:*

Bruce E. Gerstein
Barry S. Taus
Anne K. Fornecker
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036
bgerstein@garwingerstein.com
btaus@garwingerstein.com
afornecker@garwingerstein.com

                                                  /s/ John M. Bradley
                                                  John M. Bradley