## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LOUISIANA WHOLESALE ) <br>     DRUG CO., INC., ) <br>                  Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> SANOFI-AVENTIS U.S., LLC and ) <br> AVENTIS PHARMACEUTICALS, INC., ) <br> ) <br>             Defendants. ) | Civil Action No. 07-cv-7343 (HB) <br><br> Hon. Harold Baer, U.S.D.J. <br> ECF CASE |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the undersigned will bring the foregoing Defendant's Motion to Strike Plaintiff's LR 56.1 Response to Defendants' Statement of Undisputed Material Facts & Statement of Additional Disuputed Facts before the Honorable Harold Baer in the United States District Courthouse, 500 Pearl Street, New York, New York 10007 on September 23, 2008.

Dated:  September 2, 2008

Respectfully submitted,


 /s/ John M. Bradley
John M. Majoras
Julia E. McEvoy (admitted *pro hac vice*)
John M. Bradley (admitted *pro hac vice*)
Jones Day
51 Louisiana Avenue, NW
Washington, DC  20001
Tel.:  202-879-3939
Fax:  202-626-1700

Michelle K. Fischer (admitted *pro hac vice*)
Brian K. Grube (admitted *pro hac vice*)
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Tel.:  216-586-3939
Fax.:  216-579-0212

*Counsel for* SANOFI AVENTIS US LLC *and*
AVENTIS PHARMACEUTICALS INC.

## <u>CERTIFICATE OF SERVICE</u>

I, John M. Bradley, certify that the foregoing Notice of Motion was served on September 2, 2008, on the counsel listed below in the manner(s) indicated below:

*Via Electronic Mail:*

Bruce E. Gerstein
Barry S. Taus
Anne K. Fornecker
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036
bgerstein@garwingerstein.com
btaus@garwingerstein.com
afornecker@garwingerstein.com


  /s/ John M. Bradley_____
John M. Bradley