UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., | ) ) ) | Civil Action No. 07-cv-7343 (HB) |
| Plaintiff, | ) ) | Hon. Harold Baer, U.S.D.J. ECF CASE |
| v. | ) ) | |
| SANOFI-AVENTIS U.S., LLC and AVENTIS PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING UNDER SEAL

PLEASE TAKE NOTICE that on September 2, 2008, I electronically filed this NOTICE OF FILING UNDER SEAL with the clerk of the court using CM/ECF, which will send notification of such filing to the registered participants.

PLEASE TAKE FURTHER NOTICE that DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S LR 56.1 RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS AND STATEMENT OF ADDITIONAL DISPUTED FACTS was filed under seal on September 2, 2008.

PLEASE TAKE FURTHER NOTICE that DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S LR 56.1 RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS AND STATEMENT OF ADDITIONAL DISPUTED FACTS was served on the following attorneys in the manner specified.

- 2 -

*Via Electronic Mail:*

Bruce E. Gerstein
Barry S. Taus
Anne K. Fornecker
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036
bgerstein@garwingerstein.com
btaus@garwingerstein.com
afornecker@garwingerstein.com

Dated:  September 2, 2008

  /s/ John M. Bradley
John M. Bradley (admitted *pro hac vice*)
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel.:  202-879-3939
Fax:  202-626-1700
crfarrell@jonesday.com

*Counsel for* SANOFI AVENTIS US LLC *and*
AVENTIS PHARMACEUTICALS, INC.